JJD
F.#2010R00014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

PRADO et al.,

        Defendants.

- - - - - - - - - - - - - - - - - -X

UNSEALING ORDER

Cr. No. 10-CR-074 (S-2)(JFB)

EASTERN DISTRICT OF NEW YORK, SS:

       Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney John J. Durham, the government requests an order unsealing the Second Superseding Indictment in connection with the above-captioned matter, which had been previously filed under seal on July 15, 2010.

Dated:    Central Islip, New York
           July 30, 2010

                                              _____
                                              HON. JOSEPH F. BIANCO
                                              UNITED STATES DISTRICT JUDGE
                                              EASTERN DISTRICT OF NEW YORK