CRIMINAL CAUSE FOR ARRAIGNMENT

BEFORE: Bianco,J.           DATE: 7/30/2010        TIME: 2:00 p.m. 30 min.

DOCKET NUMBER: 10-cr-0074-JFB          TITLE: USA v. Prado et al.

DEFT NAME: Jose Gustavo Orellana-Torres         DEFT: # 18
 X  PRESENT    NOT PRESENT     X  IN CUSTODY    ON BAIL

ATTY. FOR DEFT.: John Burke
 X  PRESENT    NOT PRESENT                RET     X  C.J.A.
                                          FED. DEF. OF NY, INC.

DEFT NAME: Jimmy Sosa (English Speaking)         DEFT: # 20
 X  PRESENT    NOT PRESENT     X  IN CUSTODY    ON BAIL

ATTY. FOR DEFT.:Jeff Pittel (appointed)
 X  PRESENT    NOT PRESENT                RET     X  C.J.A.
                                          FED. DEF. OF NY, INC.

DEFT NAME: Jeremias Exequiel Amaya          DEFT: # 21
 X  PRESENT    NOT PRESENT     X  IN CUSTODY    ON BAIL

ATTY. FOR DEFT.:Richard Lind (appointed)
 X  PRESENT    NOT PRESENT                RET     X  C.J.A.
                                          FED. DEF. OF NY, INC.

DEFT NAME: Jose Salazar Erazo          DEFT: # 22
 X  PRESENT    NOT PRESENT     X  IN CUSTODY    ON BAIL

ATTY. FOR DEFT.:Steven Brill (appointed)
 X  PRESENT    NOT PRESENT                RET     X  C.J.A.
                                          FED. DEF. OF NY, INC.

A.U.S.A. John Durham               DEPUTY CLERK: Michele Savona

COURT REPORTER:     P. AUERBACH    E. COMBS    X  P. LOMBARDI
   H. RAPAPORT       M. STEIGER     D. TURSI     O. WICKER    S. PICOZZI

INTERPRETER: Maya Gray and Abraham Brawer

 X   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

 X   FIRST APPEARANCE OF DEFENDANT(S)

 X   DEFT(S) STATES TRUE NAME TO BE:

 X   DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE SUPERSEDING INDICTMENT (S-2), AND ENTER(S) A NOT GUILTY PLEA TO THE CHARGES.

     CASE ADJOURNED TO

     BAIL CONTINUED FOR DEFT _____.

 X   DEFT JOSE GUSTAVO ORELLANA-TORRES. CONTINUED IN CUSTODY.

 X   ORDER OF DETENTION ENTERED FOR Jimmy Sosa, Jeremias Exequiel Amaya, and Jose Salazar Erazo

```
___   BAIL SET AT _____

___   MOTIONS TO BE FILED BY_____

___   GOVERNMENT'S RESPONSE DUE_____

___   REPLY PAPERS, IF ANY, DUE_____

 X    SPEEDY TRIAL INFORMATION:
      CODE TYPE:   X-          START DATE: 7/30/10        XSTRT
                               STOP DATE:  8/12/10        XSTOP

 X    NEXT STATUS CONFERENCE SET FOR 8/12/10 AT 10:00 a.m._____

 X    SPEEDY TRIAL INFORMATION: (Jimmy Sosa and Jeremias Exequiel Amaya)
      CODE TYPE:   X-          START DATE: 7/30/10        XSTRT
                               STOP DATE:  8/23/10        XSTOP

 X    NEXT STATUS CONFERENCE SET FOR 8/23/10 AT 10:00 a.m. for Jimmy Sosa
                                     and Jeremias Exequiel Amaya

___   OTHER: _____
```