# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

August 3, 2010

**VIA FAX (631) 712-5677**
The Honorable Joseph Bianco
Senior United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    RE:   U.S.A. v. Prado, 10 CR 74

Dear Judge Bianco:

I write to supplement my July 28, 2010 letter about the appointment of learned counsel in the above case.

I have learned that in addition to Umanzor and Torres, a Mr. Sosa and Mr. Amayo need learned counsel. This reinforces my belief that you should definitely assign Stern to his partner Soloway's case because we are almost out of unconflicted, local potential learned counsel.

I believe that Fred Cohn (212) 768-1110 and Barrett and Ruhnke (973) 744-1000 are still available. Mr. Patel, who represents Sosa, has previously worked with Jean Barrett in a potential capital case and has expressed a preference for her because they work well together. In addition to Fred Cohn, Avi Moskevitz, (212) 221-7990 is available and unconflicted.

Please contact me if I can be of assistance.

Respectfully,

Peter Kirchheimer
*Attorney-in-Charge*
(718) 330-1206

PK/bp