# RICHARD B. LIND

ATTORNEY AT LAW
745 FIFTH AVENUE
SUITE 902
NEW YORK, N.Y. 10151

TELEPHONE (212) 888-7725
FACSIMILE (212) 371-2961
E-MAIL: RLINDESQ@AOL.COM

10/10/08

**By Fax**

Hon. Joseph F. Bianco
United States District Judge
U.S. Court House
100 Federal Plaza
Central Islip, NY 11722-9014

      Re: <u>United States vs. Jeremias Exequiel Amaya</u>
           10 CR 74 (JFB)

Dear Judge Bianco:

    I was recently appointed as CJA counsel for defendant Amaya in the above referenced case. I understand that Peter Kirchheimer, Esq., has forwarded to you a list of potential learned counsel for defendant Amaya. While it is certainly in the Court's discretion to chose counsel, my preference would be Joshua Dratel, Esq.

                                  Respectfully Submitted,

                                  Richard B. Lind/s/

Cc: John Durahm, Esq. (by fax)