CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.   DATE: 8/23/10      TIME: 10:00 a.m.(15  min.)

DOCKET NUMBER: 10-cr-000074-JFB        TITLE: USA-V-Prado et al.

DEFT NAME: Jimmy Sosa,      DEFT: # ____
X PRESENT ___NOT PRESENT       X IN CUSTODY ____ ON BAIL

ATTY FOR DEFT: Jeffrey Pittel and Jean Barrett
X PRESENT ___ NOT PRESENT              RETAINED  X  C.J.A.
                                       FED. DEF. OF NY, INC.

DEFT NAME: Jeremias Exequiel Amaya        DEFT: # ____
X PRESENT ___NOT PRESENT       X IN CUSTODY ____ ON BAIL

ATTY FOR DEFT: Richard Lind
X PRESENT ___ NOT PRESENT              RETAINED  X  C.J.A.
                                       FED. DEF. OF NY, INC.

A.U.S.A.:John Durham         DEPUTY CLERK: Michele Savona

COURT REPORTER:__P. AUERBACH  ___E. COMBS  ___P. LOMBARDI
       ____H. RAPAPORT  X  D. TURSI    ___O.WICKER
       ____S. PICOZZI   ___M.STEIGER

INTERPRETER: X  MAYA GRAY   ___J. CARLOS VENANT

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

____ CASE ADJOURNED TO_____

____ MOTION CONFERENCE HELD ON_____'S MOTION TO
     _____

____ ARGUMENT HEARD   ___ MOTION GRANTED.  ___ MOTION DENIED.
                      ___ DECISION RESERVED.

____ DECISION ENTERED INTO THE RECORD.

 X  SPEEDY TRIAL INFORMATION:
        CODE TYPE:__X-_____ START DATE:8/23/2010 XSTRT
                              STOP DATE: 10/22/2010 XSTOP

 X  NEXT STATUS CONFERENCE SET FOR___10/22/2010 at 10:00 a.m.

____ DEFTS. CONTINUED IN CUSTODY_____.

____ JURY SELECTION & TRIAL SCHEDULED FOR_____

____ MOTIONS TO BE MADE BY_____

____ RESPONSE BY GOVERNMENT BY_____

____ REPLY IF ANY BY_____

____  HEARING SET FOR:_____

____  FINAL PRETRIAL CONFERENCE SET FOR_____

__OTHER_____