## CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.    DATE: 10/22/10    TIME: 10:30 a.m.(20 min.)

DOCKET NUMBER: 10-cr-000074-JFB          TITLE: USA-V-Prado et al.

DEFT NAME: Erick Alvarado                              DEFT: # 2
 X PRESENT    NOT PRESENT           X IN CUSTODY       ON BAIL

ATTY FOR DEFT: Stu Grossman
 X PRESENT          NOT PRESENT              RETAINED  X  C.J.A.
                                        FED. DEF. OF NY, INC.

DEFT NAME: Heriberto Martinez               DEFT: # 14
 X PRESENT    NOT PRESENT           X IN CUSTODY       ON BAIL

ATTY FOR DEFT: Elizabeth Macedonio and Colleen Quinn Brady
 X PRESENT          NOT PRESENT              RETAINED  X  C.J.A.
                                        FED. DEF. OF NY, INC.

DEFT NAME: Sergio Mejia-Barrera                   DEFT: #7     X
PRESENT    NOT PRESENT          X IN CUSTODY       ON BAIL

ATTY FOR DEFT: Joyce London                              X PRESENT
         NOT PRESENT         RETAINED  X C.J.A.
                                        FED. DEF. OF NY, INC.

DEFT NAME: Emilio Saballos                         DEFT: #8
 X PRESENT    NOT PRESENT           X IN CUSTODY       ON BAIL

ATTY FOR DEFT: Lucas Andino
X PRESENT          NOT PRESENT              RETAINED  X  C.J.A.
                                        FED. DEF. OF NY, INC.

DEFT NAME: Jeremias Exequiel Amaya           DEFT: # 21
X PRESENT    NOT PRESENT           X IN CUSTODY       ON BAIL

ATTY FOR DEFT: Richard Lind
 X PRESENT          NOT PRESENT              RETAINED  X  C.J.A.
                                        FED. DEF. OF NY, INC.

A.U.S.A.:John Durham        DEPUTY CLERK: Michele Savona

COURT REPORTER:    P. AUERBACH     E. COMBS     P. LOMBARDI
       H. RAPAPORT     D. TURSI    X  O.WICKER
       S. PICOZZI      M.STEIGER

INTERPRETER: X MAYA GRAY    X JC Venant

 X  CASE CALLED.  X ALL COUNSEL PRESENT.  X CONFERENCE HELD.

     CASE ADJOURNED TO

     MOTION CONFERENCE HELD ON                  'S MOTION TO

     ARGUMENT HEARD       MOTION GRANTED.       MOTION DENIED.
                          DECISION RESERVED.

___   DECISION ENTERED INTO THE RECORD.

_X_   SPEEDY TRIAL INFORMATION:
      CODE TYPE:  X-          START DATE: 10/22/2010 XSTRT
                              STOP DATE:  12/13/2010 XSTOP

_X_   NEXT STATUS CONFERENCE SET FOR  12/13/2010 at 10:00 a.m. and 2:00 p.m.

_X_   DEFTS. CONTINUED IN CUSTODY

___   JURY SELECTION & TRIAL SCHEDULED FOR_____

___   MOTIONS TO BE MADE BY_____

___   RESPONSE BY GOVERNMENT BY_____

___   REPLY IF ANY BY_____

___   HEARING SET FOR:_____

___   FINAL PRETRIAL CONFERENCE SET FOR_____

_X_   OTHER Mr. Durham is to submit a letter to the court by 11/12/10.