

Attorneys at Law

Trinity Centre
115 Broadway, 17th Floor
New York, NY 10006
Tel: (212) 566-1000
Fax: (212) 566-1068
email@sullivanbrill.com

October 22, 2010

**VIA ECF**

Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza
Courtroom 920
Central Islip, New York 11722

    **RE: United States v. Giovanni Prado et al.**
        **10 Cr. 074 (JFB)**

Dear Judge Bianco:

    My office represents Jose Erazo in the above captioned matter.  We are authorized to consent to the exclusion of time from October 22, 2010 until December 13, 2010.

    Thank you for your attention to this matter.

        Yours truly,

        SULLIVAN & BRILL, LLP

        _____/S/_____
        By: Steven Brill

cc: AUSA John J. Durham, *via ECF*