UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

......................................................X

UNITED STATES OF AMERICA

-V-

Prado, et al.

......................................................X

WAIVER OF SPEEDY TRIAL

10 -cr- 0074     (JFB)

It is hereby stipulated that the time period from 10/22/10 to 12/13/10 be excluded in computing time within which trial of the charges against the Defendant(s) must commence.

The parties agree to the exclusion of the foregoing period for the purpose(s) of:

[X]   engagement in continuing plea negotiations;
[ ]   examination of the Defendant(s) pursuant to 18 U.S.C. §§ 3161(h)(1)(A) regarding mental or physical capacity;
[ ]   submission of pretrial motions through hearing or other disposition pursuant to 18 U.S.C. § 3161 (h)(1)(F); and/or
[X]   review of discovery

The Defendant has been fully advised by counsel of his/her rights guaranteed under the Sixth Amendment to the U.S. Constitution; the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74; the Plan and Rules of this Court adopted pursuant to that Act; and Rule 50 of the Federal Rules of Criminal Procedure.  The Defendant understands that he/she has a right to be tried before a jury within a specified time period, not counting excludable periods.

The Court [X] approves this Speedy Trial Waiver   [ ] otherwise excludes the time based upon its findings that this action serves the ends of justice and outweighs the best interest of the public and this Defendant in a speedier trial.

SO ORDERED.

Dated: Oct 22
Central Islip, NY

Joseph F. Bianco, U.S.D.J.

Assistant U.S. Attorney or Special Assistant U.S. Attorney:

Defendant #1: _____     Counsel: _____

Defendant #2: Eric Alvarado                 Counsel: Stuart J. Grossman

Defendant #3: _____     Counsel: _____

Defendant #4: _____     Counsel: _____

Defendant #5: Acosta Yanes Yonis          Counsel: _____

Defendant #6: _____              Counsel: _____

Defendant #7: _____              Counsel: Jaye Chinden.

Defendant #8: Emilea Sob.....              Counsel: Lucas G. Andiu

Defendant #9: WALTER FLORES Reyes          Counsel: Edward P Jenkrs

Defendant #10: DAVID VALLE                 Counsel: Joseph F. KILADA

Defendant #11: _____             Counsel: _____

Defendant #12: _____             Counsel: _____

Defendant #13: _____             Counsel: _____

Defendant #14: HERIBERTO MARTINEZ          Counsel: _____

Defendant #15: Vitor ESPINA ESPINAL        Counsel: Anthony L. _____

Defendant #16: _____             Counsel: _____

Defendant #17: Carlos R. Martinez          Counsel: Mat _____

Defendant #18: _____             Counsel: John Burke

Defendant #19: _____             Counsel: Robert Soloway

Defendant #20: _____             Counsel: _____

Defendant #21: _____             Counsel: _____

Defendant #22: Jimmy Sosa                  Counsel: John R Brett

Defendant #23: _____             Counsel: _____

Defendant #24: _____             Counsel: _____