## CRIMINAL CAUSE FOR STATUS CONFERENCE

**BEFORE: Bianco,J.**   **DATE: 12/13/10**   **TIME: 12:30 p.m.(20 min.)**

**DOCKET NUMBER: 10-cr-000074-JFB**        **TITLE: USA-V-Prado et al.**

**DEFT NAME: Heriberto Martinez (12:00 p.m.)**           **DEFT: # 14**
 **X** PRESENT    NOT PRESENT         **X** IN CUSTODY      ON BAIL

**ATTY FOR DEFT: Elizabeth Macedonio and Colleen Brady**
 **X PRESENT**         NOT PRESENT           **X RETAINED**      C.J.A.
                                         FED. DEF. OF NY, INC.

**DEFT NAME: Vidal Espinal (12:00 p.m.)**      **DEFT: # 15**
 **X** PRESENT    NOT PRESENT         **X** IN CUSTODY      ON BAIL

ATTY FOR DEFT: John Carman
 **X PRESENT**         NOT PRESENT            RETAINED  **X  C.J.A.**
                                         FED. DEF. OF NY, INC.

**DEFT NAME: Carlos Martinez (3:30 p.m.)**              **DEFT: # 13**
**X** PRESENT    NOT PRESENT        **X** IN CUSTODY      ON BAIL

**ATTY FOR DEFT: Martin Goldberg**
 **X PRESENT**          NOT PRESENT            RETAINED  **X C.J.A.**
                                         FED. DEF. OF NY, INC.

**DEFT NAME: Mario Alphonso Herrera-Umanzor (12:30 p.m.)DEFT: # 19**
 **X** PRESENT    NOT PRESENT         **X** IN CUSTODY      ON BAIL

**ATTY FOR DEFT: Robert Solaway**
 **X PRESENT**          NOT PRESENT            RETAINED  **X  C.J.A.**
                                         FED. DEF. OF NY, INC.

**DEFT NAME: Jeremias Amaya (12:00 p.m.)DEFT: # 21**
 **X** PRESENT    NOT PRESENT         **X** IN CUSTODY      ON BAIL

**ATTY FOR DEFT: Joshua Dratel**
 **X PRESENT**          NOT PRESENT            RETAINED  **X  C.J.A.**
                                         FED. DEF. OF NY, INC.


**A.U.S.A.:John Durham**         **DEPUTY CLERK: Michele Savona**

**COURT REPORTER:**  P. AUERBACH     E. COMBS     P. LOMBARDI
         H. RAPAPORT     D. TURSI      O.WICKER
      **X**   S. PICOZZI      M.STEIGER

**INTERPRETER:** **X** MAYA GRAY

 **X**  CASE CALLED.  **X** ALL COUNSEL PRESENT.  **X** CONFERENCE HELD.

     CASE ADJOURNED TO_____

     MOTION CONFERENCE HELD ON_____'S MOTION TO
    _____

___ ARGUMENT HEARD        ___ MOTION GRANTED.     ___ MOTION DENIED.
                              ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

_X_ SPEEDY TRIAL INFORMATION:
        CODE TYPE:  X-           START DATE: 12/13/2010 XSTRT
                                 STOP DATE:  3/21/2011 XSTOP

_X_ NEXT STATUS CONFERENCE SET FOR   3/21/2011 at 11:30 a.m.

_X_ DEFTS. CONTINUED IN CUSTODY                                    .

___ JURY SELECTION & TRIAL SCHEDULED FOR_____

___ MOTIONS TO BE MADE BY_____

___ RESPONSE BY GOVERNMENT BY_____

___ REPLY IF ANY BY_____

___ HEARING SET FOR:_____

___ FINAL PRETRIAL CONFERENCE SET FOR_____

___ OTHER_____