UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA

           -V-

Prado, et al.

----------------------------------------X

WAIVER OF SPEEDY TRIAL

10-cr-0074 (JFB)

It is hereby stipulated that the time period from 12/13/10 to 3/21/11 be excluded in computing time within which trial of the charges against the Defendant(s) must commence.

The parties agree to the exclusion of the foregoing period for the purpose(s) of:

[X]  engagement in continuing plea negotiations;
[ ]  examination of the Defendant(s) pursuant to 18 U.S.C. §§ 3161(h)(1)(A) regarding mental or physical capacity;
[ ]  submission of pretrial motions through hearing or other disposition pursuant to 18 U.S.C. § 3161 (h)(1)(F); and/or

[X]  COMPLEX CASE / DEATH PENALTY MEMORANDA

The Defendant has been fully advised by counsel of his/her rights guaranteed under the Sixth Amendment to the U.S. Constitution; the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74; the Plan and Rules of this Court adopted pursuant to that Act; and Rule 50 of the Federal Rules of Criminal Procedure. The Defendant understands that he/she has a right to be tried before a jury within a specified time period, not counting excludable periods.

The Court [X] approves this Speedy Trial Waiver [ ] otherwise excludes the time based upon its findings that this action serves the ends of justice and outweighs the best interest of the public and this Defendant in a speedier trial.

SO ORDERED.

Dated: Dec.
Central Islip, NY

Joseph F. Bianco, U.S.D.J.

Assistant U.S. Attorney or Special Assistant U.S. Attorney: _____

Defendant #1: _____ Counsel: _____

Defendant #2: _____ Counsel: _____

Defendant #3: _____ Counsel: _____

Defendant #4: _____ Counsel: _____

Defendant #5: _____ Counsel: _____

Defendant #6: _____ Counsel: _____

Defendant #7: _____ Counsel: _____

Defendant #8: _____ Counsel: *[signature]*

Defendant #9: _____ Counsel: _____

Defendant #10: _____ Counsel: _____

Defendant #11: _____ Counsel: _____

Defendant #12: _____ Counsel: _____

Defendant #13: _____ Counsel: _____

Defendant #14: _____ Counsel: *[signature]*

Defendant #15: *Kvidal Espinal* Counsel: *[signature] M. F. Chen*

Defendant #16: _____ Counsel: _____

Defendant #17: *Carlos R. Martinez* Counsel: *[signature]*

Defendant #18: _____ Counsel: _____

Defendant #19: *[signature]* Counsel: *Scott A. Silomy*

Defendant #20: _____ Counsel: _____

Defendant #21: *[signature]* Counsel: *[signature]*

Defendant #22: _____ Counsel: _____

Defendant #23: _____ Counsel: _____

Defendant #24: _____ Counsel: _____