CRIMINAL CAUSE FOR STATUS CONFERENCE (GROUP 3)

BEFORE: Bianco,J.    DATE: 3/21/11    TIME: 12:00 p.m.(20 min.)

DOCKET NUMBER: 10-cr-000074-JFB    TITLE: USA-V-Prado et al.

DEFT NAME: Jimmy Sosa
 X PRESENT    ___NOT PRESENT         X IN CUSTODY    ___ ON BAIL

ATTY FOR DEFT: Jean Barrett and Jeff Pittell
 X PRESENT        NOT PRESENT            RETAINED    X  C.J.A.
                                         FED. DEF. OF NY, INC.

DEFT NAME: Jeremias Exequiel Amaya
 X PRESENT    ___NOT PRESENT         X IN CUSTODY    ___ ON BAIL

ATTY FOR DEFT: Richard Lind and Josh Dratel
 X PRESENT        NOT PRESENT            RETAINED    X  C.J.A.
                                         FED. DEF. OF NY, INC.

DEFT NAME: Luis Ruis
 X PRESENT    ___NOT PRESENT         X IN CUSTODY    ___ ON BAIL

ATTY FOR DEFT: Sally Butler and Steve Zissou
  X PRESENT        NOT PRESENT           RETAINED   X C.J.A.
                                         FED. DEF. OF NY, INC.

DEFT NAME: Heriberto Martinez
 X PRESENT    ___NOT PRESENT         X IN CUSTODY    ___ ON BAIL

ATTY FOR DEFT: Elizabeth Macedonio
 X PRESENT        NOT PRESENT            RETAINED    X  C.J.A.
                                         FED. DEF. OF NY, INC.


A.U.S.A.: John Durham       DEPUTY CLERK: Michele Savona

COURT REPORTER:__P. AUERBACH     ___E. COMBS    ___P. LOMBARDI
     ____H. RAPAPORT    ___D. TURSI       ___O.WICKER
      X ___S. PICOZZI    ___M.STEIGER

INTERPRETER: X MAYA GRAY

 X  CASE CALLED.   X ALL COUNSEL PRESENT.  X CONFERENCE HELD.


 X   DEFT(S) Jimmy Sosa, Jeremias Amaya, and  Heriberto Martinez ARRAIGNED, WAIVE(S) READING OF THE SUPERSEDING INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE CHARGES.

___   **CASE ADJOURNED TO** _____

___   **MOTION CONFERENCE HELD ON** _____ **'S MOTION TO**
      _____

___   **ARGUMENT HEARD**     ___ **MOTION GRANTED.**     ___ **MOTION DENIED.**
                             ___ **DECISION RESERVED.**

___   **DECISION ENTERED INTO THE RECORD.**

 **X**   **SPEEDY TRIAL INFORMATION:**
          **CODE TYPE:** __X-_____   **START DATE:** 3/21/2011 XSTRT
                                         **STOP DATE:** 6/2/2011 XSTOP

 **X**   **NEXT STATUS CONFERENCE SET FOR**   6/2/2011 at 11:00 a.m.

 **X**   **DEFTS. CONTINUED IN CUSTODY** _____ .

___   **JURY SELECTION & TRIAL SCHEDULED FOR** _____

___   **MOTIONS TO BE MADE BY** _____

___   **RESPONSE BY GOVERNMENT BY** _____

___   **REPLY IF ANY BY** _____

___   **HEARING SET FOR:** _____

___   **FINAL PRETRIAL CONFERENCE SET FOR** _____

 **X** **OTHER** Yobani Calderon is set for a status conference on 3/24/11 at 10:00 a.m.