UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X

UNITED STATES OF AMERICA

-V-

Prado, et al.

WAIVER OF SPEEDY TRIAL

10-cr-074 (JFB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 21 2011 ★
LONG ISLAND OFFICE

It is hereby stipulated that the time period from 3/21/11 to 6/1/11 be excluded in computing time within which trial of the charges against the Defendant(s) must commence. Gov't PV's &amp; d Com Fov 3/15

The parties agree to the exclusion of the foregoing period for the purpose(s) of:

[ ] engagement in continuing plea negotiations;
[ ] examination of the Defendant(s) pursuant to 18 U.S.C. §§ 3161(h)(1)(A) regarding mental or physical capacity;
[ ] submission of pretrial motions through hearing or other disposition pursuant to 18 U.S.C. § 3161 (h)(1)(F); and/or
[X] COMPLEX CASE / PREPARATION OF DEATH PENALTY MEMORANDA

The Defendant has been fully advised by counsel of his/her rights guaranteed under the Sixth Amendment to the U.S. Constitution; the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74; the Plan and Rules of this Court adopted pursuant to that Act; and Rule 50 of the Federal Rules of Criminal Procedure. The Defendant understands that he/she has a right to be tried before a jury within a specified time period, not counting excludable periods.

The Court [X] approves this Speedy Trial Waiver [X] otherwise excludes the time based upon its findings that this action serves the ends of justice and outweighs the best interest of the public and this Defendant in a speedier trial.

SO ORDERED.

Dated: March 21, 2011
Central Islip, NY

Joseph F. Bianco, U.S.D.J.

Assistant U.S. Attorney or Special Assistant U.S. Attorney: _____

Defendant #1: _____   Counsel: _____

Defendant #2: _____   Counsel: _____

Defendant #3: _____   Counsel: _____

Defendant #4: _____   Counsel: _____

Defendant #5: _____ Counsel: _____

Defendant #6: _____ Counsel: _____

Defendant #7: _____ Counsel: _____

Defendant #8: _____ Counsel: _____

Defendant #9: DAVID VALLEDU ~~JOSEPH KILADA~~ Counsel: JOSEPH KILADA

Defendant #10: Luis Ruiz ~~Luis Ruiz~~ Counsel: Sally Butler / Steve Zissou

Defendant #11: _____ Counsel: _____

Defendant #~~12~~ 13: _____ Counsel: _____
Heriberto Martinez    Elizabeth Macedonio

Defendant #~~13~~ 14: VIDAL ESPINAL Counsel: _____

Defendant #14: Vidal Espinal Counsel: Anthony L. Ricco

Defendant #15: _____ Counsel: _____

Defendant #16: Carlos Martinez Counsel: Martin Goldberg
Carlos MARTINEZ

Defendant #17: _____ Counsel: _____

Defendant #18: Jose Gustavo Orellana Torres Counsel: John Burke

Defendant #19: Jimmy Sosa Counsel: Jean Barrett / Jeffrey Pittell

Defendant #20: _____ Counsel: _____
amaya
Franklin Villatoro
Defendant #21: _____ Counsel: _____

Defendant #22: _____ Counsel: _____

Defendant #23: _____ Counsel: _____

Defendant #24: _____ Counsel: _____

Defendant #25: _____ Counsel: _____

Defendant #26: _____ Counsel: _____

Defendant #27: _____ Counsel: _____

Defendant #28: _____ Counsel: _____