

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JJD
F.#2010R00014

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

May 6, 2011

<u>By ECF and Regular Mail</u>

ATTACHED DISTRIBUTION LIST

      Re:  United States v. Prado <u>et al</u>.
             <u>Criminal Docket No. 10-074 (S-3)(JFB)</u>

Dear Counsel:

      Pursuant to our on-going discovery obligations under Rule 16, the government has sent the items listed below to First Choice Copy for duplication. The items were sent by Federal Express today and should be available for order early next week. If you would like to order copies of these disks, please contact Joseph Misner at First Choice Copy at (718) 381-1480.

      Pursuant United States District Judge Joseph F. Bianco's prior order, the government will send a copy of this letter and one set of the attached materials to both the Nassau County Correctional Center and the Queens Private Correctional Facility.

<u>Documents and Tangible Objects</u>

     1.   A DVD with scanned copies of the following documents, several of which have been redacted: (a) Certificates of Death and Autopsy Reports for Santos Castillo-Martinez, Jairo Vasquez, Erick Avalos and Nestor Moreno; (b) Ballistics Reports relating to the Castillo-Martinez and Moreno murders, and the attempted murders of John Doe #16 and John Doe #17, as defined in the Third Superseding Indictment; (c) laboratory reports summarizing a comparison of David Valle's DNA to DNA recovered at the Vasquez murder scene; (d) laboratory reports summarizing a comparison of Yobany Calderon's DNA to DNA recovered at the Avalos murder scene; (e) photographs of the prison shank and sneakers, in which the shank was secreted, seized from Francisco Ramos; (f) additional MS-13 graffiti photographs; (g) a transcript of Giovanni

    Prado's guilty plea in Nassau County Court; and (h) an October 13, 2010 Rule 16 letter relating to Wilber Ayala-Ardon (materials previously provided to counsel for Ayala-Ardon before he was added to this indictment) ("Disk-43").

2.  Two DVDs with recordings from surveillance cameras at El Pacifico restaurant in Hempstead, New York from December 23, 2010 ("Disk-44A" and "Disk-44B).

3.  Two DVDs with telephone records, including recorded telephone calls, from the Nassau County Correctional Center for Elenilson Ortiz, from February 22, 2010 to April 10, 2011 ("Disk-45A" and "Disk-45B").

4.  During its case-in-chief, in order to establish that the MS-13 is engaged in acts and threats involving murder, as charged in the Third Superseding Indictment, the government intends to prove that MS-13 members committed the June 2003 murder of Jesus Valentin, and the September 2003 murder of Edgardo Sanchez. Enclosed are compact disks containing crime scene photographs, autopsy photographs and an autopsy report for the Valentin and Sanchez murders ("Disk-46" and "Disk-47," respectively).

5.  Four DVDs containing video surveillance of MS-13 meetings that took place on September 13, 2004, September 26, 2004 and October 10, 2004 ("Disk-48," Disk-49," "Disk-50," and "Disk-51," respectively).

  The government is in possession of the following firearms that were seized from members of the MS-13, which the government intends to introduce during its case-in-chief: (a) a Lorcin 9mm semi-automatic handgun seized on or about September 17, 2003; (b) a .22 caliber revolver, .38 caliber revolver and .40 caliber semi-automatic handgun seized from MS-13 members on or about October 10, 2004; (c) a 12-gauge shotgun seized from MS-13 members in August 2008; and (d) a Browning .380 caliber handgun seized from MS-13 members in October 2008. Please contact the undersigned if you would like to examine the firearms and ammunition.

Expert Witnesses

  Pursuant to a discovery letter dated February 19, 2010, the government informed the defendants that it intended to call an expert in firearms analysis and ballistics comparison to testify. The Group I Defendants are hereby informed that the government will call Detective Frank Miller from the Nassau County Police

Department during the trial scheduled to begin on June 13, 2011. Detective Miller will testify, in sum and substance, that bullets recovered in connection with the June 6, 2009 and July 1, 2009 shootings of John Doe #16 and John Doe #17, as defined in the Third Superseding Indictment, were fired from the same weapon. A summary of Detective Miller's qualifications will be provided under separate cover.

Absent stipulations, the government intends to call Deputy Medical Examiner Gwen Harleman, M.D. and Deputy Chief Medical Examiner Michael DeMartino, M.D., to testify regarding the autopsies performed on Valentin and Sanchez, respectively. With the exception of rendering opinions as to the causes of death and manners of death, the government anticipates that Dr. Harleman and Dr. DeMartino will testify as fact witnesses. Copies of Dr. Harleman and Dr. DeMartino's <u>curriculum vitae</u>, which sets forth their qualifications, will be provided under separate cover.

The government renews its request for reciprocal discovery.

Very truly yours,

LORETTA E. LYNCH<br>
United States Attorney

By: _____<br>
John J. Durham<br>
Assistant U.S. Attorney<br>
(631) 715-7851

Attachments

cc: Clerk of the Court (JFB) (By ECF)

## Distribution List

Scott Fenstermaker, Esq.
100 Park Avenue, 16th Floor
New York, New York 10017

Robert P. LaRusso, Esq.
LaRusso & Conway, LLP
300 Old Country Rd., Suite 341
Mineola, New York 11501

Lloyd J. Nadel, Esq.
170 Old Country Road
Mineola, New York 11501

Joseph F. Kilada, Esq.
666 Old Country Road
Suite 600
Garden City, New York 11530

Gary S. Villanueva, Esq.
11 Park Place, Suite 1601
New York, New York 10007-2801

Elizabeth E. Macedonio, Esq.
42-40 Bell Boulevard, Suite 302
Bayside, New York 11361

Kelley J. Sharkey, Esq.
26 Court Street, Suite 1016
Brooklyn, New York 11242

Louis M. Freeman, Esq.
Freeman Nooter & Ginsberg
30 Vesey Street, Suite 100
New York, New York 10007

Martin G. Goldberg, Esq.
672 Dogwood Avenue, Suite 183
Franklin Square, New York 11010

John Burke, Esq.
26 Court Street, Suite 1242
Brooklyn, New York 11242

Jeffrey Pittell, Esq.
299 East Shore Road
Great Neck, NY 11023

David Stern, Esq.
Rothman, Schneider, Soloway & Stern
100 Lafayette Street, Suite 501
New York, New York 10013

Robert Moore, Esq.
Quesada & Moore, LLP
128 Avon Place
West Hempstead, NY 11552

Anthony Senft, Esq.
21 Carleton Avenue
East Islip, NY 11730

Francis Murphy, Esq.
32 Bohack Court
Sayville, NY 11782

Sally J. M. Butler, Esq.
42-40 Bell Boulevard
Bayside, New York 11361

Colleen Quinn Brady, Esq.
99 Hudson Street, 8th Floor
New York, New York 10013

Anthony L. Ricco, Esq.
20 Vesey Street, Suite 400
New York, New York 10007

Kevin J. Keating, Esq.
666 Old Country Road
Garden City, New York 11530

John F. Carman, Esq.
666 Old Country Road
Suite 501
Garden City, New York 11530

Terrence Buckley, Esq.
356 Veterans Memorial Highway, Suite 8N
Commack, NY 11725

Richard Lind, Esq.
745 Fifth Avenue, Suite 902
New York, New York 10151

Robert Soloway, Esq.
Rothman, Schneider, Soloway & Stern
100 Lafayette Street, Suite 501
New York, New York 10013

David L. Lewis, Esq.
Lewis & Fiore
225 Broadway
New York, New York 10007

Jean D. Barrett, Esq.
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042

Sanford Talkin, Esq.
Talkin, Muccigrosso & Roberts
40 Exchange Place, 18th Floor
New York, New York 10005-2701

Toni Marie Angeli, Esq.
666 Old Country Road, Suite 600
Garden City, New York 11530

Avraham Moskowitz, Esq.
Moskowitz, Book & Walsh LLP
345 Seventh Avenue, 21st Floor
New York, New York 10001

Richard Levitt, Esq.
40 Fulton Street, 23rd Floor
New York, New York 10038

Joshua L. Dratel, Esq.
Law Offices of Joshua L. Dratel
2 Wall Street, 3rd Floor
New York, New York 10005

Anthony La Pinta, Esq.
35 Arkay Drive
Suite 200
Hauppauge, New York 11788

Russell Neufeld, Esq.
99 Hudson Street, 8th Floor
New York, New York 10013

Steve Zissou, Esq.
42-40 Bell Boulevard
Bayside, New York 11361

Carl Herman, Esq.
443 Northfield Avenue
West Orange, New Jersey 07052