

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

RAT:JJD
F#2010R00014

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

June 1, 2011

<u>By Hand and By ECF</u>
The Honorable Joseph F. Bianco
United States District Judge
United States District Court
Eastern District of New York
920 Federal Plaza
Central Islip, New York 11722

    Re:  United States v. Prado et al
         <u>Criminal Docket No. 10-CR-074 (S-3)(JFB)</u>

Dear Judge Bianco:

    The government writes to request that the Court grant the government an extension of time to respond to defendant PRADO and ALVARADO's motion for a <u>Wade</u> hearing until Monday June 6, 2011. During the last status conference held on Thursday May 26, 2011, the Court directed the government to respond to the defense motions regarding the <u>Wade</u> issue by today's date. However, the government is requesting additional time so they may discuss the matter further with the civilian witnesses who viewed the photo arrays at issue.

                             Respectfully submitted,

                             LORETTA E. LYNCH
                             United States Attorney

            By:                            
                             Raymond A. Tierney
                             John J. Durham
                             Assistant U.S. Attorneys
                             (631) 715-7851/7849

cc:  All Counsel of Record (By ECF)
     Clerk of the Court (By ECF)