**CRIMINAL CAUSE FOR STATUS CONFERENCE (GROUP 3)**

<u>BEFORE: Bianco,J.</u>   <u>DATE: 6/2/11</u>   <u>TIME: 12:30 p.m.(1 hr.)</u>

<u>DOCKET NUMBER: 10-cr-000074-JFB</u>       <u>TITLE: USA-V-Prado et al.</u>

<u>DEFT NAME: Jeremias Amaya                         </u>
<u> X PRESENT</u> <u>   NOT PRESENT</u>          <u> X IN CUSTODY</u>  <u>    </u> ON BAIL

<u>ATTY FOR DEFT: Joshua Dratel                        </u>    <u>  X PRESENT</u>
      <u>   NOT PRESENT</u>          <u>    RETAINED</u>  <u>X   C.J.A.</u>
                           <u>    FED. DEF. OF NY, INC.</u>

<u>DEFT NAME: Jose Guetaavo Orellana Torres          </u>
<u> X PRESENT</u> <u>   NOT PRESENT</u>          <u> X IN CUSTODY</u>  <u>    </u> ON BAIL

<u>ATTY FOR DEFT: John Burke                         </u>
<u>X PRESENT</u>      <u>   NOT PRESENT</u>          <u>    RETAINED</u>  <u>X   C.J.A.</u>
                           <u>    FED. DEF. OF NY, INC.</u>

<u>DEFT NAME: Lois Ruiz                              </u>
<u> X PRESENT</u> <u>   NOT PRESENT</u>          <u> X IN CUSTODY</u>  <u>    </u> ON BAIL

<u>ATTY FOR DEFT: Sally Butler and Michael Bachach     </u>
     <u> X PRESENT</u>      <u>   NOT PRESENT</u>          <u>   RETAINED</u>  <u>X   C.J.A.</u>
                           <u>    FED. DEF. OF NY, INC.</u>

<u>DEFT NAME: Yobany Calderon                          </u>
<u> X PRESENT</u> <u>   NOT PRESENT</u>          <u> X IN CUSTODY</u>  <u>    </u> ON BAIL

<u>ATTY FOR DEFT: Anthony LaPinta and Russell Neufeld   </u>
<u>X PRESENT</u>          <u>   NOT PRESENT</u>          <u>    RETAINED</u>  <u>X  </u>
                                <u>C.J.A.</u>
                           <u>    FED. DEF. OF NY, INC.</u>

<u>DEFT NAME: David Valle                            </u>
<u> X PRESENT</u> <u>   NOT PRESENT</u>          <u> X IN CUSTODY</u>  <u>    </u> ON BAIL

<u>ATTY FOR DEFT: Richard Levitt and Joseph Kilada     </u>
     <u> X PRESENT</u>     <u>   NOT PRESENT</u>          <u>    RETAINED</u>  <u>X   C.J.A.</u>
                           <u>    FED. DEF. OF NY, INC.</u>

<u>DEFT NAME: Franklin Villatoro                       </u>
<u> X PRESENT</u> <u>   NOT PRESENT</u>          <u> X IN CUSTODY</u>  <u>    </u> ON BAIL

<u>ATTY FOR DEFT: Avi Moskowitz and Sam Talkin         </u>
<u>X PRESENT</u>         <u>   NOT PRESENT</u>          <u>    RETAINED</u>  <u>X   C.J.A.</u>
                           <u>    FED. DEF. OF NY, INC.</u>

<u>DEFT NAME: Yonis Acosta-Yanes                       </u>
<u> X PRESENT</u> <u>   NOT PRESENT</u>          <u> X IN CUSTODY</u>  <u>    </u> ON BAIL

<u>ATTY FOR DEFT: Carl Herman                                    </u>   <u>X</u>
<u>PRESENT</u>          <u>   NOT PRESENT</u>          <u>   RETAINED</u>  <u>X   C.J.A.</u>
                           <u>    FED. DEF. OF NY, INC.</u>

**DEFT NAME: Mario Umanzor**
 X PRESENT     NOT PRESENT            X IN CUSTODY      ON BAIL

**ATTY FOR DEFT: Robert Soloway**
 X PRESENT     NOT PRESENT            RETAINED   X   C.J.A.
                                      FED. DEF. OF NY, INC.

DEFT NAME: Vidal Espinal
 X PRESENT     NOT PRESENT            X IN CUSTODY      ON BAIL

ATTY FOR DEFT: Anthony Ricco and John Carman
 X PRESENT     NOT PRESENT            ___ RETAINED   X   C.J.A.
                                      ___ FED. DEF. OF NY, INC.

DEFT NAME: Heriberto Martinez
 X PRESENT     NOT PRESENT            X IN CUSTODY      ON BAIL

ATTY FOR DEFT: Elizabeth Macedonio and Colleen Brady
 X PRESENT     NOT PRESENT            ___ RETAINED   X   C.J.A.
                                      ___ FED. DEF. OF NY, INC.

DEFT NAME: Jimmy Sosa
 X PRESENT     NOT PRESENT            X IN CUSTODY      ON BAIL

ATTY FOR DEFT: Jeffrey Pittell
 X PRESENT     NOT PRESENT            ___ RETAINED   X   C.J.A.
                                      ___ FED. DEF. OF NY, INC.

A.U.S.A.: John Durham       DEPUTY CLERK: Michele Savona

COURT REPORTER:  P. AUERBACH    E. COMBS    P. LOMBARDI
       H. RAPAPORT    D. TURSI    O. WICKER
       S. PICOZZI    X M. STEIGER

INTERPRETER: X MAYA GRAY    X J. CARLOS VENANT

 X  CASE CALLED. ALL COUNSEL PRESENT. CONFERENCE HELD.

    CASE ADJOURNED TO

    MOTION CONFERENCE HELD ON                 'S MOTION TO

    ARGUMENT HEARD      MOTION GRANTED.    MOTION DENIED.
                        DECISION RESERVED.

    DECISION ENTERED INTO THE RECORD.

 X  SPEEDY TRIAL INFORMATION:   Jeremias Amaya, Jose Guetavo Orellanna Torres, Yobany Calderon, franklin Villatoro, Acosta-Yanes, Mario Umanzor, Vidal Espinal, Heriberto Martinez, and Jimmy Sosa  CODE TYPE: X-     START DATE: 6/2/2011 XSTRT
                                           STOP DATE: 8/23/2011 XSTOP

 X  NEXT STATUS CONFERENCE SET FOR    8/23/2011 at 10:30 am.

 X  DEFTS. CONTINUED IN CUSTODY                                 .

____ **JURY SELECTION & TRIAL SCHEDULED FOR**_____

____ **MOTIONS TO BE MADE BY**_____

____ **RESPONSE BY GOVERNMENT BY**_____

____ **REPLY IF ANY BY**_____

____ **HEARING SET FOR:**_____

____ **FINAL PRETRIAL CONFERENCE SET FOR**_____

____**OTHER**_____