UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

Prado, et al.

WAIVER OF SPEEDY TRIAL

10-cr-0074 (JFB)

------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 02 2011 ★
LONG ISLAND OFFICE

It is hereby stipulated that the time period from 6/2/11 to 8/23/11 be excluded in computing time within which trial of the charges against the Defendant(s) must commence.

The parties agree to the exclusion of the foregoing period for the purpose(s) of:

[ ]   engagement in continuing plea negotiations;
[ ]   examination of the Defendant(s) pursuant to 18 U.S.C. §§ 3161(h)(1)(A) regarding mental or physical capacity;
[ ]   submission of pretrial motions through hearing or other disposition pursuant to 18 U.S.C. § 3161 (h)(1)(F); and/or
[X]   _Complex Case Designation ; Preparation of Death Penalty Memoranda_

The Defendant has been fully advised by counsel of his/her rights guaranteed under the Sixth Amendment to the U.S. Constitution; the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74; the Plan and Rules of this Court adopted pursuant to that Act; and Rule 50 of the Federal Rules of Criminal Procedure. The Defendant understands that he/she has a right to be tried before a jury within a specified time period, not counting excludable periods.

The Court [X] approves this Speedy Trial Waiver [X] otherwise excludes the time based upon its findings that this action serves the ends of justice and outweighs the best interest of the public and this Defendant in a speedier trial.

SO ORDERED.

Dated: 6/2/11
Central Islip, NY

Joseph F. Bianco, U.S.D.J.

Assistant U.S. Attorney or Special Assistant U.S. Attorney _____

Defendant #1: Yobany Cnderire _____ Counsel: Anthony M. LaPinta
Defendant #2: Franklyn Villatoro _____ Counsel: Q. Moskowitz
Defendant #3: Yonis Acosta-Yanes _____ Counsel: Carl Herman
Defendant #4: Jose Gustavo Cuellara Turip _____ Counsel: John Burja

Defendant #5: _[signature]_  Counsel: _[signature]_

Defendant #6: VIDAL ESPINAL / Vidal Espinal  Counsel: _[signature]_

Defendant #7: Heriberto Martinez _[signature]_  Counsel: _[signature]_

Defendant #8: Mario Umanzor  Counsel: Robert A. Silvoroak

Defendant #9: Jimmy Sosa _[signature]_  Counsel: Jeffrey Pittell

Defendant #10: Y. ACOSTA-YANES _[signature]_  Counsel: Cara Herman

Defendant #11: _____  Counsel: _____

Defendant #12: _____  Counsel: _____

Defendant #13: _____  Counsel: _____

Defendant #14: _____  Counsel: _____

Defendant #15: _____  Counsel: _____

Defendant #16: _____  Counsel: _____

Defendant #17: _____  Counsel: _____

Defendant #18: _____  Counsel: _____

Defendant #19: _____  Counsel: _____

Defendant #20: _____  Counsel: _____

Defendant #21: _____  Counsel: _____

Defendant #22: _____  Counsel: _____

Defendant #23: _____  Counsel: _____

Defendant #24: _____  Counsel: _____