JJD:RAT
F.#2010R00014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

GROUP I DEFENDANTS.

- - - - - - - - - - - - - - - - X

O R D E R

10-CR-074 (S-3) (JFB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 09 2011 ★
LONG ISLAND OFFICE

    Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney JOHN J. DURHAM, it is hereby:

    **ORDERED** that counsel for the defendants, or anyone acting under the direction of defense counsel, may not reproduce, distribute or otherwise disseminate the 18 U.S.C. § 3500 and Giglio materials, which will be provided in connection with the upcoming trial;

    **ORDERED** that the defendants not be permitted to bring the 18 U.S.C. § 3500 and Giglio materials, or copies thereof, back to the institutions in which they are incarcerated; and

    **ORDERED** that nothing in this Order shall prohibit: (a) defense counsel from reproducing and sharing the 18 U.S.C. § 3500 and Giglio materials with others acting under the direction of defense counsel; or (b) defense counsel, or others acting under the direction of defense counsel, from displaying or discussing the content of such 18 U.S.C. § 3500 and Giglio materials with

*[handwritten annotation:] However, as discussed at the conference on June 6, a copy of the materials above will be made available for use in the prison library on computer disk by the defendants)*

*[signed] JFB*

other persons; provided however, that the restrictions set forth in this Order shall apply to those individuals acting under the direction of defense counsel.

Dated:    Central Islip, New York
          June 9, 2011

                                        THE HONORABLE JOSEPH F. BIANCO
                                        UNITED STATES DISTRICT JUDGE
                                        EASTERN DISTRICT OF NEW YORK

→ In addition, as noted at the conference, defense counsel also may fully review the materials with their clients in the courthouse and in the jail.    /s/ JFB