CRIMINAL CAUSE FOR STATUS CONFERENCE
(Group 3 except Roger Alvardo)

BEFORE: Bianco,J.    DATE: 8/23/2011    TIME: 11:00 a.m.( 30 min.)

DOCKET NUMBER: 10-cr-000074-JFB          TITLE: USA-V-Prado et al.


DEFT NAME: Yonis Acosta-Yanes                DEFT: #5
X PRESENT ___NOT PRESENT    X IN CUSTODY ___ ON BAIL

ATTY FOR DEFT: Carl Herman and Lloyd Nadel
 X PRESENT       NOT PRESENT        RETAINED  X C.J.A.
                                    FED. DEF. OF NY, INC.


DEFT NAME: David Valle                       DEFT: #10
X PRESENT ___NOT PRESENT    X IN CUSTODY ___ ON BAIL

ATTY FOR DEFT: Richard Levitt and Joseph Kilada
 X PRESENT       NOT PRESENT        RETAINED  X C.J.A.
                                    FED. DEF. OF NY, INC.


DEFT NAME: Louis Ruiz                        DEFT: #11
X PRESENT ___NOT PRESENT    X IN CUSTODY ___ ON BAIL

ATTY FOR DEFT: Sally Butler and Michael Bachach
 X PRESENT       NOT PRESENT        RETAINED  X C.J.A.
                                    FED. DEF. OF NY, INC.


DEFT NAME: Heriberto Martinez                DEFT: #14
X PRESENT ___NOT PRESENT    X IN CUSTODY ___ ON BAIL

ATTY FOR DEFT: Colleen Brady
 X PRESENT       NOT PRESENT        RETAINED  X C.J.A.
                                    FED. DEF. OF NY, INC.


DEFT NAME: Vidal Espinal                     DEFT: #15
X PRESENT ___NOT PRESENT    X IN CUSTODY ___ ON BAIL

ATTY FOR DEFT: Anthony Ricco and Ed Wilford
 X PRESENT       NOT PRESENT        RETAINED  X C.J.A.
                                    FED. DEF. OF NY, INC.


DEFT NAME: Jose Gustavo Orellano-Torres    DEFT: #18
X PRESENT ___NOT PRESENT    X IN CUSTODY ___ ON BAIL

ATTY FOR DEFT: John Burke
 X PRESENT       NOT PRESENT        RETAINED  X C.J.A.
                                    FED. DEF. OF NY, INC.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 23 2011 ★
LONG ISLAND OFFICE

DEFT NAME: Mario Alphonso Herrera-Umanzor   DEFT: #19
X PRESENT ___NOT PRESENT        X IN CUSTODY  ___ ON BAIL

ATTY FOR DEFT: David Stern
 X PRESENT          NOT PRESENT        RETAINED  X C.J.A.
                                        FED. DEF. OF NY, INC.


DEFT NAME: Jimmy Sosa                    DEFT: #20
X PRESENT ___NOT PRESENT        X IN CUSTODY  ___ ON BAIL

ATTY FOR DEFT: Jeffrey Pittell
 X PRESENT          NOT PRESENT        RETAINED  X C.J.A.
                                        FED. DEF. OF NY, INC.


DEFT NAME: Jeremias Exequiel Amaya        DEFT: #21
X PRESENT ___NOT PRESENT        X IN CUSTODY  ___ ON BAIL

ATTY FOR DEFT: Joshua Dratel
 X PRESENT          NOT PRESENT        RETAINED  X C.J.A.
                                        FED. DEF. OF NY, INC.


DEFT NAME: Franklin Villatoro             DEFT: #23
X PRESENT ___NOT PRESENT        X IN CUSTODY  ___ ON BAIL

ATTY FOR DEFT: Avi Moskowitz and Sam Talkin
 X PRESENT          NOT PRESENT        RETAINED  X C.J.A.
                                        FED. DEF. OF NY, INC.


DEFT NAME: Yobany Calderon                DEFT: #25
X PRESENT ___NOT PRESENT        X IN CUSTODY  ___ ON BAIL

ATTY FOR DEFT: Russel Neufeld
 X PRESENT          NOT PRESENT        RETAINED  X C.J.A.
                                        FED. DEF. OF NY, INC.


A.U.S.A.: John Durham and Raymond Tierney    DEPUTY CLERK: Mary Ryan


COURT REPORTER:   ___P. AUERBACH    ___E. COMBS    ___P. LOMBARDI
____H. RAPAPORT   X D. TURSI        ___O.WICKER
____S. PICOZZI    ___M.STEIGER

INTERPRETER: X MAYA GRAY    X  JC Venant (sworn)

 X  CASE CALLED.   X ALL COUNSEL PRESENT.   X CONFERENCE HELD.


___  DEFT(S)_____ ARRAIGNED, WAIVE(S) READING OF THE SUPERSEDING INDICTMENT (S-3), AND ENTER(S) A NOT GUILTY PLEA TO THE CHARGES.

___  CASE ADJOURNED TO_____

\_\_\_ MOTION CONFERENCE HELD ON_____'S MOTION TO
_____

\_\_\_ ARGUMENT HEARD   \_\_\_ MOTION GRANTED.   \_\_\_ MOTION DENIED.
                     \_\_\_ DECISION RESERVED.

\_\_\_ DECISION ENTERED INTO THE RECORD.

_X_ SPEEDY TRIAL INFORMATION: All defendants signed except
                              Louis Ruiz and Heriberto Martinez
        CODE TYPE:  X-_____  START DATE: 8/23/2011 XSTRT
                                 STOP DATE: 10/27/2011 XSTOP


_X_ NEXT STATUS CONFERENCE SET FOR 10/27/11 at 12:00 p.m.

_X_ DEFTS. CONTINUED IN CUSTODY

\_\_\_ JURY SELECTION & TRIAL SCHEDULED FOR //11 at 9:30 a.m.

\_\_ MOTIONS TO BE MADE BY //11

\_\_ RESPONSE BY GOVERNMENT BY_____

\_\_ REPLY IF ANY BY_____

\_\_ ORAL ARGUMENT SET FOR:_____

_X_ OTHER Court rules exclusion of time appropriate as to Mr. Ruiz and Mr. Martinez.