RUHNKE & BARRETT
47 Park Street
Montclair, New Jersey 07042
(973)744-1000 (voice)
(973)746-1490 (fax)
jeanbarrett@ruhnkeandbarrett.com
─────────────────────────────x

| | |
|---|---|
| UNITED STATES OF AMERICA | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK |
| - against - | Case No. 10 cr 074 (S-2) (JFB) |
| JIMMY SOSA, | MOTION TO BE RELIEVED<br>AS COUNSEL |
| Defendant. | |

─────────────────────────────x

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that the undersigned attorney for defendant Jimmy Sosa moves to be relieved as counsel. In support of this motion, counsel certifies as follows:

1. I am an attorney at law and a member of the Criminal Justice Act Panel of this Court.

2. On August 4, 2010, I was appointed by the Honorable Joseph F. Bianco, U.S.D.J. to represent Mr. Sosa in this case pursuant to 18 U.S.C. § 3005, as counsel "leaned in the law of capital cases" because Mr. Sosa faced the possible punishment of death.

3. On August 29, 2011, counsel for Mr. Sosa were notified by the Government that the Attorney General had authorized the United States Attorney's Office for this District not to seek the death penalty for Mr. Sosa. Consequently, Mr. Sosa is no longer in need of "learned counsel."

4. My co-counsel, Jeffrey Pittell, Esq. will remain as counsel for Mr. Sosa.

Wherefore, undersigned counsel moves to withdraw her appearance as counsel for Jimmy Sosa.

                      RUHNKE & BARRETT
                      Attorneys for Jimmy Sosa

*/s/ Jean D. Barrett*

_____
By:   JEAN D. BARRETT

Dated:     September 9, 2011

CERTIFICATE OF SERVICE

I, Jean D. Barrett, Esquire, do hereby certify that on this date I served all counsel with this motion to be relieved as counsel by filing it electronically with the Court.

I certify that the foregoing statement made by me is true. I am aware that if the foregoing statement is wilfully false, I am subject to punishment.

*/s/ Jean D. Barrett*

_____
JEAN D. BARRETT
Attorney for Jimmy Sosa

Dated:    September 9, 2011

C:\CASE FILES\TRIAL_FILES\Sosa\Motion to be Relieved 9-9-11.wpd