FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

OCT 13 2011

LONG ISLAND OFFICE

CALENDAR MINUTES
ON GRAND JURY PRESENTMENT

Before Magistrate Judge **Boyle**    Date **October 13, 2011**

The Grand Jury of ____**10/07/09**____ handed up

____**2**____ Indictment(s) which were ordered filed by the Court.
(number)

____**∅**____ Indictment(s) were ordered sealed by the Court.
(number)

____**1**____ Bench Warrants were ordered by the Court.
(number)

The Grand Jury thereupon

_____ returned for further deliberation.

____**✓**____ having completed its business, was dismissed with the thanks of the Court.

10cr74(JFB)

Robert C. Heinemann
Clerk of the Court

_____
Deputy Clerk