# INFORMATION SHEET

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

1. Title of Case: <u>United States v. Acosta-Yanes et al, 10-CR-074 (S-4)(JFB) (formerly United States v. Prado et al)</u>

2. Related Magistrate Docket Number(s): <u>None</u>

3. Related Criminal Docket Numbers(s): <u>None</u>

4. Arrest Dates: N/A

5. Nature of offense(s):   X   Felony
   ☐   Misdemeanor

6. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):

   _____
   _____

7. Projected Length of Trial:   Less than 6 weeks   ( )
   More than 6 weeks   ( X )

8. County in which crime was allegedly committed: <u>Nassau/Suffolk</u> (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

9. Has this indictment been filed under seal?   ( ) Yes   (X) No

10. Have arrest warrants been ordered?   ( ) Yes   (X) No

11. Is a capital count included in the indictment?   (X) Yes   ( ) No

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D N Y
★ OCT 13 2011 ★
LONG ISLAND OFFICE

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
John J. Durham
Assistant U.S. Attorney
631-715-7851