## CRIMINAL CAUSE FOR STATUS CONFERENCE
(Group 3)

**BEFORE:** Bianco,J.   **DATE:** 10/27/2011   **TIME:** 12:00 p.m. (30 min.)

**DOCKET NUMBER:** 10-cr-74-JFB   **TITLE:** USA-V-Prado et al.


**DEFT NAME:** David Valle                              **DEFT:** #10
X PRESENT ___NOT PRESENT      X IN CUSTODY ___ ON BAIL

**ATTY FOR DEFT:** Richard Levitt and Joseph Kilada
 X PRESENT       NOT PRESENT       RETAINED  X C.J.A.
                                   FED. DEF. OF NY, INC.


**DEFT NAME:** Louis Ruiz                               **DEFT:** #11
X PRESENT ___NOT PRESENT      X IN CUSTODY ___ ON BAIL

**ATTY FOR DEFT:** Sally Butler
 X PRESENT       NOT PRESENT       RETAINED  X C.J.A.
                                   FED. DEF. OF NY, INC.


**DEFT NAME:** Heriberto Martinez                       **DEFT:** #14
X PRESENT ___NOT PRESENT      X IN CUSTODY ___ ON BAIL

**ATTY FOR DEFT:** Elizabeth Macedonia
 X PRESENT       NOT PRESENT       RETAINED  X C.J.A.
                                   FED. DEF. OF NY, INC.


**DEFT NAME:** Vidal Espinal                            **DEFT:** #15
X PRESENT ___NOT PRESENT      X IN CUSTODY ___ ON BAIL

**ATTY FOR DEFT:** John Carmen
 X PRESENT       NOT PRESENT       RETAINED  X C.J.A.
                                   FED. DEF. OF NY, INC.


**DEFT NAME:** Jimmy Sosa                               **DEFT:** #20
X PRESENT ___NOT PRESENT      X IN CUSTODY ___ ON BAIL

**ATTY FOR DEFT:** Jeffrey Pittell
 X PRESENT       NOT PRESENT       RETAINED  X C.J.A.
                                   FED. DEF. OF NY, INC.


**DEFT NAME:** Jeremias Exequiel Amaya                  **DEFT:** #21
X PRESENT ___NOT PRESENT      X IN CUSTODY ___ ON BAIL

**ATTY FOR DEFT:** Joshua Dratel
 X PRESENT       NOT PRESENT       RETAINED  X C.J.A.
                                   FED. DEF. OF NY, INC.

**DEFT NAME: Franklin Villatoro           DEFT: #23**
**X PRESENT    ___ NOT PRESENT        X IN CUSTODY    ___ ON BAIL**

**ATTY FOR DEFT: Sam Talkin**
 **X PRESENT         NOT PRESENT         RETAINED  X C.J.A.**
                                        **FED. DEF. OF NY, INC.**


**DEFT NAME: Yobany Calderon            DEFT: #25**
**X PRESENT    ___ NOT PRESENT        X IN CUSTODY    ___ ON BAIL**

**ATTY FOR DEFT: Russel Neufeld**
 **X PRESENT         NOT PRESENT         RETAINED  X C.J.A.**
                                        **FED. DEF. OF NY, INC.**


**A.U.S.A.: John Durham             DEPUTY CLERK: Mary Ryan**


**COURT REPORTER:    ___ P. AUERBACH   ___ E. COMBS    ___ P. LOMBARDI**
**___ H. RAPAPORT  ___ D. TURSI    ___ O. WICKER**
**___ S. PICOZZI   X M. STEIGER**

**INTERPRETER:  ___ MAYA GRAY   X  JC Venant (affirmed)**


 **X  CASE CALLED.  X ALL COUNSEL PRESENT.  X CONFERENCE HELD.**

 **X  ALL DEFENDANTS PRESENT ARRAIGNED, WAIVE READING OF THE**
    **SUPERSEDING INDICTMENT (S-4), AND ALL DEFENDANTS PRESENT ENTER**
    **A NOT GUILTY PLEA TO THE CHARGES.**

 **___ CASE ADJOURNED TO**

 **___ MOTION CONFERENCE HELD ON_____'S MOTION TO**
    _____

 **___ ARGUMENT HEARD   ___ MOTION GRANTED.    ___ MOTION DENIED.**
                      **___ DECISION RESERVED.**

 **___ DECISION ENTERED INTO THE RECORD.**


 **X  SPEEDY TRIAL INFORMATION: All defendants signed except**
    **David Valle, Louis Ruiz and Heriberto Martinez.**
         **CODE TYPE:  X-        START DATE: 10/27/2011 XSTRT**
                                **STOP DATE: 01/04/2012 XSTOP**

 **X  NEXT STATUS CONFERENCE SET FOR 1/4/2012 at 10:30 a.m.**

 **X  DEFTS. CONTINUED IN CUSTODY**

 **___ JURY SELECTION & TRIAL SCHEDULED FOR   /  /12 at 9:30 a.m.**

 **___ MOTIONS TO BE MADE BY //11**

 **___ RESPONSE BY GOVERNMENT BY**

\_\_ **REPLY IF ANY BY**_____

\_\_ **ORAL ARGUMENT SET FOR:**_____

\_\_ **OTHER:**_____