

**RICHARD B. LIND**
ATTORNEY AT LAW
488 MADISON AVENUE
19TH FLOOR
NEW YORK, N.Y. 10022

TELEPHONE (212) 588-5725
FACSIMILE (212) 371-2461
E-MAIL: rlindesq@aol.com
WEBSITE: www.richardlindlawyer.com

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 16 2011 ★

LONG ISLAND OFFICE

November 10, 2011

**By Fax**

Hon. Joseph F. Bianco
United States District Judge
U.S. Courthouse
One Federal Plaza
Central Islip, NY 11722

      Re:    <u>United States v. Giovanni Prado, et al.</u>
                10 CR 74 (JFB)

Dear Judge Bianco:

      I was appointed as the CJA attorney for defendant Jeremias Amaya in the above-captioned case in August 2010. Since then I have spent a fairly large amount of time in representing Mr. Amaya. I am writing the Court to request authorization to submit an interim CJA voucher in this case.

      Thank you for the Court's consideration of this request.

                                    Respectfully submitted,

*Request granted.*
                                    Richard B. Lind

s/ [signature]
JSDJ

Date: Nov. 16, 20 11
Central Islip, N.Y.

# RICHARD B. LIND

ATTORNEY AT LAW
468 MADISON AVENUE
19TH FLOOR
NEW YORK, N.Y. 10022

TELEPHONE (212) 888-7725
FACSIMILE (212) 371-2961
E-MAIL: rlindesq@aol.com
WEBSITE: www.richardlindlawyer.com

## TELECOPIER TRANSMISSION

DATE: 11/10/11

FROM: Richard B. Lind, Esq.

TO: Hon. Joseph F. Bianco

COMPANY/FIRM: US Dist. Ct.

FAX NO.: (631) 712-5677

NUMBER OF PAGES (INCLUDING COVER): 2

*If there are any problems, please call (212) 888-7725.*

ADDITIONAL MESSAGE:

THIS MESSAGE AND ANY ENCLOSURE IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, THIS WILL SERVE AS NOTICE TO YOU THAT ANY DISSEMINATION OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, OR HAVE ANY PROBLEMS, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AT (212) 888-7725. THANK YOU.