## CRIMINAL CAUSE FOR STATUS CONFERENCE

<u>BEFORE: Bianco,J.</u>   <u>DATE: 1/4/2012</u>   <u>TIME: 11:30 a.m.(45 min.)</u>

<u>DOCKET NUMBER: 10-cr-74-JFB</u>        <u>TITLE: USA-V-Prado et al.</u>


<u>DEFT NAME: Yonis Acosta-Yanes</u>              <u>DEFT: #5</u>
<u>X PRESENT</u>   <u>   NOT PRESENT</u>      <u> X IN CUSTODY</u>   <u>    ON BAIL</u>

<u>ATTY FOR DEFT: Lloyd Nadel</u>
<u> X PRESENT</u>       <u>   NOT PRESENT</u>         <u>   RETAINED</u>   <u> X C.J.A.</u>
                                            <u>   FED. DEF. OF NY, INC.</u>


<u>DEFT NAME: David Valle</u>                    <u>DEFT: #10</u>
<u>X PRESENT</u>   <u>   NOT PRESENT</u>      <u> X IN CUSTODY</u>   <u>    ON BAIL</u>

<u>ATTY FOR DEFT: Nicholas Kaizer and Joseph Kilada</u>
<u> X PRESENT</u>       <u>   NOT PRESENT</u>         <u>   RETAINED</u>   <u> X C.J.A.</u>
                                            <u>   FED. DEF. OF NY, INC.</u>


<u>DEFT NAME: Louis Ruiz</u>                     <u>DEFT: #11</u>
<u>X PRESENT</u>   <u>   NOT PRESENT</u>      <u> X IN CUSTODY</u>   <u>    ON BAIL</u>

<u>ATTY FOR DEFT: Sally Butler</u>
<u> X PRESENT</u>       <u>   NOT PRESENT</u>         <u>   RETAINED</u>   <u> X C.J.A.</u>
                                            <u>   FED. DEF. OF NY, INC.</u>


<u>DEFT NAME: Heriberto Martinez</u>              <u>DEFT: #14</u>
<u>X PRESENT</u>   <u>   NOT PRESENT</u>      <u> X IN CUSTODY</u>   <u>    ON BAIL</u>

<u>ATTY FOR DEFT: Colleen Brady</u>
<u> X PRESENT</u>       <u>   NOT PRESENT</u>         <u>   RETAINED</u>   <u> X C.J.A.</u>
                                            <u>   FED. DEF. OF NY, INC.</u>


<u>DEFT NAME: Vidal Espinal</u>                  <u>DEFT: #15</u>
<u>X PRESENT</u>   <u>   NOT PRESENT</u>      <u> X IN CUSTODY</u>   <u>    ON BAIL</u>

<u>ATTY FOR DEFT: John Carmen</u>
<u> X PRESENT</u>       <u>   NOT PRESENT</u>         <u>   RETAINED</u>   <u> X C.J.A.</u>
                                            <u>   FED. DEF. OF NY, INC.</u>


<u>DEFT NAME: Jeremias Exequiel Amaya</u>        <u>DEFT: #21</u>
<u>X PRESENT</u>   <u>   NOT PRESENT</u>      <u> X IN CUSTODY</u>   <u>    ON BAIL</u>

<u>ATTY FOR DEFT: Josh Dratel</u>
<u> X PRESENT</u>       <u>   NOT PRESENT</u>         <u>   RETAINED</u>   <u> X C.J.A.</u>
                                            <u>   FED. DEF. OF NY, INC.</u>

**DEFT NAME: Franklin Villatoro            DEFT: #23**
X PRESENT    ___NOT PRESENT      X IN CUSTODY    ___ ON BAIL

**ATTY FOR DEFT: Sam Talkin**
 X PRESENT         NOT PRESENT         RETAINED   X C.J.A.
                                                  FED. DEF. OF NY, INC.


**DEFT NAME: Yobany Calderon            DEFT: #25**
X PRESENT    ___NOT PRESENT      X IN CUSTODY    ___ ON BAIL

**ATTY FOR DEFT: Russel Neufeld, Anthony LaPinta**
 X PRESENT         NOT PRESENT         RETAINED   X C.J.A.
                                                  FED. DEF. OF NY, INC.


**A.U.S.A.: John Durham, Raymond Tierney     DEPUTY CLERK: Mary Ryan**

COURT REPORTER:    ___P. AUERBACH    ___E. COMBS    ___P. LOMBARDI
___H. RAPAPORT  X  D. TURSI       ___O.WICKER
___S. PICOZZI    ___M.STEIGER

INTERPRETER (Spanish): ___MAYA GRAY   X  JC Venant (affirmed)

 X  CASE CALLED.  X ALL COUNSEL PRESENT.  X CONFERENCE HELD.

___ CASE ADJOURNED TO_____

 X  SPEEDY TRIAL INFORMATION:
         CODE TYPE:  X-    START DATE: 01/04/2012 XSTRT
                           STOP DATE: 03/07/2012 XSTOP
(All defts signed waiver with exception of David Valle and Louis Ruiz)

 X  NEXT STATUS CONFERENCE SET FOR 3/7/2012 at 11:00 a.m.

 X  DEFTS. CONTINUED IN CUSTODY

 X  OTHER Application by Nicholas Kaizer attorney for deft David Valle for deft to temporarily be transferred to a federal facility RE: medical procedure on finger. Medical report handed up. AUSA John Durham states Nassau County jail has accommodations for medical procedures. Mr. Kaizer states the federal facility is best suited to do procedure. Mr. Durham to look into ability of Nassau County jail to do procedure or whether it is best to have procedure done in a federal facility. AUSA to report to Court the facility best suited to do procedure.