UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA

-V-

Prado et al
----------------------------------------X

WAIVER OF SPEEDY TRIAL

10 -cr- 74    (JFB)

It is hereby stipulated that the time period from 1-4-2012 to 3/7/12 be excluded in computing time within which trial of the charges against the Defendant(s) must commence.

The parties agree to the exclusion of the foregoing period for the purpose(s) of:

- engagement in continuing plea negotiations;
- examination of the Defendant(s) pursuant to 18 U.S.C. §§ 3161(h)(1)(A) regarding mental or physical capacity;
- submission of pretrial motions through hearing or other disposition pursuant to 18 U.S.C. § 3161 (h)(1)(F); and/or

[X] REVIEW OF DEATH PENALTY MEMORANDA AND COMPLEX CASE

The Defendant has been fully advised by counsel of his/her rights guaranteed under the Sixth Amendment to the U.S. Constitution; the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74; the Plan and Rules of this Court adopted pursuant to that Act; and Rule 50 of the Federal Rules of Criminal Procedure. The Defendant understands that he/she has a right to be tried before a jury within a specified time period, not counting excludable periods.

The Court [X] approves this Speedy Trial Waiver [X] otherwise excludes the time based upon its findings that this action serves the ends of justice and outweighs the best interest of the public and this Defendant in a speedier trial.

SO ORDERED.

Dated: 1/4/2012
Central Islip, NY

/s/ Judge Joseph F. Bianco
U.S. District Judge

Joseph F. Bianco, U.S.D.J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 04 2012 ★
LONG ISLAND OFFICE

Assistant U.S. Attorney or Special Assistant U.S. Attorney

Yonis Acosta-Yanes #5
Defendant #1: Yonis Yanes Acosta    Counsel:

David Valle #10
Defendant #2: refused    Counsel:

Louis Ruiz #11
Defendant #3: refused    Counsel:

Heriberto Martinez #14
Defendant #4: [signature]    Counsel:

Vidal Espinal #15
    Defendant # 5: *Vidal Espinal*  Counsel: *[signature]*

~~Roger Alvarado #16~~
    Defendant # 6: _____  Counsel: _____

~~Jimmy Sosa #20~~
    Defendant # 7: _____  Counsel: _____

Jeremias Amaya #21
    Defendant # 8: *[signature]*  Counsel: *[signature]*

Franklin Villatoro #23
    Defendant # 9: *Villatoro*  Counsel: *[signature]*

Yobany Calderon #25
    Defendant #10: *Yobany Calderon*  Counsel: *[signature]*

Defendant #11: _____  Counsel: _____

Defendant #12: _____  Counsel: _____