UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA      :

     :

     :

     – against –      :

     :

     :

YONIS ACOSTA-YANES, et al.,      :

     :

Defendants.      :

     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

ORDER
10 CR 074 (JFB)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 29 2012 ★

LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

By letter dated February 21, 2012, the government requests an extension of time until March 30, 2012, to notify the Court and defense counsel as to whether it will seek the death penalty against defendants Orellana-Torres, Herrera-Umanzor, Martinez, Espinal, and Amaya. The Court grants that request for the reasons set forth in the government's letter. No further extensions will be granted. The conference on March 7, 2012 will proceed as scheduled.

SO ORDERED.

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:      February 29, 2012
             Central Islip, New York