## CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.   DATE: 3/7/2012    TIME: 12:30 p.m.(30 min.)

DOCKET NUMBER: 10-cr-74-JFB - NEW GROUP III

TITLE: USA-V-Prado et al.

DEFT NAME: Heriberto Martinez           DEFT: #14
X PRESENT ___NOT PRESENT    X IN CUSTODY ___ ON BAIL

ATTY FOR DEFT: Elizabeth Macedonia
 X PRESENT    ___NOT PRESENT        RETAINED  X C.J.A.
                                     FED. DEF. OF NY, INC.

DEFT NAME: Vidal Espinal            DEFT: #15
X PRESENT ___NOT PRESENT    X IN CUSTODY ___ ON BAIL

ATTY FOR DEFT: John Carmen
   PRESENT      X NOT PRESENT        RETAINED  X C.J.A.
                                     FED. DEF. OF NY, INC.

DEFT NAME: Jose Gustavo Orellana-Torres DEFT: #18
 X PRESENT ___NOT PRESENT    X IN CUSTODY ___ ON BAIL

ATTY FOR DEFT: John Burke
   X PRESENT      NOT PRESENT        RETAINED   X C.J.A.
                                      FED. DEF. OF NY, INC.

DEFT NAME: Mario Alphonso Herrera-Umanzor  DEFT: #19
X PRESENT ___NOT PRESENT    X IN CUSTODY ___ ON BAIL

ATTY FOR DEFT: Robert Soloway
 X PRESENT        NOT PRESENT        RETAINED  X C.J.A.
                                     FED. DEF. OF NY, INC.
DEFT NAME: Jeremias Exequiel Amaya       DEFT: #21
X PRESENT ___NOT PRESENT    X IN CUSTODY ___ ON BAIL

ATTY FOR DEFT: Alice Fontier
 X PRESENT         NOT PRESENT        RETAINED  X C.J.A.
                                      FED. DEF. OF NY, INC.

A.U.S.A.:  John Durham, Raymond Tierney

DEPUTY CLERK: Mary Ryan

COURT REPORTER:___P. AUERBACH    ___E. COMBS    ___P. LOMBARDI
  ___H. RAPAPORT ___D. TURSI  X O.WICKER__S. PICOZZI    ___M.STEIGER

INTERPRETER (Spanish)(for all defendants):
                          X MAYA GRAY    X JC Venant (affirmed)

 X  CASE CALLED.  X ALL COUNSEL PRESENT.  X CONFERENCE HELD.

    ___ CASE ADJOURNED TO_____

    ___ MOTION CONFERENCE HELD ON_____'S MOTION TO
    _____

___  ARGUMENT HEARD     ___ MOTION GRANTED.    ___ MOTION DENIED.
                          ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

 X  SPEEDY TRIAL INFORMATION:
        CODE TYPE:   X-      START DATE: 03/07/2012 XSTRT
                             STOP DATE:  04/04/2012 XSTOP
(Deft Vidal Espinal did not sign waiver re: attorney not present)

 X  NEXT STATUS CONFERENCE SET FOR 4/4/2012 at 1:00 p.m.

 X  ALL DEFTS. CONTINUED IN CUSTODY

___ JURY SELECTION & TRIAL SCHEDULED FOR_____

___ MOTIONS TO BE MADE BY_____

___ RESPONSE BY GOVERNMENT BY_____

___ REPLY IF ANY BY_____

___ HEARING SET FOR:_____

___ FINAL PRETRIAL CONFERENCE SET FOR_____

 X  OTHER Group III divided into New Group III and Group V.
Various discussions re: MDC separation orders and use of library.