EASTERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA                    WAIVER OF SPEEDY TRIAL

-V-                                         10 -cr- 74    (JFB)

Prado et al

---------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 07 2012 ★
LONG ISLAND OFFICE

It is hereby stipulated that the time period from 3-7-12 to 4/4/12 be excluded in computing time within which trial of the charges against the Defendant(s) must commence.

The parties agree to the exclusion of the foregoing period for the purpose(s) of:

[ ]   engagement in continuing plea negotiations;
[ ]   examination of the Defendant(s) pursuant to 18 U.S.C. §§ 3161(h)(1)(A) regarding mental or physical capacity;
[ ]   submission of pretrial motions through hearing or other disposition pursuant to 18 U.S.C. § 3161 (h)(1)(F); and/or

[X]   *Complex Case; Review and Decision on Death Penalty Memoranda*

The Defendant has been fully advised by counsel of his/her rights guaranteed under the Sixth Amendment to the U.S. Constitution; the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74; the Plan and Rules of this Court adopted pursuant to that Act; and Rule 50 of the Federal Rules of Criminal Procedure. The Defendant understands that he/she has a right to be tried before a jury within a specified time period, not counting excludable periods.

The Court [X] approves this Speedy Trial Waiver [X] otherwise excludes the time based upon its findings that this action serves the ends of justice and outweighs the best interest of the public and this Defendant in a speedier trial.

SO ORDERED.

Dated: 3-7-2012
Central Islip, NY

_____
Joseph F. Bianco, U.S.D.J.

Assistant U.S. Attorney or Special Assistant U.S. Attorney: _____

Heriberto Martinez #14
    Defendant #1: _____      Counsel: _____
Vidal Espinal #15
    Defendant #2: _____      Counsel: _____
Jose Orellana-Torres #18
    Defendant #3: _____      Counsel: _____
Mario Herrera-Umanzor #19  *Mario Umanzor*
    Defendant #4: _____      Counsel: _____

Jeremias Amaya

| | |
|---|---|
| Defendant # 5: _[signature]_____ | Counsel: _[signature]_____ |
| Defendant # 6: _____ | Counsel: _____ |
| Defendant # 7: _____ | Counsel: _____ |
| Defendant # 8: _____ | Counsel: _____ |
| Defendant # 9: _____ | Counsel: _____ |
| Defendant #10: _____ | Counsel: _____ |
| Defendant #11: _____ | Counsel: _____ |
| Defendant #12: _____ | Counsel: _____ |