

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JJD
F.#2010R00014

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

March 28, 2012

The Honorable Joseph F. Bianco
United States District Judge
United States District Court
Eastern District of New York
920 Federal Plaza
Central Islip, New York 11722

Re: United States v. Acosta-Yanes et al.
Criminal Docket No. 10-074 (S-4)(JFB)

Dear Judge Bianco:

Please be advised that, pursuant to a letter dated March 26, 2012, United States Attorney General Eric H. Holder, Jr. authorized and directed the United States Attorney's Office for the Eastern District of New York not to seek the death penalty against the defendants Jose Gustavo Orellana-Torres, Mario Alphonso Herrera-Umanzor, Heriberto Martinez, Vidal Espinal and Jeremias Exequiel Amaya.

Accordingly, for the reasons set forth in the government's March 6, 2012 letter to the Court, the government respectfully renews its request for Orellana-Torres, Herrera-Umanzor, Martinez, Espinal and Amaya to be rejoined with co-defendant Adalberto Ariel Guzman for trial, and that all six defendants be scheduled to begin trial on September 10, 2012.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By: _____
John J. Durham
Raymond A. Tierney
Assistant U.S. Attorneys
(631) 715-7851/7849

cc: Clerk of the Court (JFB) (By ECF)
All Counsel of Record (By ECF)