**COLLEEN QUINN BRADY**
ATTORNEY AT LAW
99 HUDSON STREET, 8TH FLOOR
NEW YORK, NEW YORK 10013
T - 212.431.1354   F - 212.965.9084

April 3, 2012

BY ECF
The Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re: United States v. Heriberto Martinez
         10 Cr: 074 (S1) JFB

Dear Judge Bianco:

  I write to request that I be relieved as learned counsel for Mr. Martinez given that the Attorney General has directed the United States Attorney for the Eastern District not to seek the death penalty in this case.

  I would have liked to continue on the case and believe it is complex so that second counsel is warranted but given my present trial schedule, I will not be open until late Spring 2013. I have spoken to Ms. Macedonio and advised her of my intention to request to be relieved.

  Thank you for your consideration.

            Sincerely yours,

            Colleen Quinn Brady