CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J. DATE: 4/4/2012 TIME: 1:00 p.m.(30 min.)

DOCKET NUMBER: 10-cr-74-JFB - NEW GROUP III

TITLE: USA-V-Prado et al.

DEFT NAME: Heriberto Martinez DEFT: #14
X PRESENT ___NOT PRESENT X IN CUSTODY ___ ON BAIL

ATTY FOR DEFT: Elizabeth Macedonia
X PRESENT ___ NOT PRESENT ___ RETAINED X C.J.A.
___ FED. DEF. OF NY, INC.

DEFT NAME: Vidal Espinal DEFT: #15
X PRESENT ___NOT PRESENT X IN CUSTODY ___ ON BAIL

ATTY FOR DEFT: John Carmen
___ PRESENT X NOT PRESENT ___ RETAINED X C.J.A.
___ FED. DEF. OF NY, INC.

DEFT NAME: Jose Gustavo Orellana-Torres DEFT: #18
X PRESENT ___NOT PRESENT X IN CUSTODY ___ ON BAIL

ATTY FOR DEFT: John Burke
X PRESENT ___ NOT PRESENT ___ RETAINED X C.J.A.
___ FED. DEF. OF NY, INC.

DEFT NAME: Mario Alphonso Herrera-Umanzor DEFT: #19
X PRESENT ___NOT PRESENT X IN CUSTODY ___ ON BAIL

ATTY FOR DEFT: Robert Soloway
X PRESENT ___ NOT PRESENT ___ RETAINED X C.J.A.
___ FED. DEF. OF NY, INC.

DEFT NAME: Jeremias Exequiel Amaya DEFT: #21
X PRESENT ___NOT PRESENT X IN CUSTODY ___ ON BAIL

ATTY FOR DEFT: Richard Linds
X PRESENT ___ NOT PRESENT ___ RETAINED X C.J.A.
___ FED. DEF. OF NY, INC.

A.U.S.A.: John Durham, Raymond Tierney

DEPUTY CLERK: Michele Savona

COURT REPORTER:___P. AUERBACH ___E. COMBS ___P. LOMBARDI
___H. RAPAPORT X D. TURSI __O.WICKER__S. PICOZZI __M.STEIGER

INTERPRETER (Spanish)(for all defendants):
X MAYA GRAY __JC Venant (affirmed)

X CASE CALLED. X ALL COUNSEL PRESENT. X CONFERENCE HELD.

___ CASE ADJOURNED TO ___

___ MOTION CONFERENCE HELD ON ___'S MOTION TO

___ ARGUMENT HEARD ___ MOTION GRANTED. ___ MOTION DENIED.
___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

X SPEEDY TRIAL INFORMATION:
CODE TYPE: X- START DATE: 04/04/2012 XSTRT
STOP DATE: 01/14/2013 XSTOP

__ NEXT STATUS CONFERENCE SET FOR //2012 at 1:00 p.m.

X ALL DEFTS. CONTINUED IN CUSTODY

X JURY SELECTION & TRIAL SCHEDULED FOR 1/14/2013 at 9:30 a.m.

X MOTIONS TO BE MADE BY 6/1/2012

X RESPONSE BY GOVERNMENT BY 6/29/2012

X REPLY IF ANY BY 7/12/2012

X ORAL ARGUMENT SET FOR: 9/5/2012 AT 11:00 a.m.

___ FINAL PRETRIAL CONFERENCE SET FOR ______

__ OTHER ______