

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JJD
F.#2010R00014

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

September 4, 2012

**FILED**
**IN CLERK'S OFFICE**
**U S DISTRICT COURT E.D N Y**

★    SEP 04 2012    ★

**LONG ISLAND OFFICE**

The Honorable Joseph F. Bianco
United States District Judge
United States District Court
Eastern District of New York
920 Federal Plaza
Central Islip, New York 11722

Re:   United States v. Martinez et al. (Group III)
Criminal Docket No. 10-074 (S-4)(JFB)

Dear Judge Bianco:

During an April 4, 2012 status conference in connection
with the Group III trial defendants, the Court scheduled oral
argument on the defendants' pretrial motions for September 5, 2012
at 11:00 a.m.  Subsequently, the motion schedule was extended and
the motions have just recently been fully briefed.  Accordingly,
the government and defendants jointly request that the oral
argument be rescheduled for September 26, 2012 at 1:30 p.m., a date
and time provided by Your Honor's chambers.  The government has
conferred with counsel for the three remaining Group III defendants
and each of them join in the requested adjournment.

*Request granted. Oral argument*
*is adjourned to September 26, 2012,*
*at 1:30 p.m.*

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By: _____
John J. Durham
Assistant U.S. Attorney
(631) 715-7851

*S/Bianco*
*USDJ*
Date: *Sep. 4 20 12*
*Central Islip, N.Y*

cc:   Counsel of Record (By ECF)
      Clerk of the Court (JFB) (By ECF)