LAW OFFICE OF

# MICHAEL K. BACHRACH

276 FIFTH AVENUE, SUITE 501
NEW YORK, N.Y. 10001

--------------

TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *  
* admitted in N.Y. and D.C.

http://www.mbachlaw.com
michael@mbachlaw.com

January 14, 2013

**By ECF**

The Hon. Joseph F. Bianco
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

*Re: United States v. Prado, et al.,*
*10 Cr. 74 (JFB) (EDNY)*

Dear Judge Bianco:

We represent Defendant Louis Ruiz in the above-referenced matter and write to inform the Court and the Government, pursuant to this Court's Order, dated, January 11, 2013, that we wish to participate in the oral argument scheduled for January 17, 2013, at 10:00 a.m. As such, we respectfully request that Defendant Ruiz be produced at such time.

Respectfully submitted,

Michael K. Bachrach
Steve Zissou
*Attorneys for Defendant Louis Ruiz*

MKB/mb
cc: All counsel of record (by ECF)