UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

GIOVANNI PRADO, et al.,

    Defendants.

-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

CARLOS ORTEGA,

    Defendants.

-----------------------------------------------------------X

ORDER
10-CR-74 (JFB)

ORDER
12-CR-293 (JFB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY -9 2014 ★

LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

By letter dated May 5, 2014, the New York Times Company has asked this Court to unseal portions of the Criminal Justice Act ("CJA") vouchers associated with the defendants in these actions. Pursuant to *United States v. Suarez*, 880 F.2d 626 (2d Cir. 1989), the Court intends to unseal the portion of each CJA voucher showing the date, amount, and recipient of payments approved by the Court. However, before doing so, the Court will give defense counsel an opportunity to file any objections to the unsealing of these records.

IT IS HEREBY ORDERED that defense counsel shall file any objections no later than May 13, 2014. If no objections are filed by that date, the Court will unseal the portion of each CJA voucher showing the date, amount, and recipient of payments approved the Court.

SO ORDERED.

Joseph F. Bianco
United States District Judge

Dated: May 7, 2014
Central Islip, New York