# RICHARD B. LIND

ATTORNEY AT LAW
880 THIRD AVENUE
13TH FLOOR
NEW YORK, N.Y. 10022

TELEPHONE (212) 888-7725
FACSIMILE (212) 371-2961
E-MAIL: rlindesq@aol.com
WEBSITE: www.richardlindlawyer.com

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ **NOV 25 2014** ★

LONG ISLAND OFFICE

November 20, 2014

**_(REQUEST TO FILE UNDER SEAL)_**
Hon. Joseph F. Bianco
United States District Judge
U.S. Courthouse
944 Federal Plaza
Central Islip, NY 11722

      Re:    United States v. Jeremias Amaya.
              10 CR 74 (JFB)

Dear Judge Bianco:

      Together with Joshua L. Dratel, Esq., I represent defendant Jeremias Amaya in the above-referenced case. This letter seeks an adjournment of his sentencing, from the presently scheduled date of December 5, 2014, to a day between February 23, 2015 and March 13, 2015. AUSA John J. Durham consents to the adjournment.

      Until recently, I was engaged in a month-long trial, *United States v. Anthony Christian, et al.*, 11 CR 425 (ENV), in this District, before Judge Eric N. Vitaliano. Upon completion of the trial, I attempted to visit defendant Amaya, to review with him the PSR and to prepare our sentencing submission. I learned that Mr. Amaya had been moved to a location out of state.

      It is imperative that defense counsel meet in person with Mr. Amaya, to review the PSR and to prepare our sentencing submission. In order to do this properly, at least one of Mr. Amaya's attorneys, must visit with him. I am available to visit with defendant in January 2015 (which will also require coordinating not only my visit but obtaining an available Spanish interpreter). Mr. Dratel, however, who will be drafting a substantial portion of our sentencing submission, estimates that he will either be preparing for, or, actually trying a criminal case in the Southern District of New York, for a substantial portion of January 2015 and through at least the first two weeks of February 2015.

RICHARD B. LIND

    Accordingly, it is respectfully requested that, in view of the above-cited circumstances, an adjournment to a date, as noted above, is appropriate and necessary.

    Thank you for the Court's consideration of this request.

Respectfully submitted,

*Richard B. Lind*

Richard B. Lind

cc: Joshua L. Dratel, Esq.
    John J. Durham, Esq.

*Request granted. Sentencing is adjourned to March 4, 2015, at 1:30 p.m.*

**SO ORDERED**

Joseph F. Bianco
USDJ
Date: Nov. 25, 2014
Central Islip, N.Y.