**BEFORE:**   Joseph F. Bianco U.S.D.J
**DATE:**   4/13/2015          **TIME:** 1:30 P.m.        **TIME IN COURT:** 45 minutes
**DOCKET #:** CR 10-74
**CAPTION:** USA v. Jeremias Exequiel Amaya
CRIMINAL CAUSE FOR SENTENCING
**APPEARANCES:**

**Defense Counsel:** Richard B. Lind         **Defendant:** Jeremias Exequiel Amaya
               Joshua Dratel

 X Present    ___Not Present            X  Present    ___Not Present
 X CJA  __Retained   ___Federal Defenders       ___On Bond   X In Custody


**Government:** John Durham

**Interpreter:** Maya Grey (Spanish)

**Court Reporter:** Paul Lombardi        **COURTROOM DEPUTY:** Michele Savona


 X Case called.

 X Counsel for parties present.

 ___Fatico Hearing held

 X Sentencing held.

 ___Sentencing on Restitution is set for  //12 at 4:30 p.m.

 X   Statements of defendant and counsel heard.


**IMPRISONMENT:**

 X The defendant is sentenced to: 120 on Count 55 of the Fourth Superseding Indictment.

 X   To be followed by 3 years of supervised release.

 X   Special conditions of supervised release are as follows: 1. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

2.  The defendant shall comply with the Order of Restitution.

3.  The defendant shall make full financial disclosure, as directed, to the Probation Department.

4. The defendant shall not associate in person, through mail, electronic mail or telephone with any individual with an affiliation to any organized crime groups, gangs or any other criminal enterprise; nor shall the defendant frequent any establish, or other locale where these groups may meet pursuant, but not limited to, a prohibition list provided by the Probation Department.

5. If deported, the defendant shall not re-enter the United States illegally.

___ As a special condition of supervised release if the defendant leaves the country either voluntarily or involuntarily and re-enters illegally he/she will be deemed a violator thereof.

_X_ The defendant is remanded to the custody of the US Marshal.

___ The defendant shall surrender //12.

___ The court makes the following recommendation to the Bureau of Prisons: _

**PROBATION:**

____ The defendant is sentenced to: _____

____ Special conditions of probation: _____

____ During the term of probation the court will not consider any travel request except for work or family emergencies.

**FINE, RESTITUTION & SPECIAL ASSESSMENT:**

____ The defendant is ordered to pay a fine in the sum of:$_____

____ The fine is payable: _____

_X_ The fine is waived based on the defendant's inability to pay.

_X_ Restitution is ordered:  $8,211.00, due immediately and payable at a rate of $25 per quarter while in custody, and at a rate of 10% of gross income per month while on supervised release, with interest payment to be waived.

_X_ Special assessment is imposed in the sum of:$100.00

_X_ All open counts are dismissed on the motion of the Government.

_X_ The defendant is advised of his right to appeal.

_X_ OTHER: See judgment for additional special conditions and details. Plea transcript unsealed.