3109

```
1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF NEW YORK
2
      --------------------------------X
3     UNITED STATES OF AMERICA,
                                          10-CR-74(JFB)
4
          -against-                       United States Court
5                                         Central Islip, NY
      HERIBERTO MARTINEZ,
6     CARLOS ORTEGA,
                                          March 18, 2013
7               Defendants.              10:00 a.m.
      --------------------------------X
8
      BEFORE:
9               HONORABLE JOSEPH F. BIANCO
           UNITED STATES DISTRICT COURT JUDGE
10                    and a jury

11
      APPEARANCES:
12
      For the Government:     LORETTA E. LYNCH
13                            UNITED STATES ATTORNEY
                              BY:  JOHN J. DURHAM, AUSA
14                                 CARRIE N. CAPWELL, AUSA
                                   RAYMOND A. TIERNEY, AUSA
15                            610 Federal Plaza
                              Central Islip, NY 11722-4454
16

17    For Defendant:         ELIZABETH E. MACEDONIO, ESQ.
      Martinez               ARNOLD J. LEVINE, ESQ.
18
      For Defendant:         IRA D. LONDON, ESQ.
19    Ortega                 MARIANNE S. RANTALA, ESQ.

20
      Court Reporters:       HARRY RAPAPORT
21                           STEPHANIE PICOZZI
                             OWEN WICKER
22                           United States District Court
                             100 Federal Plaza
23                           Central Islip, New York 11722
                             (631) 712-6104
24
          Proceedings recorded by computerized stenography.
25              Transcript produced by CAT.
```

3110

1          M O R N I N G   S E S S I O N

2

3

4          (Case called.)

5          (Appearances noted.)

6          THE COURT:  The defendants are present with the

7    assistance of the interpreters.

8          I just wanted to address the two open issues

9    from Thursday.

10          I did receive the government's March 15th letter

11   regarding the multiple conspiracies instruction, and

12   Mr. Levine's letter objecting to this on March 17th.

13          With respect to Pinkerton, the objection is

14   reserved for the record, and the defense continues to

15   object for the reasons discussed on Thursday.  However, I

16   continue to believe that notwithstanding the Second

17   Circuit decision in Carrillo, that Ruiz continues to be

18   good law in the Circuit and, therefore, the government is

19   entitled to that instruction.

20          The government indicated in its letter that it

21   had decided only to seek that instruction with respect to

22   the substantive counts relating to the Argueta murder.

23   And, therefore, I have revised the charge to reflect only

24   counts four through six.  The government said counts three

25   through six in its letter.  And three is the conspiracy

3111

1  count itself.  So it should be only four through six.  And

2  as you see, I handed out to the lawyers, and now at

3  several parts of the charge it makes reference to only the

4  defendant Martinez, because it normally relates to the

5  defendant Ortega, because he is not charged in those

6  counts.

7          I also believe given the government's decision

8  that any subdivision of the verdict sheet is unnecessary

9  at this juncture.

10          Defense counsel -- obviously you continue to

11 object to the charge as a whole, but do you have any

12 objection to the revisions provided to you this morning?

13          MR. LEVINE:  On the Pinkerton, you said Ruiz was

14 the current law.  Do you mean Diaz?

15          THE COURT:  Yes, Diaz, D-I-A-Z.  Thank you.  I'm

16 sorry.

17          Other than objecting to the charge itself, you

18 don't have any objection to the changes in the language?

19          MR. LEVINE:  Right.

20          MR. LONDON:  We have no objection.

21          THE COURT:  Again, moving to the multiple

22 conspiracies letter, the language the defense submitted is

23 right out of Judge Sand.  And I will not alter that.  I

24 think it hits all the points the government is concerned

25 about, although it contains slightly different language.

3112

1          However, what I did again and provided to

2    everyone this morning is, I did add a sentence at the

3    bottom of page 84, going on to the top of page 85, that

4    says -- this is done to reflect back that we have a RICO

5    conspiracy charge here, Judge Sands` instruction doesn't

6    reflect that.  And as the government pointed out, the case

7    law is clear that you can have different conspiracies

8    related to different racketeering acts within the RICO

9    conspiracy as a whole.  So I believe that this additional

10   sentence properly reflects the law and is necessary so the

11   jury is not confused about the fact that there are

12   multiple independent predicate acts that are conspiracies

13   within the RICO.

14          Is there any objection to the addition of that

15   other language?

16          MR. LEVINE:  No, your Honor

17          THE COURT:  Does the government have anything

18   further on that?

19          MR. TIERNEY:  No, your Honor.

20          THE COURT:  Anything else before we begin

21   summations?

22          MS. CAPWELL:  One request.  It may be an hour

23   into my closing argument I believe is just when I wrapped

24   up the second murder.  And if it is possible to just

25   take -- the Sandler murder, if we can take a short break

3113

1   at that point to stretch and get some water.

2           THE COURT:  You think that is when?

3           MS. CAPWELL:  About one hour.

4           THE COURT:  You tell me when you get to that

5   point.  And that sounds fine.

6           MS. CAPWELL:  Thank you.

7           MR. LEVINE:  A couple of minor things.

8           On page 38 of your charge, I think it is

9   paragraph 22, prior perjury.  I'd ask that the last

10  sentence, you add the words, or her:  It says it is

11  confusing as to how much of the testimony you wish to

12  believe, and you add, his or her testimony.  Other places

13  you have that.  And I'm concerned leaving that out here --

14          THE COURT:  That is fine.  I'll add that.

15          MR. LEVINE:  The only other thing is when you

16  refer to the motive, to maintain or increase the position,

17  I think you left out -- I don't know if it is purposely or

18  not, but the word "his" maintain or increase his position.

19  I ask the word "his" be in there.

20          THE COURT:  You persuaded me on that last week.

21  And we did change it in the beginning of that charge.  You

22  wish it be changed throughout?  Is that what you are

23  asking me to do?

24          MR. LEVINE:  Every time that motive is

25  explicitly stated, I believe it should be stated

3114

1    accurately.

2              THE COURT:  It will be in there each time that

3    it is referenced.

4              MR. LEVINE:  Thank you.

5              THE COURT:  Anything else, Mr. London, before we

6    bring in the jury?

7              MR. LONDON:  No.

8              THE COURT:  Lets bring in the jury.

9              MR. LONDON:  Fine.

10             (Whereupon, the jury at this time entered the

11   courtroom.)

12             THE COURT:  Please be seated.

13             Good morning, members of the jury.

14             It is good to see everyone this morning.

15             As you know, we are going to have the closing

16   statements this morning.  And let me just explain to you

17   the order of summations.

18             I explained this to you in the beginning of the

19   case, but it is a long time ago.

20             The order is as follows:  The government gets to

21   go first, followed by the lawyer for each of the

22   defendants.  And then because the government has the

23   burden of proof, they get to have what is called a brief

24   rebuttal summation.  So that is the order we will be

25   following.

3115

1           I want to give you three instructions regarding

2      the closing statements you should keep in mind during the

3      course of the closing statements.

4           First, closing statements, or summations, as

5      they are called, are not evidence.  They are arguments as

6      to what the lawyers feel the evidence showed or did not

7      show.  And you are free to accept or reject those

8      arguments.  That is up to you.

9           The second thing is that if a lawyer makes an

10     argument regarding the evidence at trial and your

11     recollection of the evidence is different from what the

12     lawyer said the evidence was, it is your recollection that

13     controls, not what the lawyer says the evidence was.

14          Obviously if there is any doubt as to that

15     during your deliberations, you can ask me to have the

16     court reporter read back a portion of the testimony, or

17     ask for any exhibit that has been admitted into evidence.

18          Finally, the lawyers have seen my instructions

19     to you on the law, we went over that on Thursday.  So

20     during their summations they may refer to, saying I expect

21     Judge Bianco will instruct you as to this.

22          Lawyers are permitted to do that.  But I caution

23     you if they say something about the law and you hear my

24     instructions which is different from what the lawyer says,

25     it is obviously my instructions that you follow.

Summation/Capwell

3116

1       With those instructions we begin with the

2  summations, starting with the government.

3       Ms. Capwell.

4       MS. CAPWELL:  Thank you, your Honor.

5       Good morning.

6       She put herself in that position.  Words spoken

7  by this defendant, Heriberto Martinez, also known as

8  Boxer, to Carla Santos, to justify Vanessa Argueta's

9  murder at the hands of the MS-13.

10      We stole the show, words spoken by this

11  defendant, Carlos Ortega, also known as Silencio, to Jimmy

12  Sosa after he shot and killed David Sandler and left Aaron

13  Galan for dead.

14      The beast sucked him up, no one messes with the

15  MS-13.

16      Words spoken by the defendant Martinez and

17  others moments after they killed the bouncer, Nestor

18  Moreno, for having disrespected the MS-13.

19      People like that should not be in the Mara, we

20  have to kill him, words spoken by the defendant, Carlos

21  Ortega, before he, the defendant Martinez and others,

22  lured Baby Blue to the beach and butchered him to death.

23      Snitch, snitch, you are going to die, snitch,

24  words yelled by these two defendants in this building,

25  during this trial, to cooperating witness, Santos Joel

3117

1    Calderon.

2              When my colleague, Ray Tierney, spoke to you at

3    the beginning of this trial, he told you you will learn a

4    lot about the MS-13, and specifically that the sole reason

5    for its existence is to commit the types of ruthless

6    violence that is at issue in this case.

7              Over the course of the last five weeks, we have

8    proven beyond a reasonable doubt that the defendants are

9    guilty as charged.

10             Now, this morning I am going to review and

11   summarize some of the evidence that has been presented to

12   you over the last five weeks, evidence that establishes

13   the defendants' guilt to each and every count with which

14   they are charged in the indictment.

15             I will not have time to review all of the

16   evidence with you.  But you have all been paying close

17   attention, and undoubtedly you will remember things that I

18   will not mention here to you today.

19             Once you begin your deliberations, we ask you to

20   consider all of the evidence in this case, and consider it

21   in the context of the legal instructions which Judge

22   Bianco will give to you tomorrow.

23             We are confident that as you do that, you will

24   conclude that each defendant is guilty as charged.

25             Now, before I outline the evidence that

Summation/Capwell

3118

1    establishes each defendant's guilt beyond a reasonable

2    doubt, I need to briefly outline the charges in the

3    indictment.  And my job is to summarize the evidence and

4    argue how it proves each defendant's guilt.

5            As Judge Bianco mentioned, it is his Honor who

6    instructs you on the law.  But I will mention the law as I

7    talk to you about how the government has proven its case.

8            And as Judge Bianco told you, anything I say

9    about the law, if it is different from the instructions he

10   gives you tomorrow, you must of course follow his

11   instructions.

12           First I will discuss the counts that apply to

13   both defendants, Heriberto Martinez and Carlos Ortega, and

14   then I will discuss the charges against only Martinez and

15   then the counts as to only the defendant Ortega.

16           Both defendants are charged in counts one and

17   two, as well as counts 19 through 21 of the indictment.

18           As you can see on this slide, count one charges

19   racketeering, charge two charges racketeering conspiracy,

20   and counts 19 through 21 apply to the murder of Baby Blue,

21   Mario Quijada, the murder and the murder conspiracy.

22           Judge Bianco will instruct you in detail on the

23   law of racketeering and racketeering conspiracy.

24           We expect he will tell you in summary that the

25   government must prove that a racketeering enterprise

Summation/Capwell

3119

1   existed, and that it affected interstate or foreign

2   commerce.

3            An enterprise is simply a group of people who

4   associated together for a common purpose.

5            The government must also establish that the

6   defendant participated in the affairs of the racketeering

7   enterprise through a pattern of racketeering activity,

8   basically that each defendant committed at least two

9   racketeering acts within ten years.

10           You will see on this slide under count one,

11  racketeering, there are five racketeering acts charged in

12  the indictment.  The first one is the murder and murder

13  conspiracy of Vanessa Argueta, and both defendants are

14  charged in that racketeering act.

15           Racketeering act two is the murder and murder

16  conspiracy related to David Sandler, and only the

17  defendant Ortega is charged in that racketeering act.

18           Racketeering act three relates to the attempted

19  murder of Galan, and only applies to the defendant Ortega.

20           Racketeering act four is the murder and murder

21  conspiracy related to Nestor Moreno.  And defendant

22  Martinez is charged in that one only.

23           And murder conspiracy racketeering act related

24  to Quijada, Baby Blue, and both defendants are charged

25  with that racketeering act.

Summation/Capwell

3120

1          As to count two, the racketeering conspiracy,

2   Judge Bianco will charge you on the elements of that law,

3   we expect he will tell you a conspiracy is simply an

4   agreement between two or more people to commit a crime.

5          Thus, in basic terms for count two, the

6   government must establish that each defendant agreed to

7   participate with others in at least two of those

8   racketeering acts listed under count one.

9          Let's look now at the charges against only the

10   defendant Martinez.

11          Martinez is charged in counts three through

12   seven in connection with the conspiracy to murder and the

13   murder of Vanessa Argueta.

14          In count seven he is charged with being an

15   accessory after the fact to the murder of both Vanessa

16   Argueta and Diego Torres.

17          In counts 15 and 18 he is charged with

18   conspiracy to murder Nestor Moreno, the bouncer, and also

19   the murder of Nestor Moreno, as well as related firearm

20   charges.

21          Let's turn now to the charges against only

22   Carlos Ortega, counts eight through 14 of the indictment.

23   And they all relate to the conspiracy to murder David

24   Sandler, the murder of David Sandler, and the attempted

25   murder of Aaron Galan, as well as related firearms

Summation/Capwell

3121

1    charges.

2            Judge Bianco is also going to charge you on the

3    law of aiding and abetting.  It is a basic way of saying

4    helping out.  It is the idea that if you help someone to

5    commit a crime, under the law you are responsible for that

6    crime, too.

7            Now, Judge Bianco will instruct you on the

8    specific elements you need to find with respect to each

9    count.  And I will not go through all the elements.

10   Instead, what I want to do is to suggest a way for you to

11   go through all the evidence when you begin your

12   deliberations.  And here are six questions for you to

13   consider:

14           Question one:  Did the MS-13 racketeering

15   enterprise exist?

16           Question two:  Did the MS-13 have some effect on

17   interstate or foreign commerce?

18           Three:  Was each defendant a member of the

19   MS-13?

20           Four:  Did the MS-13 engage in racketeering

21   activity?

22           Five:  Was each defendant a member of the

23   conspiracy and did he help carry out the murders and other

24   crimes charged in the indictment?

25           And, six:  Was one of the defendant's purposes

3122

1    in joining the conspiracy and helping to carry out the

2    murders and other charged crimes to maintain or increase

3    his position in the MS-13?

4              Ladies and gentlemen, we submit to you that the

5    evidence overwhelmingly establishes that the answer to

6    each and every one of those six questions is yes.

7              Let's start with the first question.  Did the

8    MS-13 racketeering enterprise exist?

9              As Judge Bianco has told you, the indictment

10   charges that the MS-13 is what the law calls an

11   enterprise, which is what the Judge will tell you is

12   basically an organization, a group of people.

13             Clearly the MS-13 gang exists, and clearly it

14   existed back in January through March of 2010.

15             The evidence has shown that it is a large scale,

16   extremely violent international street gang.

17             You learned the gang started in Los Angeles,

18   California, that its leadership is in El Salvador.  It has

19   members not only here on Long Island but across the United

20   States and also in Central America.

21             You learned that the MS-13 is divided into

22   cliques, and that those cliques exist not only here on

23   Long Island, some of those cliques are the Coronados Locos

24   Salvatruchas, the defendant Martinez' clique, and you

25   heard about a number of other cliques.

Summation/Capwell

3123

1        You also know there are members of the MS-13 on

2   Long Island that belong to cliques that are based in

3   El Salvador, like the defendant Carlos Ortega.  You

4   learned he is a member of the Sitios Locos Salvatruchas,

5   or STLS clique.

6        The MS-13 is a sprawling web of crime, an

7   organization that thrives on violence.  And it has its own

8   rules, norms and expectations, and its members live, kill

9   and die by those rules.

10        Some of the rules.

11        Kill rival gang members.  Don't abandon a fellow

12   gang member.  Pay money to the cliques at meeting, and

13   don't cooperate with law enforcement.

14        Investigator George Davis, the first witness in

15   this case, through his testimony, we presented examples of

16   MS-13 tattoos, graffiti and hand signs, and the graffiti,

17   the tattoos and the hand signs are similar both here on

18   Long Island and El Salvador.  And let's take a look at

19   some of those examples.

20        This slide shows you examples of tattoos of

21   individuals with tattoos in El Salvador.

22        The next slide are examples of tattoos on

23   individuals here in the United States.

24        This slide shows the examples of MS-13 graffiti

25   in the Long Island area.

Summation/Capwell

3124

1          And we also presented through Investigator

2    George Davis this piece of MS-13 artwork from the jail.

3          As to hand signs, you will recall that witness

4    Carla Santos testified that she took these pictures on her

5    cell phone, and there are pictures including the defendant

6    in the blue and white sweatshirt, and the individuals are

7    making a number of the MS hand signs in these pictures.

8          During the trial you heard from four former

9    members of the MS-13 street gang as well as one female

10   associate of the gang.

11         You heard from Tony Guevera, also known as

12   Fantasma, who was arrested back in 2004.

13         You heard from Jimmy Sosa, also known as Junior.

14         You heard from Santos Joel Calderon, also known

15   as Gasparin.

16         You heard from Carlos Martinez, also known as

17   Carlitos.

18         You heard from Carla Santos, known as La Mania.

19         They told you about the history, the structure,

20   the rules and operations of the MS-13.  You learned more

21   than you probably ever wanted or needed to know about

22   cliques, colors, tattoos, hand signs, graffiti, initiation

23   rituals, meetings, territory rivalries, Chavalas, a word

24   for rival, universals, clique treasuries and Esquina.

25         You learned cliques here on Long Island in the

Summation/Capwell

3125

1   State of New York, they communicate with cliques in

2   El Salvador, and that the gang colors, the tattoos,

3   graffiti, the rituals and rules are the same here as they

4   are in El Salvador.

5        Cooperating witness Tony Guevera told you that

6   although there are separate cliques of the MS-13, the only

7   difference is clique letters, whether CLS, FLS, HLS, he

8   told you we are always MS-13.

9        He also told you that the Long Island cliques

10  interact with each other and gather together at meetings

11  called universals, where members of various New York

12  cliques come together to discuss MS-13 business, including

13  collecting more money, buying weapons, and killing

14  informants.

15       And Tony Guevera told you about one particular

16  universal meeting in Brooklyn that he attended during

17  which the police disrupted the universal meeting.

18       You might recall that Tony Guevera told you that

19  he and other MS-13 members fled up to the roof of the

20  building and started to throw guns off the roofs so the

21  police will not find those guns.

22       Here on the next slide are pictures of those

23  guns.

24       Now, when Judge Bianco instructs you on what a

25  racketeering enterprise is under the law, you will have no

Summation/Capwell

3126

1    doubt that the MS-13 racketeering enterprise existed at

2    the time of these crimes.

3              Let's turn now to question number two.

4              Did the MS-13 have some effect on interstate or

5    foreign commerce?

6              Yes.  You heard several examples of this during

7    the trial.

8              As to guns, you heard testimony that the MS-13

9    uses guns to hunt and to kill rival gang members, as well

10   as to kill anyone else who disrespects the gang or any

11   member who dares to violate one of the main rules of the

12   MS.

13             You heard one of the main reasons that cliques

14   collect money is to purchase guns.

15             And Charles Hopkins, the ballistics examiner

16   from the Suffolk County crime lab, who testified last in

17   this case, told you that the .22 caliber firearm he

18   examined, the one recovered on the beach in Far Rockaway

19   after Baby Blue's murder, was manufactured in California.

20             You also heard testimony from Detective Rottler

21   of the Suffolk County Police Department, and he told you

22   that he seized two firearms on January 5th, 2010 in the

23   woods in Medford.  He told you about a .22 caliber rifle

24   as well as this .38 caliber revolver.

25             You might recall that he told you that this .38

Summation/Capwell

3127

1   caliber revolver was made in Brazil.

2          He also told you that he arrested two

3   individuals that night in connection with the shooting.

4   One of the men arrested was Sparky, who was Carla Santos'

5   former boyfriend.

6          You might recall that Ms. Santos testified in

7   order to help her boyfriend, she gave the CLS clique some

8   money so that the CLS clique can pay back the Surenos

9   clique for the .38 revolver that the CLS clique had

10  borrowed and the revolver was then recovered by the

11  police.

12         In maintaining an arsenal of weapons, and you

13  heard some of which made their way to New York from across

14  the country, and even South America, the MS-13 has some

15  impact on interstate and foreign commerce.

16         You also heard testimony from witnesses about

17  MS-13 members fleeing New York when they get in trouble.

18  They flee to other states, and sometimes they flee all the

19  way to El Salvador, by traveling across state lines and

20  foreign lines the MS-13 affects commerce.

21         For instance, in this case you know after the

22  murders of Vanessa Argueta and Diego Torres, the shooters,

23  Cruzito, Gringo and Zorro fled New York to Texas and

24  crossed into Mexico and then made their way down to

25  El Salvador.

Summation/Capwell

3128

1          You also heard that the MS-13 sends money by

2    wire transfer down to El Salvador, and know that Boxer

3    directed Carla Santos to send CLS clique money via wire

4    transfer to Cruzito, Gringo and Zorro in El Salvador after

5    they killed Vanessa Argueta and Diego Torres.  And this

6    shows at the top, this slide shows you the two wire

7    transfer receipts that Ms. Santos received after wiring

8    money down to El Salvador for those three men.

9          In the lower part of the slide you see a picture

10   of the El Rancho Bar, with -- including the Heineken and

11   Corona brand, and you heard Ms. Ventura, the waitress,

12   told you that at the bar she sold international beers,

13   Heineken, Corona, etcetera.

14         You also learned from Ms. Ventura and the young

15   waitress from El Rancho, Jessica Herrera, who testified

16   before you that the business shut down shortly after the

17   shooting.

18         As to telephone calls, the government also

19   presented evidence that the MS-13 members here on Long

20   Island routinely stay in contact with the MS-13 members in

21   El Salvador and in other states, we produced a massive

22   amount of telephone records showing interstate and foreign

23   contacts, going various ways.  The government has

24   established beyond a reasonable doubt that the MS-13 has

25   some effect on interstate or foreign commerce.

3129

1            Let's turn now to question number three.

2            Was each defendant a member of the MS-13?

3            Again, yes.  The government has established this

4     fact beyond a reasonable doubt.

5            Lets start first with the defendant Heriberto

6     Martinez, also known as Boxer.

7            You know he was a member of the MS-13 in several

8     different ways.  First of all, you were shown pictures of

9     his tattoos.  And this slide shows you the large LA, for

10    Los Angeles, tattoo or his left chest, which is in blue

11    and white.  And you also can see in the bottom left

12    picture a tattoo of the inside of his middle finger with

13    the initials CLS, for Coronados Locos Salvatruchas, which

14    was the defendant's clique, and you know he was a leader

15    of that clique.

16            You see on the bottom right slide the bloody 503

17    tattoo.

18            We also showed you pictures of the defendant and

19    his clothing and here we notice he is wearing the blue and

20    white sweatshirt, which I believe Ms. Carla Santos told

21    you was his favorite sweatshirt, and he is wearing the

22    baseball cap with the Los Angeles insignia and he is also

23    making the MS hand signs.

24            You also heard at the trial from Special Agent

25    Edward Heslin from the FBI.  He transferred Boxer from

Summation/Capwell

3130

1    Rikers Island jail to Long Island for FBI processing and

2    for Boxer's appearance in federal court.  And that was on

3    April 23 of 2010.

4              And Special Agent Heslin interviewed Boxer, and

5    during that interview Boxer admitted to Agent Heslin he

6    was a member of the Coronados clique of the MS-13.

7              I encourage you to ask for Special Agent

8    Heslin's testimony to be read back to you, as Boxer

9    admitted to Special Agent Heslin his participation in the

10   Vanessa Argueta murder and the Moreno murder.

11             Now, cooperating witnesses, Sosa, Gasparin,

12   Carlitos and Ms. Santos, all told you that Boxer was not

13   only a member of the MS-13 but a leader of the Coronados

14   clique.

15             You saw pictures of the defendant Ortega's

16   tattoos during the trial.  These are his hands, and you

17   can see the letters MS on the top left picture.  On the

18   right you can see the MS on his right hand, on the

19   defendant's fingers.  On the left hand you can see the

20   STLS, which stands for Sitios, Locos, Salvatruchas.

21             You also know from cooperating witnesses Sosa

22   and Santos told you that Ortega's nickname was Silencio,

23   and he was from the STLS clique.

24             In addition, this belt came into evidence,

25   Government's Exhibit 268.  And you learned that the FBI

Summation/Capwell

3131

1   arrested the defendant on or about March 26, 2012, and

2   when the FBI arrested the defendant Ortega, he consented

3   to a search of his room, and during the search the agents

4   recovered this belt that you can see says El Salvador, and

5   over here it says El Satanas Vive.

6            You heard a lot of testimony during this trial,

7   and you know that MS-13 members basically consider

8   themselves to be aligned with Satan.

9            Special Agent Tariche of the FBI told you that

10  during the same search of the defendant Ortega's room,

11  they found a shoe box containing paperwork. One of the

12  items there was a letter addressed to Sy Len.

13           The letter is on the left, in Spanish. On the

14  right is the translation prepared by the government during

15  this trial. And you will see there some different

16  references. We have blown up some of the writing, so tell

17  him La Mara Salvatrucha says hi.

18           At the end of the letter before the writer signs

19  off, he says another thing, when you write back, don't

20  make any marking of the Mara, because they won't give them

21  to me.

22           Then you can see some of the artwork in the

23  letter.

24           You see the large MS, right there, the MS, and

25  then you see in smaller print the STLS. Again, for the

3132

1    defendant Ortega's clique, Sitios Locos Salvatruchas.

2           Again, cooperating witnesses Gasparin and

3    Carlitos told you that before they met the defendant,

4    Carlos Ortega, in March, on March 16th, 2010, Boxer told

5    them that a big hommie from El Salvador was coming over

6    and was doing an inspection of the SLS Clique to see how

7    it was being run.  And this hommie from El Salvador was

8    the defendant, Carlos Ortega.

9           Question four:  Did the MS-13 engage in one or

10   more of the following racketeering activities?

11          The indictment charges that the MS-13 engages in

12   acts and threats involving murder; extortion and robbery

13   in violation of the laws of the State of New York; witness

14   tampering; witness retaliation; and drug trafficking in

15   violation of federal law.

16          Of course, the MS-13 engages in racketeering

17   activity.  It is absolutely clear from all the testimony

18   you heard that the MS-13 engages in acting and threats

19   involving murder.

20          The sad reality that the five victims in this

21   case are not the first and not the last victims in Queens

22   or Long Island to be killed by the MS-13.

23          Through the evidence you have learned that the

24   MS-13 considers itself to be at war with rival gangs, who

25   they refer to as Chavalas, the 18th Street gang, the

Summation/Capwell

3133

1   Bloods, the Crips, the Latin Kings, and the MS-13 often

2   goes hunting for the Chavalas.

3          You learned that MS-13 uses threats of murder to

4   keep the gang intact and to insulate it from investigation

5   by law enforcement.

6          Every MS-13 member understands from the time

7   they enter the gang, any member who assists or cooperates

8   with law enforcement will be killed.

9          You have learned that every cooperating witness

10  who testified at trial understands a green light has been

11  placed on them, meaning, in essence, that they are to be

12  killed on site by any MS-13 member.

13         You might also recall when Carla Santos

14  testified, she told you how Boxer wanted her to kill an

15  MS-13 member nicknamed Sonic who had been green lighted

16  for being a police informant.  This was going to be her

17  entrance test to the MS-13

18         What did she tell you why Boxer wanted her to

19  join the MS-13?  Because she knew too much.

20         Cooperating witnesses Jimmy Sosa and Carlos

21  Martinez told you how the MS-13 in El Salvador collects

22  rent or extortion money from businesses

23         And you know from the testimony from various

24  witnesses that the MS-13 sells drugs and commits robberies

25  to make money for the gang.

Summation/Capwell

3134

1    In terms of witness retaliation and

2    intimidation, you heard from cooperating witness Calderon,

3    also known as Gasparin, while in the courtroom to testify

4    both defendants yelled at him, snitch, snitch, you are

5    going to die, snitch.

6    Question five:  Did the defendants commit the

7    charged violent crimes?

8    Again, the evidence overwhelmingly establishes

9    that the answer is yes.  This is the heart of the case

10    Let's look at each of the charged crimes

11    We will start first with the murder of Vanessa

12    Argueta.

13    You know from the testimony and the evidence

14    that Vanessa Argueta had been in a romantic relationship

15    with Cruzito, a member of the Coronados Clique of the

16    MS-13

17    Things went south between Vanessa and Cruzito,

18    and Cruzito believed that Vanessa took members of the

19    rival 18th Street Gang to his house to attack him

20    Carla Santos told you how Cruzito, Zorro and

21    Gringo spoke to Boxer by speakerphone while Ms. Santos was

22    present and debriefed Boxer, the leader of the CLS Clique,

23    regarding the situation of Vanessa and the 18th Street

24    gang.

25    She told you that Boxer told Cruzito, Zorro and

Summation/Capwell

3135

1    Gringo, fix it, and do what you have to do

2           With those words, Boxer, as the leader of the

3    Coronados Clique, sanctioned the murder of Vanessa

4    Argueta, who had disrespected Cruzito and the MS-13 by

5    sending rival gang members over to Cruzito's house.

6           And you will recall how the bodies of Vanessa

7    Argueta and Diego Torres were found.

8           Jose Avila, a Spanish speaking worker, testified

9    here before you as he was walking to work on the morning

10   of February 5, 2010 and took his usual shortcut through a

11   wooded area in Central Islip.

12          But this was no ordinary morning, and it was a

13   morning that Mr. Avila will remember for the rest of his

14   life.  Because along the wooden path were two bodies lying

15   among the leaves.

16          After seeing the bodies, Mr. Avila ran to work,

17   got his supervisor, and they returned to the crime scene.

18          They called nine one one and law enforcement

19   took over the scene.

20          Later that day the Suffolk County crime lab

21   found three .22 caliber casings at the scene, and Dr. Hall

22   found the .22 caliber bullet in the clothing of Diego

23   Torres, which the crime lab collected.

24          This slide shows you the yellow placards, 6, 9

25   and 23, marking the three .22 caliber casings located at

Summation/Capwell

3136

1    the scene of that crime.

2            And I'll talk more about this a little later,

3    but you will recall from the testimony of the government's

4    last witness, ballistics examiner Charles Hopkins, that he

5    compared those three casings, right here, that were found

6    at the Argueta murder scene, and compared it against the

7    casing from the Moreno murder scene at the El Rancho Bar,

8    and the casings that he test-fired, and he test-fired them

9    from this weapon, the .22 Jennings which was found on the

10   beach in Far Rockaway

11           What did he tell you?  They all matched, all the

12   casings were fired by the same gun.

13           Now, what happened after the murders of Vanessa

14   Argueta and Diego Torres?

15           The first thing in the morning after they were

16   murdered, Boxer called Ms. Santos and told her to go to

17   Baldwin.  Ms. Santos followed Boxer's directions and

18   picked up Cruzito at the laundromat in Baldwin.

19           She told you Cruzito broke down crying in front

20   of her and admitted he shot and killed Vanessa Argueta.

21           Over the next couple of days, Boxer used

22   Ms. Santos to shuttle the three men around on February 6

23   and 7.  She drove them to Boxer's apartment in Far

24   Rockaway where they spent a night.  The next day Boxer

25   summoned her to Far Rockaway to pick up Cruzito, Gringo

Summation/Capwell

3137

1    and Zorro.

2          They spent the next night at a motel in

3    Farmingdale, which Ms. Santos put under her own name.

4          You will see the receipt or the registration

5    card from the Sky Motel with Ms. Santos' name on

6    February 6th, 2010, what she received from the hotel for

7    two nights.

8          On February 7 Boxer had her bring the three men

9    back to Boxer's building in Far Rockaway.  She had to

10   return to Far Rockaway yet again that day when Boxer

11   directed that she take the three men to the Bronx where

12   they would be catching a transport van out of the state.

13         And she spoke to Cruzito, Zorro and Gringo when

14   they traveled and learned they were in Texas and crossed

15   into Mexico and finally arrived in El Salvador.

16         After they left New York, Ms. Santos had a

17   conversation with Boxer about Vanessa's murder, and Boxer

18   told her that Vanessa put herself in that position.

19         In other words, Vanessa's murder was justified.

20         Boxer also had Ms. Santos send Coronados Clique

21   money to Cruzito, Zorro and Gringo in El Salvador, which

22   she did on February 23 in two wire transfers.  The same

23   receipts you saw earlier, from February 23, 2010.  And

24   Ms. Santos also told you that the names Cruzito, Gringo

25   and Zorro's names do not appear as a recipient on these

Summation/Capwell

3138

1   receipts because the police were looking for them.  And

2   she was provided with names for other people in

3   El Salvador that would come and pick up the money for

4   them.

5          You might also recall that cooperating witness

6   Carlos Martinez, also known as Carlitos, told you that

7   Boxer gave Cruzito and Zorro and Gringo some money and

8   Boxer's telephone number so when they arrived in

9   El Salvador they would be able to give Boxer's number to

10   the MS-13 leadership there, and Boxer would serve as a

11   reference for Cruzito, Zorro and Gringo, essentially to

12   vouch for them as tried and true MS-13 members.  And in

13   that way the three men would receive help from the MS-13

14   in El Salvador.

15          And Gasparin told you that he met Cruzito and

16   Gringo and Zorro in Far Rockaway when they were on the run

17   from the police.

18          Gringo admitted to Gasparin that they killed two

19   people, including a girl Cruzito had dated who sent 18

20   Street Gang member to Cruzito's, and also that he used the

21   silver .22 caliber gun that was used to kill Nestor Moreno

22   at the El Rancho Bar.

23          Boxer told Gasparin that he agreed with the

24   murder of Vanessa; she deserved it for having brought 18th

25   Street gang members over to Cruzito's house.

Summation/Capwell

3139

1          What other evidence do you have?

2          You have the statement that Boxer gave to the

3   Suffolk County Police Department on March 17th, 2010.

4   That is Government's Exhibit 115-A.  And he made a number

5   of admissions when he spoke to the Suffolk County Police

6   Department, right after his arrest at the beach in Far

7   Rockaway.

8          He told the detectives that Cruzito is MS-13

9   from the CLS Clique.  He said that Cruzito told him that

10  Vanessa had tried to have Cruzito killed, and that Cruzito

11  told him that he was going to get a gun to kill Vanessa.

12         Boxer even admitted that he saw the gun used to

13  kill Vanessa, a small silver handgun, before she was

14  killed.

15         When Detective Ralph Rivera asked Boxer to

16  clarify which gun Boxer was referring to, Boxer told

17  Detective Rivera, this is the gun I had this morning,

18  referring back to the gun he had at the beach in Far

19  Rockaway when they killed Baby Blue.

20         That is the gun that jammed when Payaso tried to

21  shoot Baby Blue.

22         Boxer further admitted that Cruzito, Zorro and

23  Gringo came to Boxer after they killed Vanessa and Diego

24  and told him what they had done.

25         What did Boxer leave out of the statement?

Summation/Capwell

3140

1    That as the leader of the CLS Clique, he

2   sanctioned Vanessa's murder.  That he told Cruzito to go

3   to obtain the gun.  And he left out he helped the three

4   men flee New York.

5        As I mentioned earlier, about a month later on

6   April 23, 2010, Special Agent Heslin of the FBI was tasked

7   with transporting Boxer from Rikers Island to Long Island.

8        Agent Heslin interviewed Boxer on that day.  And

9   these are a few of the things that Boxer told Special

10  Agent Heslin.

11       He told him that a fellow MS member contacted

12  Boxer, looking for a gun that had been used by the MS-13

13  in other murders, and that this same fellow MS-13 member

14  wanted to kill a woman who was looking to set him up for

15  attack by rival gang members.

16       Boxer told the MS member that he did not have

17  the gun, but directed him to the individual who did have

18  the gun.

19       And he also told Special Agent Heslin that he

20  learned that the girl as well as the second victim had

21  been killed, and he let the three shooters stay with him

22  until they left the United States.

23       Now, what other evidence did the government

24  present?

25       We presented you with a chart of phone records,

Summation/Capwell

3141

1   phone contacts.  And this chart summarizes phone contacts

2   between Boxer, Cruzito, Vanessa, Gringo and Zorro.

3          Now, the first time you saw this phone chart

4   when it came into evidence, we were not permitted to show

5   you the names associated with the telephone numbers.  So

6   when you first saw this chart, it looked a little

7   different.  It only had phone numbers, no names.

8          Now during summation we are permitted to show

9   you the chart with the names associated with those phone

10  numbers.

11         It might have been a little frustrating for you

12  when you heard the testimony and followed the charts

13  without knowing who was using what phone.

14         Now, when you deliberate, and should you want to

15  see the phone charts again, you will be receiving the ones

16  that came into evidence.  So they will be the phone charts

17  that do not have the names.  They will only have the phone

18  numbers.  I'm only permitted to use these with you during

19  summations.

20         Of course, you're welcome to take notes during

21  summation if that is what you wish to do.

22         How does the government know that certain

23  individuals were using certain telephone numbers listed in

24  the charts?

25         We have proved it to you a number of different

Summation/Capwell

3142

1    ways.

2         You will remember Special Agent Tariche

3    testified that he reviewed Carla Santos' phone and wrote

4    down names and corresponding numbers from her contacts

5    list.

6         Ms. Santos had Boxer's phone number listed as

7    (516) 244-0046.  Ms. Santos had defendant Ortega's number,

8    Silencio's number listed as (631) 645-1384.  And she had

9    many more names and numbers in her phone.  For Cruzito,

10   for Gringo, for Zorro.

11        As to Silencio's number, you will also recall

12   Special Agent Tariche found T Mobile phone bills in Carlos

13   Ortega's room on these bills here.

14        Although the bills were not in his name, instead

15   of in the name of Luis Queme.  You will recall that

16   Mr. Queme came here to testify and told you he used to

17   work with the defendant Ortega, and he had put -- he had

18   basically set up a phone line for Mr. Ortega and put it in

19   his own name, and it was the same phone number,

20   (631) 645-1384.

21        You also heard testimony from Detective Robert

22   DiPietro of the Nassau County Police Department.  He told

23   you that he reviewed Diego Marroquin's cell phone.  And

24   you will remember he used to use the nickname Little

25   Lonely.  He reviewed his cell phone after Diego was

Summation/Capwell

3143

1    arrested on March 17th, 2010 at the beach in Far Rockaway.

2         You might remember that Diego Marroquinn is

3    Carlos Martinez' brother.

4         Detective DiPietro wrote out a list with names

5    and numbers from Diego Marroquin's contact list and Diego

6    had the same phone number for Boxer, (516) 244-0046.

7         He had Baby Blue's number as (347) 994-4893.

8         When Boxer was interviewed by the Suffolk County

9    Police Department, he provided his cell phone number as

10   (516) 244-0046.

11        And so through various pieces of evidence,

12   including the voluminous phone records, and the government

13   has proven who was using each phone through the phone

14   numbers listed.  Not only this chart, but the other charts

15   that came in evidence which you will see later in my

16   summation.

17        As to this specific chart, you will see that

18   there were contacts between Vanessa Argueta and Cruzito,

19   eight contacts between February 4 and 5th.  And you will

20   see between Cruzito and the defendant Boxer there were

21   eleven contacts between February 4th and February 5th.

22        This chart also shows you that Gringo and Zorro

23   remain in contact with the defendant Boxer in the days

24   immediately following the murders of Vanessa Argueta and

25   Diego Torres.

Summation/Capwell

3144

1          Based on all of this evidence, the government

2    has established beyond a reasonable doubt that the

3    defendant, Heriberto Martinez, conspired to murder Vanessa

4    Argueta and murdered Vanessa Argueta as an aider and

5    abettor, and was an accessory after the fact to the

6    murders of both Vanessa Argueta and Diego Torres.

7          Let's turn now to the murder of David Sandler.

8          Cooperating witness Jimmy Sosa, also known as

9    Junior, gave you the inside perspective of the murder of

10   David Sandler and the attempted murder of Aaron Galan.

11         He told you that on February 17, 2010, Silencio,

12   Perdido, who was an MS-13 member from the Karlington

13   Clique, and Michichi drove to Sosa's home to pick him up.

14         You heard the Michichi name a lot.  He was an

15   MS-13 associate, chauffeur, and drives the dark blue Ford

16   Explorer and drove the MS-13 members around.

17         On that day, Michichi was driving the dark blue

18   Ford Explorer he was always driving, and Perdido told Sosa

19   that he was looking for Chavalas, and he has a doll in the

20   car, meaning a gun.

21         Perdido took out the .38 caliber gun, and the

22   men drove around looking for Chavalas but couldn't find

23   the particular Chavalas.

24         Sosa asked then if they could stop at a deli to

25   get a drink or something to eat, that was the excuse he

Summation/Capwell

3145

1    had given his girlfriend, you will remember, why he went

2    out to these guys.

3           That stop at the deli on Timberline Drive in

4    Brentwood led to the end of David Sandler's life and

5    almost to the end of Aaron Galan's life, because when Sosa

6    and Perdido went into the deli, Perdido saw David Sandler,

7    whom he believed to be a member of the rival street gang,

8    the Latin Kings.  And Perdido told Sosa that Sandler was a

9    Chavala and Sandler had problems with the MS-13 in the

10   past.

11          Perdido also told Sosa Sandler sold weed,

12   marijuana, and Sosa could approach Sandler and ask for

13   some weed.

14          Sosa went back into the deli and approached

15   Sandler and asked him if he sold weed.

16          Sandler said yes but he didn't have any on him

17   right then.  And Sosa asked for David Sandler's phone

18   number.

19          While Sosa and Sandler were in the deli

20   together, Sosa called Sandler's cell phone, so Sosa would

21   have Sandler's number in the phone.

22          When Sosa and Perdido got back in the truck,

23   they were in there with Silencio and Michichi.  And they

24   discussed that Sandler was a Chavala and they formulated

25   the plan to kill him.

Summation/Capwell

3146

1        Together they decided that Sosa should get

2   Sandler to meet Sosa outdoors near a Compare Foods store.

3        Sosa called Sandler, called the Sandler phone

4   and spoke to whom he assumed was Sandler; but as you know

5   from Aaron Galan's testimony, it was actually Aaron Galan

6   who picked up the cell phone because he and David shared

7   the phone for their drug business.

8        Galan told Sosa he would meet him at the deli on

9   Timberline Drive, not the location Sosa had suggested.

10       You might recall when Galan testified, he

11  testified or the first day of trial, and it has been a

12  while, you might recall that he felt the caller was trying

13  to get him to go to a dark desolate area and Galan refused

14  to do that.  And he suggested a deli up the street from

15  his home where he and Sandler shared an apartment, because

16  it was close to home and he knew the location and knew

17  people were always in that deli.

18       As Michichi and Perdido and Silencio and Sosa

19  drove toward the deli, Sosa called Sandler's phone again

20  and was told by a male on the other line that he would be

21  there in a few minutes and for Sosa to wait.

22       Silencio and Sosa got out of the car to do the

23  job, to kill Sandler, whom they believed to be a Chavala.

24       And why were Silencio and Sosa the ones to kill

25  Sandler and not Perdido?

3147

1    Sosa told you why.  Because he and Silencio were

2    from El Salvador and needed to prove themselves to the

3    local MS-13.

4    Both Silencio and Sosa were wearing hoodies when

5    they got out of the car, and Silencio had the .38 caliber

6    gun on him.

7    As Sosa and Silencio started walking south on

8    Timberline Drive toward Second Avenue, Sosa saw Sandler

9    with another person walking toward them from Second

10   Avenue.

11   Sosa told you when he got close to Sandler, he

12   handed him a $20 bill for the deal and asked Sandler for

13   the marijuana.  And that is when Silencio shot Sandler, as

14   he was pulling the marijuana out of his pocket.

15   Galan started running toward the soccer facility

16   and Silencio shot Galan.  Galan fell to the ground.

17   Silencio went right over to Galan and pointed

18   the gun at him and shot him at close range.

19   Silencio and Sosa then took off running north

20   back to where they came from to the top of Timberline

21   Drive and turned left behind the big soccer arena there

22   and jumped into Michichi's truck.

23   In the car Silencio told Sosa, we stole the

24   show.

25   Later that night Silencio called Sosa and asked

Summation/Capwell

3148

1    him whether he had seen the news on the television that

2    Sandler was dead?

3           Silencio told Sosa, I hit him in the head.

4           Soon after the shootings, paramedics and law

5    enforcement arrived at the scene and Mr. Galan was taken

6    to Good Samaritan Hospital, where against all odds he

7    survived being shot in the head at close range.

8           And you know Jimmy Sosa is telling you the truth

9    about what happened on the night of February 17, 2010,

10   because his testimony is corroborated by several other

11   pieces of evidence.

12          Surviving victim Aaron Galan's testimony about

13   the telephone calls he received that evening and what

14   happened when he went with Sandler on what would prove to

15   be Sandler's last marijuana deal.

16          You also remember eyewitness Mark Moorman's

17   account of the shooting.  You will remember he was a very

18   tall man who was helping to run the girl's soccer

19   tournament at the KK Athletics facility.  He had gone out

20   to his car which was parked along Timberline Drive facing

21   south outside the sidewalk of KK Athletics and saw two men

22   with hoodies walking down Timberline Drive.

23          While he was in his car putting something in his

24   glove compartment, he heard a pop and looked up and he

25   told you he saw four individuals, and one already on the

Summation/Capwell

3149

1   ground.

2          He also saw one of the men holding his arm out

3   extended and he could see muzzle fire from the end of the

4   extended arm.

5          He heard four or five shots that night.

6          He saw a second individual retreating west,

7   trying to get away.  You know that's Aaron Galan.

8          Mr. Moorman admitted to you he was frightened

9   and ducked down in his car for what felt like an eternity

10  to him.  When all sounded quiet, he got out of his car and

11  headed back into KK Athletics and to tell somebody to call

12  nine one one and to stop the players and the parents from

13  coming outdoors.

14         Let's take a look at the next slide showing you

15  the intersection of Timberline Drive and Second Avenue.

16         Now, at the scene of the crime, law enforcement

17  recovered a number of items.  They recovered a number of

18  very small little baggies containing marijuana.

19         They also recovered Aaron Galan's cell phone.

20  You might remember it is the one with the cracked screen.

21         They recovered a bloody $20 bill, which was part

22  of the marijuana deal.

23         The slide here shows you the two different areas

24  where the victims were laying.

25         The one here in the middle of Timberline Drive,

3150

1    David Sandler.  And over closer to the curb and the

2    sidewalk coming out of Timberline, out of KK Athletics, is

3    where Mr. Galan was.

4           You also remember that the crime lab found a .38

5    caliber expended bullet in the parking lot in front of the

6    beauty supply store close to the intersection of

7    Timberline Drive and Second Avenue.

8           You also know that about four days later, after

9    most of the snow had melted -- you will recall there was a

10   lot of snow on the ground on the night of February 17,

11   2010.  And after it melted, a second crime scene unit went

12   to the crime scene and searched along Timberline Drive for

13   additional evidence, and Police Officer Jodi Rios told you

14   that during that search she found a second .38 caliber

15   expended bullet right a few feet away from the stop sign

16   on Timberline Drive and Second Avenue.

17          And you will recall that Roy Sineo, the first

18   ballistics expert from the Suffolk County Crime Lab who

19   testified, told you as to both bullets they were of a .38

20   or 357 class caliber, six lands and grooves with a right

21   hand twist of conventional rifle.

22          Mr. Sineo explained that the base of a .38

23   caliber and .357 caliber bullet has the same diameter.

24          He told you both bullets could have been fired

25   from the same weapon, and the bullets were almost

Summation/Capwell

3151

1   certainly fired from a revolver and not a pistol.

2          Some key evidence that came from the defendant

3   Ortega, Silencio himself.

4          When Ortega was arrested by the FBI Gang Task

5   Force on March 26, 2012, he gave them permission to search

6   his room.

7          We discussed the letter to Sy Len found in the

8   shoe box.

9          In addition, the agents found in that shoe box a

10  Spanish language news article from February 17th through

11  the 23rd, 2010, and this article discussed, basically

12  reported the shooting, the murder of David Sandler and the

13  shooting of a second individual.

14         And the fact that Ortega was holding on to that

15  article in the shoe box with other documents he considered

16  important showed you that this article to him was like a

17  trophy for what he had done, when he stole the show.

18         Now, on that same day when he was arrested, he

19  was interviewed by the FBI, Special Agent Tariche.  And

20  here is an excerpt from his statement.

21         Another night Michichi picked up Junior and

22  Perdido in the car.  They were looking for rival gangs and

23  using Junior's cellular telephone.  They called the Latin

24  Kings that sold marijuana.  Junior and I got out of the

25  car and I was carrying a .38.  I fired the .38 at the

Summation/Capwell

3152

1   Latin King when we went to buy the marijuana.  I fired at

2   two of them and we then ran to the car.  Michichi then

3   dropped me off at home.

4          Ladies and gentlemen, it doesn't get much

5   clearer than that.

6          We gave you more at trial.  And we also gave you

7   a phone records chart.  Again, now the chart shows the

8   names associated with the phone number.

9          You can see here the chart shows you contacts

10  between Carlos Ortega, and Junior, and this chart reflects

11  calls around the time period from February 14th to about

12  the 19th.  You see contacts between Sosa, also known as

13  Junior, and the defendant, Ortega.  You also see contacts

14  between Sosa and Michichi, the driver.  And importantly

15  you see here between Sosa and Aaron Galan, there were

16  three calls.  And you know they all were from Sosa to the

17  Aaron Galan phone, which was also used by David Sandler,

18  so we could have David Sandler's name there also.

19         You know that these three calls corroborate what

20  Jimmy Sosa told you and what Aaron Galan told you.

21         The first call at 7:14 p.m., the call inside the

22  deli when Sosa first met Sandler and called Sandler to

23  kind of let him have his phone number in his phone.

24         Then you know the second call at 8:05 is the

25  call that Mr. Galan actually answered, and that is the

Summation/Capwell

3153

1    call when Sosa and Galan discussed where they were going

2    to meet for the drug deal.  And that is where Galan said,

3    I'm not going to a dark desolate area.  We will meet at

4    the deli by my street.

5            Then you will see there is a third call at 8:11,

6    a short call lasting a few seconds, and it is the one when

7    Sosa called to say I'm here.  And then the male on the

8    other end, whether Galan or Sandler, basically said I will

9    be right there.

10           You will recall when Aaron Galan testified, we

11   introduced some screen shots from Mr. Galan's phone,

12   actually from this phone with the cracked screen.  And you

13   will recall that those three calls are in this phone, and

14   that the first call, the 7:14 call, reflects Sosa's phone

15   number.  But the second two calls at 8:05 and 8:11 are

16   both blocked calls, show up as blocked calls on the cell

17   phone.  And also when Special Agent David Edwards

18   testified before you from the FBI, and he is the witness

19   through whom all these phone charts came in, Agent Edwards

20   told you in the phone records it also reflects that those

21   two calls, 8:05, 8:11 p.m. from Sosa to the Galan/Sandler

22   phone, were blocked calls.

23           So in summary, the government has established

24   again, beyond a reasonable doubt, that the defendant

25   Carlos Ortega conspired to murder David Sandler, murdered

Summation/Capwell

3154

1    David Sandler and attempted to murder Aaron Galan.

2              Your Honor, may we have a break at this point?

3              THE COURT:  Yes, we will have a morning break.

4              Do not discuss the case.

5              (Whereupon, at this time the jury leaves the

6    courtroom.)

7

8              (Whereupon, a recess was taken.)

9

10             THE COURT:  Please get the jury.

11             (Whereupon, the jury entered the courtroom.)

12             THE COURT:  Please be seated.

13             All right, Ms. Capwell.

14             MS. CAPWELL:  Thank you.

15             Let's turn now to the murder of Nestor Moreno

16   that arose from an alteration between the bouncer and

17   Boxer and three other members of the MS-13 members at the

18   El Rancho Bar a couple of weeks after.

19             In essence, the bouncer had disrespected Boxer

20   in front of the members of MS-13.

21             You know that on or about February 20, Martinez

22   went out drinking in Hempstead with other MS-13 members,

23   Gasparin, Pollo and Guanaco.

24             They ran into a man named Princesa, who offered

25   to buy them drinks, at the El Rancho Bar.  And when it

Summation/Capwell

3155

1   came time to pay for the beers, Princesa was no longer

2   around and the MS-13 group tried to leave without paying

3   their tab.

4        That is when the dispute arose between the

5   bouncer and the group of MS guys, who let it be known to

6   the bouncer they were MS.

7        It culminated in the bouncer using pepper spray

8   on Boxer's face, and Boxer was angry.  And he told the

9   bouncer, things will not end here.

10        On March 6, Boxer kept that promise.  With

11   Michichi at the wheel, he returned to the El Rancho Bar

12   with Demente, Carlito and Gasparin.  He told them that

13   Gasparin will identify the bouncer because Gasparin was

14   there the night of the altercation, and they would shoot

15   the bouncer for disrespecting him.

16        Demente, who was holding the .22 caliber gun.

17   Carlito and Gasparin followed Boxer's orders and headed

18   toward the El Rancho Bar.

19        However, the bar and the street were busy that

20   night, and they called Boxer to let him know that there

21   were too many people to shoot the bouncer that night.

22        Boxer didn't care.  Shoot him.

23        The three men returned in Michichi's truck and

24   again explained to Boxer that the street and the bar were

25   very busy that night.

Summation/Capwell

3156

1        Again, Boxer didn't care, he wanted the bouncer

2   dead that night.

3        So the obedient foot soldiers, Demente, Carlito,

4   Gasparin, returned to the bar, opened the door wide open,

5   and Demente shot Moreno in the middle of the forehead,

6   right between the eyes.

7        Jessica Herrera, the young bartender who

8   testified, ran to Nestor Moreno.  She told you he was

9   lying on the floor and bleeding from the middle of his

10  forehead.

11       Nassau County Police Department crime scene

12  detective Joseph Marino recovered a .22 caliber casing

13  from the entryway of the El Rancho Bar.

14       The lower left slide marked right there by the

15  yellow placards.

16       He told you he also recovered out on the

17  sidewalk in front of the El Rancho Bar two items.  He

18  recovered a cell phone battery case, the back cover, I

19  should say, and the battery itself.

20       And you know from Gasparin and Carlitos'

21  testimony that Carlito was carrying Gasparin's phone that

22  night, and as Carlito ran and fled from the bar after the

23  shooting, he dropped Gasparin's phone on the sidewalk, and

24  Gasparin stopped and tried to pick up his phone, and he

25  did pick up his phone but left two pieces behind.

Summation/Capwell

3157

1      When Demente, Carlitos and Gasparin got back to

2   Michichi's truck, the group was excited, yelling the beast

3   sucked up the bouncer, La Mara, La Mara, the Coronados

4   Surenos are united.  No one messes with Mara.

5      The group then headed to Suffolk County to drop

6   off Demente and the gun, the same .22 caliber gun.

7      Boxer, Carlitos and Gasparin ultimately returned

8   to Far Rockaway where they lived.

9      Now, what other evidence is there?

10      Besides all the testimony that you heard about

11   what happened at the El Rancho Bar on March 6, 2010, you

12   also have seen cell site diagrams that Eduardo Orellana

13   testified about, and this is this diagram here.  The maps

14   showing the cell phone towers, this is the Far Rockaway

15   area.

16      You will recall when you initially had seen the

17   diagram in evidence, it only had the phone numbers on it.

18   Now I'm able to show you the person's name that goes along

19   with that phone number.

20      You will see Boxer in orange.  That is his

21   phone.

22      Then you see Gasparin as the hot pink color.

23      Demente is the brown color.

24      Basically what this slide is showing you,

25   between 9:00 p.m. to 10:17 p.m. on the night of March 6th,

Summation/Capwell

3158

1   2010, those three phones are bouncing off of cell sites in

2   the Far Rockaway area.

3        This map also shows you the approximate location

4   of defendant Martinez' residence in Far Rockaway, as well

5   Santos, Joe Calderon's residence in Far Rockaway.

6        Now, this next slide is another diagram of a

7   cell site location data, and this covers a broader time

8   period.  It covers 8:54 p.m. that night to 11:23 p.m., and

9   it pertains to the same three numbers, the Boxer phone,

10  Gasparin's phone and Demente's phone, and basically

11  showing you movement from south to north during that time

12  period.

13       In particular between about 11:03 -- I should

14  say about 11:00 and 11:20 that night, the phones are

15  bouncing off a cell site tower right near the El Rancho

16  Bar.

17       Indicated in red is the El Rancho Bar, and you

18  see the calls between 11:00, 11:20 that night bouncing off

19  the cell phone tower in the area, the very close vicinity

20  to the El Rancho Bar.

21       Let me go back to that same slide to show you

22  something else.

23       You will see it indicates in pink, Gasparin's

24  phone, three calls placed from Gasparin's phone between

25  11:03 and 11:05 p.m., and they were bouncing right off the

Summation/Capwell

3159

1    cell site tower near El Rancho.

2              If you look at the corresponding data from

3    Boxer's phone, you will see he received five calls, and

4    three were the same phone, the ones from Gasparin's phone,

5    also bouncing off the same cell phone tower near

6    El Rancho.

7              You will learn that those calls are most likely

8    the ones while Gasparin, Carlitos and Demente, and they

9    were walking in front of the bar waiting for the

10   opportunity to shoot the bouncer.  You will learn from

11   Carlitos they had contact back with Boxer, one of those

12   calls, to tell Boxer it was very busy that night, and that

13   shows you one of those calls.

14             This next diagram shows you a time period later

15   that night, a very narrow time period, 11:44 to

16   11:59 p.m., and this chart just reflects Boxer's phone and

17   shows you that at that time, between those times, 11:44

18   and 11:59, his phone was bouncing off of cell phone towers

19   in the Brentwood and Central Islip areas, which

20   corroborates what the cooperating witnesses told you, that

21   right after the murder of the bouncer, they headed toward

22   Suffolk County in Michichi's truck.

23             Again, another slide, basically midnight to

24   1:50 a.m., now going into the early morning hours of

25   March 7th, 2010.  And here we see Boxer's phone, Demente's

Summation/Capwell

3160

1   phone in brown, and then we see a new phone, Michichi's

2   phone in blue.  And this diagram is basically showing you

3   between that time period those three phones are bouncing

4   off cell site towers in the Brentwood and Central Islip

5   areas.

6          Next, this now is 2:50 a.m. on March 7th,

7   throughout that whole day, and really of significance here

8   is Boxer's phone in orange.  You can see that at about

9   2:50 a.m. in the morning he received a call.  And at that

10  point the call was bouncing off of a cell site tower back

11  in Far Rockaway where he lived.  So by that point in the

12  night he was back in Far Rockaway.

13         That is not all the evidence.  The defendant

14  Martinez admitted to the Nassau County Police detectives

15  that he had the bouncer killed in retribution for

16  disrespecting Boxer and the MS-13.

17         This was a statement that Boxer gave on

18  March 18th, 2010 to the Nassau County Police Department,

19  and I will read some of the excerpts that have been pulled

20  from this statement.

21         It is a six-page statement.

22         One Sunday, toward the end of February 2010, I

23  received a call from my friend, who is named Henry.  Henry

24  is called El Pollo.

25         The taxi dropped us off in front of a bar called

3161

```
1   El Rancho that is on Fulton's Street.  El Pollo's friend
2   was already there waiting for us.
3           The four of us entered El Rancho.  When we went
4   in we sat on a table, and a faggot, excuse the language,
5   whom they call Princesa offered to buy us some beers.
6           The statement goes on.
7           The security guard pulled out a pepper spray and
8   sprayed it on my face and I was blinded.
9           Then it goes on later on in the statement.
10          One Saturday, in the beginning of March 2010, I
11  called Skrapo.  You will recall it was Demente's nickname,
12  meaning someone who likes the ladies.  I told him to come
13  pick me up with Michichi, who is another friend of ours,
14  with a dark Explorer.  At about 10:00 p.m. Skrapo and
15  Michichi arrived.  They said they were going to Brentwood.
16  But first we went to pick up Gasparin and another one who
17  is named Carlitos.  Michichi wanted to go to Brentwood,
18  but I told him I wanted to go by El Rancho in Hempstead.
19          Michichi drove to El Rancho and parked the
20  Explorer near El Rancho.  At that time Gasparin took out a
21  knife that he had, and El Skrapo took out a small silver
22  .22 caliber pistol from the pocket of his jacket.  Skrapo,
23  Carlito and Gasparin got out of the Explorer.  I told him
24  I was going to be on watch, and that I knew Hempstead
25  better than they did, and I will show them how to get out
```

Summation/Capwell

3162

1    of Hempstead faster.  I also told him that I would be

2    recognized in El Rancho, and that Gasparin knew the

3    security guard.  I told him to shoot him.  But if they

4    couldn't, to return to the Explorer.  Michichi and I

5    stayed in the Explorer.

6            After a short while I heard a shot and Skrapo,

7    Gasparin and Carlito came running.  Skrapo said everything

8    went fine.  Gasparin was worried.  Because he said that he

9    had dropped the cover and battery to his telephone.  We

10   left Hempstead, but Gasparin wanted to return to find the

11   battery.

12           Michichi and I said no.

13           While we in the Explorer, Skrapo said that he

14   had shot the security guard in the head.  Gasparin told me

15   that he opened the door so that Skrapo could shoot him

16   while Carlitos was behind Skrapo.

17           Ladies and gentlemen, the government has proven

18   beyond a reasonable doubt that defendant Heriberto

19   Martinez was hired to murder Nestor Moreno and aided and

20   abetted his murder.

21           Turn to the next murder in this case of Mario

22   Quijada, also known as Baby Blue.

23           You heard a lot of evidence and heard testimony

24   in connection with Baby Blue's murder, and both of the

25   defendants' participation in his murder.

3163

1           Here is some of the highlights:

2           On March 16th, 2010, Diego Marroquin told his

3    brother Carlitos that he had a discussion with Smokey, who

4    was one of the leaders of the Surenos Clique, and that

5    discussion was about Baby Blue.

6           As you recall, Baby Blue was a member of the

7    Surenos or SLS Clique.

8           Smokey told Diego Marroquin that they should

9    give Baby Blue one more chance to kill somebody, but that

10   if Baby Blue failed to do so, they should kill Baby Blue.

11          A number of MS-13 members met up that night,

12   including both defendants, Boxer, Silencio, also Baby

13   Blue, Demente, Gasparin, Marroquin and Carlitos.  And also

14   their associate and chauffeur, Michichi.

15          All but Baby Blue knew that this was a life or

16   death test for Baby Blue.  And to use Mr. Levine's words,

17   this was a blind test for Baby Blue.

18          Now, Michichi drove.  He drove Baby Blue,

19   Silencio, Demente and Gasparin around Far Rockaway,

20   looking for Chavalas to shoot and kill.

21          While that group was out hunting for Chavalas to

22   shoot and kill, Boxer, Carlitos and Diego Marroquin stayed

23   behind and met up with Payaso and his friend Gabriel at

24   the train station.

25          Later that night they all came back together at

Summation/Capwell

3164

1   the Payaso apartment, except for Baby Blue.

2           Silencio reported that Baby Blue would not hold

3   the gun and that he had to be killed.

4           Boxer was worried that if Baby Blue was ever

5   arrested, he would turn into a snitch.

6           The MS-13 members decided and agreed that night

7   that Baby Blue had to be killed.

8           Marroquin called Baby Blue with a ruse and told

9   him that they would all go to the beach in Far Rockaway to

10  kill some Chavalas.

11          A new group headed out to pick up Baby Blue to

12  kill him.  They consisted of both defendants, Boxer and

13  Silencio, also Payaso and Marroquin, of course Michichi at

14  the wheel.

15          Carlos, Gasparin and Demente stayed behind at

16  Payaso's apartment.

17          Once at the beach, Payaso aimed the gun at Baby

18  Blue's head and pulled the trigger, but the gun jammed.

19  That's when Baby Blue realized he was about to be killed

20  by his own fellow gang members.  So he began to run.

21          Boxer took out the machete and hit Baby Blue on

22  the head.  Boxer then gave the machete to Payaso and took

23  the gun from Payaso, the same silver .22 gun.

24          Silencio and Diego each had a knife, a pocket

25  switchblade knife and a kitchen knife with a wooden

Summation/Capwell

3165

1    handle.

2           The group repeatedly stabbed Baby Blue and

3    prevented him from getting away.  They stabbed him to

4    death on the beach that night.

5           Fresh off this kill of a fellow MS-13 gang

6    member, the group started to walk back to Michichi's

7    truck.  That is when they saw NYPD officers.

8           Payaso and Silencio, you learned, started

9    running down the beach eastward and they got away.

10          You learned that they went to Lorena Cifuentes'

11   home in Inwood where they used her phone.

12          If you recall, Ms. Cifuentes described the two

13   men as being wet and sandy.

14          In the early morning hours Silencio and Payaso

15   got back to 22-30 Mott Avenue, where Silencio, Demente and

16   Marroquin were living at the time.

17          Silencio and Demente took a cab back out to

18   Brentwood, getting off at 7-Eleven.

19          Within a few days the FBI arrested Payaso,

20   Carlitos, Gasparin and Demente.  Silencio was arrested

21   about a year ago, in late March 2012.

22          Now, how do you know that what the cooperating

23   witnesses Gasparin, Carlitos and Carla Santos have told

24   you about the murder of Baby Blue is true?

25          You know this by looking at all of the other

3166

1    evidence.

2              Let's look now to pictures from the crime scene.

3              Now, in the background in this slide is a sketch

4    prepared by the NYPD crime scene unit, to orient you to

5    this area is the water, the ocean.  We have the beach, the

6    ocean, we have two sand dunes there, more beach, and the

7    steps going to the boardwalk and parking lot.  You will

8    see the truck is Michichi's truck where it was parked

9    where the NYPD found it.

10             You will see the little figure here is supposed

11   to depict Baby Blue's body and he was over here by the

12   left sand dune.  You will see a weapon was found south of

13   Baby Blue's body, and it was this blade from a knife.

14             Now, over to the right side by the right sand

15   dune, you heard that the NYPD found a pocket switchblade

16   knife about in that location.

17             Then Detective Broderick saw the machete in the

18   water the next day and waited for the tide to recede and

19   then recovered that machete.

20             You heard from the evidence that the two

21   individuals who ran east on the beach when they saw the

22   New York Police waiting for them, were Payaso who had the

23   machete and Silencio, so it stands to reason that Silencio

24   was carrying the pocket knife that night.

25             You learned that the police recovered the silver

Summation/Capwell

3167

1    Jennings that we have here, right at the base of the steps

2    from the beach heading up to the boardwalk.

3         You also know that after Michichi's truck had

4    been moved, the NYPD found a wooden handle that belonged

5    to this blade here underneath where Michichi's truck had

6    been parked.

7         That is not all.  You will recall we also showed

8    you surveillance footage from the apartment building at

9    22-30 Mott Avenue.  And it was the apartment building

10   where Payaso and Marroquin and Carlitos lived.  That image

11   showed you images of individuals going in and out of the

12   lobby and up into the elevator.

13        The cooperators told you who those people were.

14   And these were photos, you will remember the government

15   also put still photos in evidence from the video, in

16   evidence as well.  And I have a few of those here to show

17   you in my summation.

18        But the video and the photos basically

19   corroborate the account from the cooperators who were

20   involved that night and who decided to kill Baby Blue and

21   basically the activities that happened at or about the

22   times described to you.

23        The first image here shows you it was about

24   11:31 at night.  This is the lobby of the building, and

25   the cooperators told you it is Payaso.  After him the

Summation/Capwell

3168

1    defendant Boxer, wearing that favorite blue and white

2    sweatshirt, and Carlitos with the hood, and after that his

3    brother, Marroquin, and then Gabriel.

4           Now, this next slide shows you that same group

5    in the elevator, just about a minute later, and we have

6    Payaso by the door, Carlitos, in the corner with the blue

7    and white cap, the defendant Boxer, to his left Gabriel

8    and to his left Marroquin.

9           This is when this group came back from the train

10   station.

11          Then after Diego and Carlitos got out of the

12   elevator, a minute later you see a side profile shot of

13   the defendant Boxer and Payaso to his left and Gabriel in

14   the other corner.

15          This is now just after midnight, so it is a

16   little later that evening, and this is when the other

17   group was getting ready to leave the building and go pick

18   up Baby Blue to take him to the beach to murder him.

19          Now in the elevator you see right by the

20   elevator door the defendant Silencio, and to Silencio's

21   right Michichi, the driver.

22          Here the baseball cap again, the defendant

23   Boxer.  Then to Boxer's right is Diego Marroquin.

24          Then we see the same group getting out of the

25   elevator, and you see walking first there is Boxer with

Summation/Capwell

3169

1     his blue and white cap.

2          You notice here he is no longer wearing the

3     favorite blue and white party sweatshirt.  He has now

4     changed into a solid dark blue sweatshirt.  Gone from his

5     party clothes to his killing clothes, he certainly doesn't

6     want to get his favorite sweatshirt dirty or full of

7     blood.

8          After Boxer we have Silencio, and after that

9     Michichi and Diego Marroquin in the background.

10          It shows the four individuals leaving the

11    building, and then Diego Marroquin in the background.  You

12    see the defendant Boxer wearing the tan work boots that

13    came into play later with the DNA analysis.

14          You will remember from the other photos and

15    video that Payaso then joins the group and you see him

16    coming out of the building a minute later.  And you see

17    Diego Marroquin holding the door open and you will

18    remember Payaso runs out and joins the group.

19          Now, again, the video, the photographs,

20    corroborate what the corroborating witnesses told you

21    about who planned to kill Baby Blue that night, and the

22    sequence of events that happened that night.

23          Let's turn now to the following slide.

24          You will recall Dr. Coleman, the medical

25    examiner from the City of New York, came to testify.  She

3170

1   conducted the autopsy of Baby Blue, and these photographs

2   show you again that what the cooperating witnesses are

3   telling you and what is evidence shows you is right.

4           You know Baby Blue was attacked by a number of

5   people who were using different types and different shapes

6   of weapon.  And you know that through the injuries he

7   sustained.

8           Dr. Coleman told you he sustained a stab wound

9   to his left eye.  He also sustained two major stab wounds

10  to his front chest, as well as a smaller wound to his

11  right biceps, and it is hard to see in here but he also

12  has a very small incision or puncture wound on his right

13  rib cage.  You can also see some of the bruising or trauma

14  on the neck that Dr. Coleman told you about.

15          Going down to the bottom right picture, you can

16  see this is a major stab wound, his bottom right back.

17  And then you can see a number of other wounds.  Here you

18  see it, an incision wound on his top left shoulder area.

19  You see a number of wounds here toward the lower back,

20  incision wounds.

21          Then now going to the bottom left picture on the

22  screen, that is an image of his right torso.  You see his

23  right armpit, and you see more wounds here.  You see

24  incision wounds, at least three.  And another one, hard to

25  see but right more on his waistline or stomach area here.

Summation/Capwell

3171

1        These photos don't even capture all of the

2   wounds that Baby Blue sustained that night.  You have to

3   look at the body diagrams that Dr. Coleman prepared.  And

4   she told you she highlighted, the yellow highlighting is

5   the major stab wounds, the blue is all the other incision

6   and puncture wounds.  You will see on the top of Baby

7   Blue's head he had a wound there.  And also one to his

8   hand.  You might recall you saw a picture of that when she

9   testified.  And also his inner thigh right there.  He also

10  had a puncture wound there.

11       So, again, what the autopsy pictures show you

12  that the cooperating witnesses and the evidence found at

13  the beach, what it tells you it is correct.  That Baby

14  Blue was attacked by a number of different people using

15  different weapons.  And his wounds have different sizes,

16  different depths.

17       What else did we show you?  You heard a lot of

18  DNA evidence in this case.  And you learned a lot about

19  DNA analysis.

20       Really, the bottom line is that the blood on

21  defendant Martinez' right work boot and on his jeans

22  matched the blood of Mario Quijada, Baby Blue, which was

23  taken from the autopsy.

24       And that is not surprising, right?  He was

25  arrested at the scene of the crime, of a very bloody crime

Summation/Capwell

3172

1   scene.  So it is not shocking that he had the blood of the

2   victim on his clothing.

3          What did DNA expert Emily Head tell you about

4   the DNA profiles from the boot, the jeans, and Baby Blue's

5   blood, and it is here from the transcript.  It is found

6   that this profile, meaning the DNA profile developed would

7   be expected to be seen in one, in greater than one

8   trillion people.

9          Question:  Can you give the people a little

10  perspective of that?

11         Answer:  The population of the world is about

12  6.8 billion.  In order to get to a trillion people, you

13  would need about 137 world populations.

14         The bottom line was that that means that the DNA

15  on the two stains were the same as the DNA of Mario

16  Canton.

17         The defendant Boxer was interviewed by the NYPD

18  after he was arrested at the beach in Far Rockaway on

19  March 17th, 2010.  And he gave a couple of statements to

20  the NYPD.

21         Let's look at the second statement to the NYPD

22  on March 17th.

23         Again, I'm just taking excerpts out of the

24  statement.  The entire statement is in evidence, and you

25  can certainly ask to look at that.

Summation/Capwell

3173

1    He states:  I kicked him and he fell, referring

2    to Baby Blue.  And that certainly would explain why blood

3    was found at the tip of his right work boot.

4    He then said:  So then Baby Blue started to run,

5    and the person that I don't know gave me the machete and

6    he took out a knife.  And then the person told me let's

7    kill this dog.  So I got scared and hit him with the

8    machete.  I don't know if I hit him in the face or in the

9    head.  So then Baby Blue started to run.

10    Again, if we go back to the autopsy slide, I

11    show you the injury here that Dr. Coleman spoke about to

12    Baby Blue's head.  And you have the statement of the

13    defendant admitting he hit Baby Blue in the head with the

14    machete.

15    Now, before the defendant Martinez gave this

16    statement to the NYPD, he had given an earlier statement.

17    In the first statement he tried to make himself out to be

18    the victim at the beach, and that he tried to convince the

19    detectives that he was actually trying to help Baby Blue

20    at the beach.  But when challenged by the detectives with

21    other information, Martinez acknowledged that that first

22    version was not true.

23    Now, Boxer was not the only defendant who

24    admitted to his participation in the murder of Baby Blue.

25    Defendant Ortega did as well.  And this is an excerpt from

Summation/Capwell

3174

1    his interview by the FBI.

2         Over two years ago, one day Michichi picked me

3    up and we went to Queens.  We met there with several of

4    our friends.  Baby Blue didn't want to put work in.  And

5    the decision was that he had to be done.  We went to the

6    beach.  Michichi stayed in the car and I, three others and

7    Baby Blue walked to the beach.  One of the guys tried to

8    fire the gun but it didn't work.  So then Payaso hit him

9    with the machete into shreds.  A patrol car showed up and

10   I escaped, running with Payaso through the beach.  My

11   friend picked me up and I went back home.

12        Again, ladies and gentlemen, it doesn't get much

13   clearer than that.

14        But in addition to all this evidence, we also

15   presented you with ballistic evidence and, again, this

16   shows you a combination of the ballistic evidence.  It is

17   the three casings from the Argueta/Torres scene, placard

18   6, 9 and 23, the casing from the Moreno crime scene, the

19   gun recovered at the beach.

20        All of those items are here for your review also

21   during your deliberations.

22        We have the .22 Jennings recovered at the beach,

23   the three casings from the Argueta/Torres crime scene.

24   Then we have the casing recovered from the El Rancho Bar.

25        Charles Hopkins, the ballistics examiner from

3175

1    the Suffolk crime lab, told you, basically he was asked,

2    what is your opinion as to those, all the casings, the

3    test fired, the Argueta/Torres murders, the Moreno murder?

4              He answered:  In my opinion they were all fired

5    from this gun, the .22 Jennings.

6              We know from his testimony he test-fired a

7    number of bullets out of this gun.  We have the bullets in

8    evidence.  And then when the bullets were fired, these

9    casings were ejected.  And he examined the casings from

10   both scenes and determined they were both fired by the

11   same weapon.

12             Now, that is not all.

13             We also have a diagram showing you cell site

14   analysis.  This one particularly is from March 16th, 2010,

15   between the hours of 9:00 p.m. and midnight.  And the

16   phones at issue on this diagram are Boxer's found in

17   orange, the pink one is Payaso, and Marroquin's phone.

18             It shows you between 9:00 p.m. and midnight

19   their phones are bouncing off cell site towers in Far

20   Rockaway, close to their residences.

21             Marroquin's residence is noted by the red dot

22   there, and the defendant Martinez's residence is noted by

23   the red dot there.  And you can see their phones are all

24   bouncing off cell site towers in the general area near

25   their residences.

Summation/Capwell

3176

1    This next slide shows you between midnight and

2    3:00 a.m. that the phones at issue now are Boxer's phone,

3    Alvarado is Michichi, the driver, and Amaya, that is

4    Payaso.

5    It shows between 12:00 a.m. and 3:00 a.m., more

6    specifically between about 12:30 and 1:30 a.m., their

7    phones are bouncing off a cell site tower very south in

8    Far Rockaway near the beach area.  That makes sense

9    because at that time they were down at the beach killing

10   Baby Blue.

11   Now, we also gave you charts showing you phone

12   contact.  This one from March 17th, 2010 shows you contact

13   between a number of different individuals.  And this is

14   basically contact between all the co-conspirators between

15   March 16th and March 17th, and you can see Boxer's phone

16   in contact with defendant Ortega's phone, and then Boxer's

17   phone in contact with Mario Canton, and that is Baby Blue,

18   and that is one contact on March 16th, the date he was

19   taken to the beach that night.  Then you see a number of

20   contacts between Diego Marroquin's phone and Baby Blue's

21   phone, seven contacts on March 16th, consistent with the

22   fact that Marroquin was the one reaching out to Baby Blue

23   for the test run he was taken on and later when he was

24   lured to the beach.

25   You see Payaso down here with contacts with the

Summation/Capwell

3177

1    defendant, and you see additional contacts between

2    Michichi and the defendant Ortega, and Michichi and Boxer.

3           Again, this slide corroborates the phone contact

4    during that time period, March 16th, 17th, and

5    corroborating these individuals were all in touch with

6    each other.

7           The government has established, ladies and

8    gentlemen, beyond a reasonable doubt that defendant

9    Heriberto Martinez and Carlos Ortega conspired to murder

10   Baby Blue, and aided and abetted in the murder of Baby

11   Blue.

12          We now turn to question number six.  And that

13   is:  Did the defendants commit those crimes at least in

14   part in order to maintain or increase their position in

15   the MS-13?

16          It is the final question you have to ask.

17          Was one of the defendant's purposes in joining

18   the conspiracy and helping to carry out the killings to

19   maintain or increase his position in the MS-13?

20          The evidence overwhelmingly is yes.

21          The best way to earn respect and status in the

22   MS-13 is to kill rival gang members or anyone who

23   disrespects the gang.

24          Carlos Martinez told you that he earned respect

25   after he helped to kill Nestor Moreno.

Summation/Capwell

3178

1          Now, Boxer as a leader of the CLS Clique had to

2    insure that the CLS Clique and the MS-13 at large remained

3    respected and feared.

4          He also had to make sure that he was respected

5    and feared, not only by those outside of the MS-13 but by

6    his fellow MS-13 members and underlings.

7          As the leader of the MS, he could not let

8    Vanessa Argueta, Nestor Moreno or Baby Blue's conduct go

9    unpunished.  That is what is expected of a member of the

10   MS-13 and certainly of a leader of the MS-13.

11         As to the defendant Silencio, you heard from

12   Jimmy Sosa that he and Silencio carried out the murder of

13   David Sandler because they were from El Salvador and

14   needed to prove themselves to the local MS-13.  They had

15   to put in work and gain respect in the gang.  And Silencio

16   was certainly proud of the work he did that day.  He kept

17   this news article about the murder of David Sandler and

18   the shooting of Galan.

19         And Silencio was eager to participate in another

20   murder, when just one month later he urged the Surenos

21   Clique to kill Baby Blue after Baby Blue miserably failed

22   the test run.

23         All of the MS-13 members who agreed Baby Blue

24   should be killed and who participated in his murder,

25   including these defendants, Boxer and Silencio, did so to

Summation/Capwell

3179

1    maintain and increase their position in the MS-13 and to

2    prove that they were not like Baby Blue.

3           But, rather, they were worthy of being called

4    MS-13.  They were willing and ready and able and eager to

5    put in the work.

6           Based on the evidence, there should be no

7    question regarding each defendant's motive in these

8    murders.  They did exactly what was expected of them as

9    members.  And in Boxer's case, as a leader of the MS-13.

10          In the end, ladies and gentlemen, it is

11   important to remember why we are all here, the reason we

12   are all here.  And we are all here today because human

13   lives were taken, were changed forever.

14          And why?

15          Vanessa Argueta, because she aligned herself

16   with the enemy, the 18th Street Gang, and in so doing she

17   disrespected the MS-13.

18          David Sandler, because the MS-13 believed that

19   he was a Latin King, a Chavala.  And that made him

20   somebody who deserved to die.

21          Aaron Galan, because he happened to be with

22   David Sandler that night and in the eyes of the MS-13 he

23   was aligned with a Latin King and thus an enemy of the

24   MS-13.

25          Nestor Moreno, because he was doing his job,

Summation/Capwell

3180

1    trying to collect a beer tab.  And he had the audacity to

2    challenge the MS-13 and to disrespect Boxer and the MS-13.

3            And Baby Blue, because he did not want to kill

4    anybody.  He did not want to hold the gun while they were

5    hunting for Chavalas.  Because he had some sense of

6    appreciation for human life.  But for that he was killed.

7    For that he was butchered to death.  Because he was a

8    threat to what the MS-13 stands for.

9            And what do those two defendants stand for?

10   Violence, murder and pure evil.

11           We have proven each defendant's guilt beyond a

12   reasonable doubt.  And that's why we now ask you to return

13   a verdict of guilty on all counts as to each individual

14   defendant.

15           Thank you.

16           THE COURT:  May I speak to the lawyers at the

17   sidebar?

18

19           (Whereupon, at this time the following took

20   place at the sidebar.)

21           THE COURT:  I will leave it up to you, do you

22   want to get started, or have a lunch break and come back

23   at 1:30?  Or go for a half an hour?

24           MS. MACEDONIO:  Can I have a few minutes to set

25   up and go for the half-hour?

Summation/Macedonio

3181

1          THE COURT:  Once they send them back there, they

2     are gone.

3          MS. MACEDONIO:  Yes.

4          Let's start, and then we can break.

5          THE COURT:  All right.

6

7          (Whereupon, at this time the following takes

8     place in open court.)

9          THE COURT:  Members of the jury, Ms. Macedonio

10     will go for about 20 to 25 minutes and then finish after

11     lunch.

12          When you get to a good breaking point, let me

13     know.

14          MS. MACEDONIO:  Thank you, Judge.

15          Good afternoon, ladies and gentlemen.

16          I want to begin by thanking all of you for

17     paying such close attention to this trial and the most

18     painful and boring parts of it.  We acknowledge there were

19     many of them.  It is clear to all of us you were paying

20     close attention to all of that.

21          This has not been an easy case to be a part of.

22          At the end of the day, there were a number of

23     murders.  Whether or not these homicides occurred has

24     never been a question in the case.  The question is not

25     did they occur, but the question is why?

Summation/Macedonio

3182

1           This is a case about the applicability of the

2    RICO statute to the crimes that have been charged.  It is

3    a complex statute and will be explained to you in great

4    detail during the Court's charge, and which will -- I will

5    rely upon a great deal during my closing arguments.

6           With regard to Mr. Martinez, there are two

7    questions you must answer.

8           First, has the government proven to each and

9    every one of you beyond a reasonable doubt that

10   Mr. Martinez participated in the homicide?

11          If you find that the government has not

12   established that burden, then you must acquit.

13          If, however, you find that they have met that

14   burden, your job is not over.  You must then determine

15   whether the government has proven, again, to each and

16   every one of you beyond a reasonable doubt that

17   Mr. Martinez committed these crimes for the purpose of

18   maintaining and/or increasing his position in the MS-13.

19          The simple answer to these questions is no.  The

20   government has failed to establish its burden of proof in

21   this case.

22          Even though it might seem contrary to you, to

23   your sense of fairness, to your sense of what is right and

24   wrong, since the government has failed to establish each

25   and every one of the elements of the charged crime, the

3183

1    only true verdict in this case is a verdict of not guilty.

2              Now, it took a very long time for us to select a

3    jury in this case.  There were hundreds of questionnaires

4    that were filled out.  And the parties questioned the

5    prospective jurors for really about a week.  And that is

6    because this is a complicated statutory charge.  And we

7    needed to select a jury that has the moral, intellectual

8    and emotional bearing to decide this case based upon the

9    law.  And that is whether you agree with the law or not.

10             You took an oath to decide this case free from

11   prejudice against any person, or basing it upon sympathy

12   for any party.

13             We call upon you now to remember that oath and

14   to be true to it.

15             After all this time, as to what you sat through,

16   it would be easy forget that part of the process, to

17   forget about the oath you took.

18             And after sitting here week after week and

19   listening to graphic testimony and viewing photographs of

20   victims, and listening to medical examiners, some might

21   find it easy to look upon those two young Hispanic men and

22   somehow think of them as less deserving, less deserving of

23   the oath that you promised when you became jurors in this

24   case.

25             After all that testimony, some might find them

3184

1    as undeserving of your full and fair consideration.  But

2    that is contrary to your role in this process.  Your job

3    as jurors is about to begin.  And we call upon you to live

4    up to the sworn oath that you took back in February.

5              Now, I want to address something right away.

6              Heriberto Martinez did not testify in this case.

7    And as you have been instructed by Judge Bianco, and I'm

8    sure he will do it again during the charge, that is a fact

9    that you may not consider in any way.  You can't hold it

10   against Mr. Martinez nor can you draw a negative inference

11   from it.  The reason for this is simple.

12             There is a presumption of innocence, not only in

13   this case but in every criminal case, and as Mr. Martinez

14   sits in that chair now, he is presumed to be innocent.

15   That is a presumption that remains with him unless, unless

16   12 of you find unanimously beyond a reasonable doubt that

17   he has committed the crimes he is charged with.

18             The presumption of innocence when coupled with a

19   burden of proof are the things that separate our system of

20   justice from other systems throughout the world.  It is a

21   system that sometimes requires juries to do something that

22   feels difficult to do.  It is a natural feeling in a

23   murder case, particularly when there are multiple

24   homicides, for jurors to feel like justice demands that

25   somebody be held accountable.  But that is precisely the

3185

1    kind of emotional response that you have to avoid.  That

2    is precisely the kind of emotional response that you are

3    sworn to avoid.

4            Now, in my summation I'm going to focus

5    essentially on the homicides.  There are other counts

6    within the indictment, but we have a limited period of

7    time, and I'm sure you don't want to listen to me to the

8    end of the day so I will focus on the homicide here.

9            I will review with you the testimony that you

10   heard.

11           (CONTINUED ON THE NEXT PAGE.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3186

1          (Continued from the previous page.)

2          MS. MACEDONIO:  You may recall that the defense

3    often had little or no cross-examination of the

4    crime-scene witnesses.  Again, that is because there is no

5    question that the homicides took place.  No one has ever

6    challenged that.

7          The question that you have to decide is, has the

8    Government proven to you, with credible evidence beyond a

9    reasonable doubt, that Martinez participated in those

10   homicides.  And you have to decide if he did that, did he

11   maintain or increase his position with the MS-13.

12         I'll divide the evidence in categories.  First

13   we'll talk about the statements allegedly made by the

14   cooperators, and briefly we'll go through phone records,

15   DNA evidence, and firearms evidence.

16         Let's start with the cooperators.  Who are the

17   Government cooperators, and what benefits did they

18   receive?

19         Well, first, with regard to all the cooperators,

20   we must remember that if these prosecutors sitting at this

21   very table -- they really hold the key to the rest of

22   their lives.  A lot of the cooperators who testified pled

23   guilty to life counts, and if these prosecutors don't

24   write what is called a 5K letter to the judge who is

25   sentencing them, the judge will may give them a mandatory

3187

1   life sentence.  This is something that you shouldn't

2   ignore.  The cooperators have spent hours and hours and

3   hours with the prosecutors and agents who are here

4   throughout the trial, and they hold the key to their

5   future.  No question.

6           The first cooperator that we had was Tony

7   Guevara.  His nickname was Fantasma, or "the Phantom."  He

8   knew nothing about this case.  He never before testified,

9   and from the Government he had already received enormous

10  benefits.

11          He had done nothing but talk to them.  That's

12  all he had done.  He was like the poster child for what

13  you get with the federal government.  He goes in and he

14  just talks to them.  He admits to all sorts of crimes.

15          Tony Guevara rode around for years looking for

16  people to kill simply because of the color of their skin.

17  Shots were fired during those incidents, but Guevara

18  wasn't required to plead guilty to any of that.

19          He had exposure to multiple consecutive

20  sentences after committing dozens and dozens of crimes.

21  He pled guilty to one.  One crime.

22          And after spending a few years in jail, even

23  though he is facing a life sentence, he goes into court,

24  and with the consent of the Government, he gets bail.  He

25  gets bail, having done nothing but talk to them.

3188

1          And he doesn't have to post money.  Family has

2   to post bond.  There is not even any reporting conditions.

3   Doesn't even have to come into the building and check in.

4   Hey, Tony, how are you doing?  Nothing.

5          He has been in jail for three and a half years,

6   and rather than face mandatory deportation for the crimes,

7   they promise to give him work and promise to keep him in

8   the country.  Isn't that wonderful.  Isn't that

9   reassuring.  Such a valuable individual we need in the

10  country.

11         He claims that the FBI is keeping him in the

12  country because if he's deported to El Salvador, he will

13  shortly be killed.  But he's here freely and openly in

14  this country, using a work permit that the FBI got for

15  him.  That's the way the cooperation works.

16         When all of that was brought out in

17  cross-examination, Mr. Tierney got up on redirect and

18  tried to elicit from Mr. Guevara that indeed he was still

19  facing a life sentence.  And it was clear from the

20  expression on your faces that all of you knew that Tony

21  Guevara wasn't going back to jail.

22         So let's summarize.  Tony Guevara, what did he

23  get?  Well, the Phantom was convicted on one weapon count

24  after committing all of those crimes.  He was facing life

25  in prison.  He got a pass on years of hunting people and

3189

1    four attempted murders.  The Government agreed to his

2    release after a few short years in jail, facing

3    deportation when he is sentenced.  But that sentence date

4    has never, ever, ever been scheduled.

5         Rather, the FBI got him -- permission to get him

6    to work legally and promised to keep him in the country.

7    Promised no money for bail, and has no bail with respect

8    to the conditions.  That's the way the Government wanted

9    to open with their case.  Wanted to let you know what

10   cooperation is all about.

11        The next cooperator we had was Jimmy Sosa.  Sosa

12   was also known as "Junior."  Much like Guevara, he knew

13   very little about Mr. Martinez.

14        Before I move off of Mr. Guevara, you must

15   remember he also had no information about the murder of

16   Vanessa Torres, Nestor Moreno, or the murder of Baby Blue.

17   Sosa, like Guevara, knew very little about Martinez and

18   certainly didn't have any information regarding any of

19   those murders.

20        Sosa testified that he met Martinez on one

21   occasion and spoke to him over the telephone.  Like

22   Guevara, Sosa is facing life in prison, but we really know

23   what that means, don't we.

24        He did give us some rather interesting

25   information.  He made it clear that he would say anything

3190

1    during his plea allocution to get his cooperation, even if

2    he didn't agree with it.  He acknowledged that he's

3    capable of lying if it were in his interest and that he

4    could tell convincing lies.

5              For example, he lied to the FBI about Demente

6    and also lied to them about his own participation in

7    MS-13, and he lied to David Sandler.  He lied to David

8    Sandler and convinced him to come out so he could kill

9    him.  That's a pretty serious lie.  That's a pretty

10   accomplished liar.

11             He involved Demente in crimes that he didn't

12   even commit, so when he goes in to talk to the FBI, he's

13   telling the FBI his fellow gang member had did things that

14   he did not do.  That's what you will hear over and over

15   again:  gang members throwing other gang members under the

16   bus for things that he didn't even do.

17             And then, strikingly, he stated during his

18   guilty plea before Judge Bianco that when he participated

19   in the Sandler homicide, he got more respect.  But when he

20   was on the stand here in front of you, he denied that.

21   No, no, that didn't happen.

22             Both of those statements were made in this very

23   courtroom.  They can't both be true.  So he was either

24   lying to the Judge when he allocuted or he was lying to

25   you when he testified.  Either way, he's a liar.

3191

1    What did he say when he was questioned about

2    this, all of this, and his inconsistent statement to the

3    FBI?  Here's his explanation.  "But I had just been

4    brought into federal custody, so I was getting things back

5    into my memory at this point.  I wasn't totally sure about

6    the people."

7    What does that mean?  He's just at the FBI

8    talking about people, you know, pointing the finger at

9    people and doesn't know what he's talking about?  Very

10   simple.  He was trying to get his story straight, plain

11   and simple.

12   Sosa testified that members of MS-13 often

13   committed crimes that had nothing to do with the gang.  He

14   acknowledged that every crime that was committed, even if

15   you were with gang members, didn't necessarily mean you

16   were committing it to maintain or increase your position

17   with MS-13.  Those are very important themes throughout

18   this, because those are legal requirements.

19   So it's not necessarily true that just because

20   you are a gang member, that everything you do means you

21   are doing it for the gang somehow.

22   Finally, Sosa gave us some very interesting

23   testimony about sworn statements.  He testified that he

24   gave a statement in Suffolk County that wasn't explained

25   to him and he didn't understand it.  The Government

 1   adopted that theory, and during redirect got up and had

 2   Mr. Sosa explain, well, what happened?

 3           And he said, well, I didn't really speak

 4   English, and they had me sign this statement.  It wasn't

 5   really right.  The detectives took it down, and it was all

 6   wrong.

 7           A lot of statements had been made, a lot of

 8   them.  So remember that.  Remember that it's okay for the

 9   Government, when it is their witness, to assert to you

10   that some detective someplace took a statement, had a

11   person sign to it, swear to it, and then it just wasn't

12   true because it fits their theory of the case.  It meant

13   that that person was now telling the truth.

14           So what does Jimmy Sosa get.  Jimmy Sosa is

15   convicted of the homicide and attempted murder of Aaron

16   Galan.  With the issue of the 5K letter by the Government,

17   by these very prosecutors, the Judge will have the

18   discretion to sentence him to time served, even though

19   he's facing a mandatory life sentence.

20           He lied repeatedly to the agents without any

21   consequence whatsoever.  And despite the fact he's here

22   illegally -- he's here illegally, and he's deportable

23   because of not only his conviction in this case but

24   because of his conviction in state court -- the Government

25   is going to recommend that he get an S visa so he be

1  permitted to stay in this country.  And they are also

2  going to recommend that he be allowed to participate in

3  the witness security program.

4          Those two first cooperators, they gave us no

5  information at all with regard to the homicides at issue.

6          Then the Government called Carla Santos.  Carla

7  Santos was a significant cooperator for the Government.

8  You remember her.  She was here for days.  Her nickname

9  was La Mania, "the maniac," a name that she fully

10  embraced.

11          The Government spent $100,000 on Carla and

12  promised her that she would not be prosecuted for all

13  sorts of crimes, including attempted murder.  So how does

14  Carlos Santos really ring the bell here?  She spent years

15  committing crimes.

16          Not only does she not have to plead guilty to

17  the crimes, they put her in a hotel for month and months

18  and months on end.

19          Remember how she started her cross-examination:

20  A mother would do anything for her child.  That was her

21  attitude when I started to question her.  A mother would

22  do anything for her child.  That was a way of justifying

23  anything she had ever done.

24          Let's think about what she did for her child.

25          From the moment that little girl was born, she

3194

1    took her on all sorts of criminal ventures, drive-by

2    shootings.  She stored weapons in the very car where that

3    baby had her baby seat.  Stored weapons in the home that

4    that child shared with her grandmother, and stored those

5    weapons knowing they would be used in drive-by shootings.

6           Carla claims when she got a phone call, and she

7    had to help Cruzito, Zorro and Gringo; that she was

8    scared; she didn't know what was going on.

9           So what did she do?  She didn't call the police.

10   She put her baby in the car, as if the baby was somehow

11   going to protect her, and took the baby there.  When she

12   found out -- when these three men told her that they had

13   just participated in a double homicide, she testifies that

14   for days she drives around with them, with that baby in

15   the car.  A mother would do anything for her child.

16          In fact, she even gave her daughter a nickname,

17   Maniatico, "the little maniac."  Sure, she was mother of

18   the year.

19          Let's talk about the lies that Carla

20   acknowledged that she had told law enforcement over the

21   years before she decided to cooperate.

22          First, Carla Santos lied repeatedly to the FBI

23   when she first met with them.  She said she wanted to get

24   off the streets and have a better life for her daughter.

25   So when the FBI comes to question her, first she denies

3195

1    everything.  And finally they call her in, and she's there

2    for hours and hours and hours.  She doesn't say, you know,

3    suddenly the bell went off, or suddenly I had an epiphany.

4    She cracked.  She couldn't take it anymore.  It wasn't

5    because she wanted to do this -- she cracked.  I'm sure it

6    was the early morning hours, and she just cracked.

7          That's not somebody who wants to cooperate,

8    somebody who turns over a new leaf.  That is something

9    very, very different.  Just one example how she lied to

10   law enforcement.

11         She had a boyfriend named Sparky.  She let

12   Sparky borrow her car, knowing that it would be used in a

13   drive-by shooting.  What happened then, unfortunately,

14   Sparky, he got caught doing that.  And so where the police

15   found the car and came back to Carla, they came to her and

16   said, hey, what's going on with the car?  There was a

17   drive-by shooting.

18         You know what she said?  Oh, it must have been

19   stolen.  Immediately throws Sparky under the bus.

20   Immediately lied to the police.

21         There was another incident where you may

22   remember -- this was rather graphic.  She testified that

23   two people she knew came to her house in the middle of the

24   night, and they were covered in blood, having just

25   participated in a homicide.  One of them actually ended up

1    going to the hospital and somehow or another communicated

2    with the police he had been at her house.  Of course, the

3    police come to question her, and she lies about that, too.

4    She says there were a bunch of slobs at the beach, meaning

5    Bloods.  Just slobs at the beach.  It was my understanding

6    they attacked them first.

7            Carla Santos was and continues to be an

8    extremely manipulative woman.  Think about what she was

9    doing in the drive-by shooting.  At certain times Carla

10   Santos would be present in the neighborhood, but she

11   wouldn't be driving the getaway car.  They gave her a gun.

12   Carla, we found somebody.  Can you come with the gun, they

13   would say.  Other times, she was the actual getaway

14   driver, and on many of those occasions she had the baby in

15   the car.

16           She testified that she was so helpful on these

17   occasions because no one would suspect a woman.  She

18   thought that through.  She thought it through.  No one

19   would suspect me.  I'll be able to get away with it.

20           And to put the cherry on top of the cake, if I

21   had my baby in the car.  That's a manipulative, dangerous

22   individual.

23           There was a lot of testimony about when Carla

24   worked at a place called Things Remembered.  I'll not go

25   into a great amount of detail.  She worked there a great

3197

1    amount of time, and she was a trusted employees.  They

2    trusted her so much, they let her close the store, in

3    charge of making deposits.  Had done the receipts at the

4    end of the day.

5           And she committed so many frauds against them

6    that -- one of them was when she had her friend come, and

7    they faked this whole robbery.

8           So she first had to go to the security in the

9    mall and tell them about it.  And the patrol officer came

10   down, and she lied about it.  Came down and then told the

11   detective the whole crazy story what she did.  All of that

12   for $400.

13          Can you imagine the lies that Carla Santos would

14   tell people for $100,000?  It's not hard to imagine, is

15   it?

16          What was her rationale when I pressed her why

17   she did it?  She would simply say, I needed something.  I

18   needed to buy something for my child.  My baby needed

19   this, so I lied and I committed a crime, as if that made

20   it all okay.

21          Think about the timing of her cooperation.  She

22   said she was really upset about the arrest of Torres'

23   homicide, and after that she made this decision she was

24   going to cooperate.

25          But after those homicides, she continued to do

3198

1   drive-by shootings.  She got herself tattooed and

2   participated in a universal.

3          Does that sound like somebody who wanted to get

4   out of all this?

5          She only wanted to get out of the gang after she

6   spent years and years and years perfecting her ability to

7   lie to law enforcement and when she was finally threatened

8   with jail.  And what was she able to do?  Not only did she

9   manage to keep herself out of jail, she managed to never

10  get herself charged with a crime.  That's talent.  That's

11  real talent.

12         Let's take a look at some of the crimes she got

13  a pass on.  Crimes where people at the table had promised

14  her she'll never be prosecuted for:

15         Racketeering; racketeering conspiracy; murder;

16  murder conspiracy; numerous counts of attempted murder;

17  participating in multiple drive-by shootings; lending her

18  car to MS-13 members with knowledge it would be used in

19  drive-by shooting; selling cocaine; selling marijuana;

20  storing weapons for gang members in her home and in her

21  car; numerous occasions of being an accessory after the

22  fact in murders; obstruction of justice on both the state

23  and federal level; dealing in counterfeit money and

24  endangering the welfare of a child.

25         For that, $100,000 was spent on her.  She was

3199

1    placed in witness security.  A new home was found for her,

2    and she got a new car.  To this day, she receives a

3    tax-free monthly check of $1,435.

4              What is most interesting about that is that when

5    Carla Santos was held up in a hotel that the taxpayers

6    were paying for, she was also taking her baby to the

7    Queens jail where she was visiting a gang member.  This is

8    after she is cooperating.  So they have her in a hotel,

9    they are paying for her food, they are paying for her

10   expenses because she is in so much danger, and going to

11   the Queens jail and visiting a gang member with her

12   daughter.

13             And she openly acknowledged to you there was a

14   significant possibility that each and every time that she

15   did that, that she was either going to run into other gang

16   members at that jail or family members visiting gang

17   members that were incarcerated.  What a scam.

18             What did Carla Santos add to the Government's

19   case?  Not really much.

20             With regard to the Argueta and Torres homicide,

21   here's her testimony when it comes to Mr. Martinez.

22             She testified that she heard, quote, parts,

23   unquote, of a conversation.  When asked directly:  What

24   did Boxer say?  What did Mr. Martinez say?  She said:  He

25   just told them to fix it.  Do what you have to do.

3200

1      There was not a single follow-up question on

2  that, not one.  Not one of these prosecutors said to her,

3  Ms. Santos, what did you understand that to mean?  You've

4  been a part of MS-13 for so long, what did it mean when

5  Mr. Martinez said, fix it, do what you have to do?  No

6  follow-up whatsoever.

7      And then there's a question as to why?  We'll

8  keep coming back to this.  Why?  It's not that the Argueta

9  and Torres homicides didn't happen.  But why?

10     On cross-examination, Carla Santos testified

11 that she overheard Cruzito speaking to the girlfriend,

12 Jennifer.  And he did it for her, not MS-13.  He did it

13 for her.

14     Here's a question and answer period from

15 Ms. Santos.

16     Question:  Was it your understanding that

17 Cruzito had done it for Jennifer because Vanessa had sent

18 people to Cruzito's house on two occasions to beat him up?

19     Answer:  Yes.

20     Question:  And did you tell the agents in this

21 case that Zorro made the plan for Cruzito to kill Vanessa?

22     Answer:  Yes.

23     Question:  And did either Zorro or Gringo tell

24 you that they participated in those homicides for Cruzito?

25     Answer:  Yes.

3201

1        Now, none of that, none of that testimony from

2   Ms. Santos, gives you any indication those homicides had

3   anything to do with increasing or maintaining

4   Mr. Martinez's position within the MS-13.  That's a

5   crucial element.  The Judge will instruct you on that.

6        And Ms. Capwell showed you some charts this

7   morning with telephone numbers on them.  She indicated

8   that she wasn't permitted earlier to have the names on

9   them.  That's because that's their theory of the case, and

10  that was the Judge's ruling; not because anyone wanted to

11  withhold anything.

12        What is interesting is that the phone charts,

13  where the phone calls are going back to everybody, and

14  Carla Santos is driving everybody around and harboring

15  people, never heard from her.  Why aren't they on those

16  charts?  They had the phone numbers.  Where are all of

17  their phone numbers to these folks?

18        THE COURT:  Ms.  Macedonio, do you want to break

19  now?

20        MS. MACEDONIO:  Sure.

21        THE COURT:  Ladies and gentlemen, we'll recess

22  until 2 o'clock.  Don't discuss the case.

23        (Recess taken.)

24

25

3202

1

2            A F T E R N O O N   S E S S I O N

3            THE COURT:  Please be seated.

4            Seat the jury.

5            (Continued by Ms. Macedonio.)

6            MS. MACEDONIO:  Good afternoon, your Honor.

7            So when we broke for lunch, I had just sort of

8     concluded my comments with regard to Carla Santos and the

9     Argueta-Torres homicides.  And she is the only witness

10    that indicated that Mr. Martinez had any knowledge about

11    the homicides before they occurred, and essentially she

12    says nothing about them.

13            And then with regard to why they occurred,

14    there's a whole number of reasons that she comes up with,

15    none of which is for Mr. Martinez to maintain her

16    increasing position within MS-13.

17            So I'm going to turn now to what Ms. Santos said

18    about the Nestor Moreno homicide, "the boxer."  She's

19    testifying about all of this stuff from other people.  Not

20    present at the scene, so she has very limited information.

21            What she says about the Nestor Moreno homicide,

22    Boxer was pissed off because he was pepper-sprayed in the

23    face.  Well, clearly, this provides an alternative motive

24    having nothing to do with MS-13.  Of course, you have to

25    credit her testimony to begin with.  But assuming that for

3203

1  some reason you decide to do that, that's what she gives

2  you, and that's it, a purely personal motive.

3        With regard to the Baby Blue-Arguetta homicide,

4  Carla testifies that after the homicide occurred, she went

5  to a universal.  And the reason for the universal was to

6  figure out who was going to get green-lighted for Baby

7  Blue's murder.  So, clearly, the Baby Blue homicide wasn't

8  sanctioned.

9        Now, if you want to increase or maintain your

10  position within MS-13, you are not going to do something

11  to get yourself green-lighted.  You will not just do that.

12  It makes absolutely no sense.

13        Here's what she said:

14        Now, the universal you attended, you testified

15  part of the issue or the agenda there was to see who was

16  going to get green-lighted because of Baby Blue's murder,

17  right?

18        Answer:  Yes.

19        Question:  That's because Baby Blue's murder

20  wasn't sanctioned; is that correct?

21        Answer:  Yes.

22        And that's what Carla Santos gives us.  She's

23  not present with any of them.  She just gives you what she

24  heard along the way.  And with each one of them, with each

25  one of those incidents, she provides alternative

OWEN WICKER, RPR
OFFICIAL COURT REPORTER

3204

1    reasonings, or the "why" that I keep referring to.

2          I don't want you to sort of disregard that

3    because, again, as the Judge will instruct you, it's an

4    element of the offense that each and every one of you must

5    find beyond a reasonable doubt.

6          The next witness that you heard from, next

7    cooperating witness that you heard from, I should say, was

8    Joel Calderon, also known as "Gasparin."  Gasparin lied to

9    the Government lawyers and agents for months, months on

10   end.  He convinced them he was not a member and only an

11   associate.

12         When he was questioned on cross-examination

13   about that -- he was questioned repeatedly, and he was

14   saying, it was my duty.  It was my duty to say that.

15         What does that mean?

16         He's meeting with the agents.  He's meeting with

17   the lawyers for the Government.  He's supposed to be

18   cooperating, and he's saying it was his duty to lie to

19   them.  He lied so much to them that when he had his

20   cooperation agreement drafted, he even had them insert "or

21   associate."

22         So where it normally reads he's going to plead

23   guilty to being a member of MS-13, he has an insert for

24   "associate."  He's insisting all along, I'm not a member.

25         There's a reason for that, right?  They want to

3205

1   tell them what they think they need to hear to be able to

2   get their 5K letter.  On the other hand, they don't want

3   to admit everything.  And so when they are coming in front

4   of the judge who will sentence them, they want to sort of

5   back off a little bit, even if, in the end, it doesn't

6   make sense.  They just can't acknowledge their own

7   participation.

8           So Gasparin spends months and months and months

9   saying, I'm not a member.  I'm just an associate.  And

10  they alter his agreement to reflect that because they

11  believe him.

12          So he signs the cooperation agreement, comes

13  here to plead guilty, and the first things he tells Judge

14  Bianco:  I was associated with MS-13.  I wasn't a member.

15  First thing, right out of the box, lies to the Judge.

16          He violated his cooperation agreement again and

17  again and again.  He's smoking marijuana in prison, lying

18  to the agents, and there is absolutely no reason for you

19  to believe that he was under any threat of having the

20  cooperation agreement violated.

21          These folks are lying to them, and they are just

22  accepting them.  They are accepting it because they have a

23  story.  They have a theme, and they are running with it no

24  matter what the fault.  Doesn't matter if they've given a

25  woman 100,000 on a pattern of all sorts of crimes.  They

3206

1   are going with a theory no matter what.

2          Gasparin was captured, if you remember, by ICE

3   in Texas.  After he spent a few months in jail, he was

4   released.  He promised that judge he would come back to

5   court.  He had no intention of coming back.  He wasn't

6   here legally.

7          In that case when he lied to that judge, he had

8   the same exact incentive to lie to this judge and to lie

9   to you.  Because if he doesn't, then he will get deported.

10  It's the same thing over and over and over again.

11         Let's talk a little bit about what Gasparin says

12  about the homicide in this case.

13         With regard to Argueta-Torres murders, Gasparin

14  says he and other people picked up Gringo, Zorro and

15  Cruzito and that they took them to an abandoned apartment

16  where they stayed, and that they then again picked them up

17  later the next day.

18         Ms. Capwell completely ignores that during her

19  summation.  Instead, she went with Carla.  Carla picked

20  them up, took them to the hotel, took them to the Bronx.

21  Carla, Carla, Carla.  You have a story, you have to run

22  with it.  She has a hotel receipt.

23         Well, there are other cooperators saying they

24  stayed in an abandoned apartment.  Why would they stay in

25  a hotel?  Make any sense to you?

3207

1           He also contradicted Carla when she talked about

2    her pending membership, her presence at universal.  He

3    specifically testified:  Females can't be members.

4    Females can't be members of MS-13, and nonmembers are not

5    allowed at clique meetings or universals.

6           It's just another layer of the inconsistency of

7    the testimony.  Make no doubt about it, you can't convict

8    either one of these two men of anything unless you believe

9    the cooperators.  But the cooperators consistently are

10   inconsistent with what they say about the crime scene.

11          With regard to the Moreno murder, the reason he

12   gives for Mr. Martinez not going into the bar with him and

13   Demente and Carlito, he says that the reason for that is

14   because Mr. Martinez says that he can't go into the bar

15   because he will be recognized.

16          Well, if you remember the testimony, it is

17   Gasparin that would have been more likely to be

18   recognized, because at least in some of the testimony --

19   and there's some conflicting testimony with regard to it,

20   but the testimony is that Princessa was going to pay for

21   the beer.  They realized  Princessa left the bar.  They

22   were gone.

23          Gasparin is outside.  Gasparin, who Moreno grabs

24   and throws on the ground.  It's Gasparin who is having all

25   the problems with the bouncer it is Martinez who comes to

3208

1    his rescue, if you believe all this testimony.

2            So it doesn't make any sense that the reason why

3    Mr. Martinez stays in the car and Gasparin goes, it's the

4    only one he recognizes.  That doesn't make any sense at

5    all.  Gasparin had at least as much of a motive to want to

6    kill Moreno.

7            And then there's another contradiction.

8    Gasparin, the waitress who testified and the bartender who

9    testified in this case all contradict Carla once again.

10   Carla says that she learned that everybody was thrown out

11   of the bar because they were gang members and therefore

12   not welcome in the bar.  For everybody else, there was a

13   problem with Princessa.

14           So, again, you've seen the pictures.  Clearly

15   killed.  The question is, why and by whom?

16           Can you trust the evidence that the Government

17   gives to you?

18           Now, with regard to the Baby Blue murder, he

19   lies about that again.  It's not really a surprise.  First

20   he gave inconsistent statements about his presence at a

21   meeting that took place before Baby Blue.  He says during

22   his profferers that he was required to leave that meeting.

23   And this was all part of the:  I'm not a member of the

24   MS-13.  I couldn't stay.  They discussed it.  I didn't

25   know anything about it.

1    Then he says in cross, everyone was in the

2    apartment at 9 o'clock, and they didn't go out until

3    allegedly when he testified.

4        If they all went to the apartment at 9 o'clock,

5    why isn't there a video of everybody going in?  We didn't

6    see that.  We didn't see the individual pictures of people

7    going in.  If there is this test-drive of Baby Blue, where

8    is the video of that?  Where is the video of the folks

9    coming out of the apartment?

10    Apparently, if you believe this, they are

11    upstairs having this meeting.  People say he has one more

12    chance, one more chance and that's it, and then they go

13    down.

14    In fact, Baby Blue is supposed to be there.

15    He's at the meeting, supposedly.  They say he's hiding out

16    in the bathroom, making phone calls in the bathroom.

17    Wouldn't that be great evidence for the Government, seeing

18    him coming down?  We have folks coming back, allegedly,

19    from the train station and folks later leaving, but no

20    Baby Blue.

21    Gasparin told the assistants in this case during

22    the proffers that Payaso told him, that Payaso told him

23    that Demente went to the beach and that Demente stabbed

24    Baby Blue.  And Demente told him, die, die, as he stabbed

25    Baby Blue.

3210

1          But Gasparin testified that Demente couldn't

2    have done that because Demente didn't go to the beach.

3          So which one is it?

4          You know, this is a difficult situation, that

5    there are so many inconsistencies.  And I don't want to

6    sound like I'm droning on and on -- and it is hot in this

7    room today.  It's almost unbearable -- but I have an

8    obligation to bring all this stuff out to make sure you

9    understand what the inconsistencies are, as tedious as it

10   is.

11         So those are the inconsistencies in Gasparin's

12   testimony as compared with Carla, and what he tells the

13   agents and what he tells Judge Bianco.  He clearly has no

14   problem implicating Demente in a murder that he knows he

15   didn't commit.

16         Why do you think he has any problem of

17   implicating these defendants of the same thing?

18         What did Joel Calderon, or Gasparin, get?

19         He has been convicted of the Nestor Moreno

20   homicide.  With the issuance of a 5K letter by the

21   Government, the Judge will have the discretion to sentence

22   him to time served, even though he's now facing a

23   mandatory life sentence.  He lied repeatedly to the agents

24   without consequence.  So this whole nonsense about "I have

25   to tell the truth" is just that:  nonsense.

3211

1              He's not been prosecuted for numerous assaults

2    and numerous gang related crimes of violence committed in

3    custody.  Despite the fact he's here illegally and has an

4    outstanding order of deportation, the Government is

5    recommending that he will stay in this country and also

6    will recommend that he be able to participate in the

7    witness security.

8              That brings us to Carlos Martinez.

9              Martinez told you that in preparation for his

10   testimony here, that he met with the Government on

11   numerous occasions for several hours.  He was told he had

12   an obligation to tell the truth, and he was not to commit

13   any new crimes.

14             Well, after he signed his cooperation agreement,

15   Mr. Martinez went back to the jail, smoked marijuana every

16   day.  Stored it in his locker.  Distributed it.  Had the

17   guards bringing it in, and he claims he never got caught.

18             Imagine this?  He's in a prison, never got

19   caught because he smoked it in a closet.

20             You're all grownups.  You can imagine.  It's a

21   closed facility.  A, how did he have access to a closet,

22   and B, the smell of marijuana is something you cannot see,

23   particularly in a closed environment.  I have no doubt

24   that he's smoking marijuana in the prison, but he figured

25   out a way to manipulate the system, figured out a way

3212

1    around out.

2          He had possession of tattoo equipment and MP3

3    players, and he said somebody was setting him up.  Before

4    he went to jail, he says he didn't have a tattoo because

5    he wasn't old enough to get one.  Doesn't mean that he

6    didn't go to any R-rated movies, either, but certainly

7    went around Queens trying to kill people.

8          He's constantly having fights in jail,

9    constantly assaulting people, and this he claims because

10   people are disrespecting him.  He has absolutely no fear

11   of losing his cooperation agreement despite the fact that

12   you've been told that he faces a mandatory life sentence.

13         You learned a little bit about Carlos Martinez's

14   background.  He's essentially just a punk.  He came here

15   after a life of crime in El Salvador.

16         The highlights of those crimes were he hunted

17   down his own grandfather, and the final act was he was

18   upset with someone, so a group of people went to this

19   individual and banged him repeatedly over the head with a

20   bat and left him for dead.

21         Now I have to leave El Salvador because my life

22   is in danger, and MS-13 will kill me.

23         He's fortunate enough to be able to come to this

24   country illegally.  Their family gets him in.  He availed

25   himself of everything this country had to offer.  Goes to

3213

1   school for free, and what does he do?  Joins MS-13 as

2   quickly as he can.

3           He was a good member.  He rose quickly.  Became

4   the treasurer.  Going to universals.  All of this after he

5   was out on bail in a drug case in Queens County.

6           What did he say about that drug case?  Well, he

7   really tried to back away from that, so let's tell him as

8   much as he needs to know, or we'll deny him what they

9   don't need to know.

10          He testified that in December, at 7 o'clock in

11  the morning, when the agents knocked the door down looking

12  for somebody else, 40 glassines of cocaine flew out the

13  window.  Happened to be on the ledge, and they flew out.

14          Really?  That's what he told you.

15          And of course the machete and bat went out too.

16          Then he went to the 101 Precinct, and he just

17  lied to everybody there what is going on.

18          They let him out on bail, and he continues to

19  commit crimes.  Continues to lie, lying to everybody.  And

20  then he gets arrested in this case, and he lies to them at

21  first, too.

22          So what does he add?  With respect to the

23  Argueta and Torres homicides, he adds nothing.  He tells

24  you they had been killed because some guys that showed up

25  at Cruzito's house went to kill him.  He has nothing to do

3214

1    with it. Certainly doesn't state that it was done to

2    increase or maintain anyone's position in MS-13.

3            With regard to the Nestor Moreno homicide,

4    again, it is the "why" question.  Why?  Why was Nestor

5    Moreno killed?  Why?

6            He talks about the fight with Princessa, that

7    she had left.  He doesn't agree with Carla's version of

8    the events that he was kicked out for being gangsters.

9            No, the testimony in this case has been that

10   Boxer sits in the car, and he insists that it gets done.

11   But there was never any testimony in this case that

12   Mr. Martinez wasn't a hands-on person.  I mean, if this

13   was his vendetta, if this is what he wanted done, if he

14   wanted to be pepper-sprayed in the face, why didn't he get

15   out of the car?

16           They didn't want to be recognized.  Really?

17           When you think about it, Gasparin had an equal

18   if not stronger motive than Mr. Martinez.  And when you

19   are listening to the Judge's instruction -- and they are

20   very lengthy.  It will be hard to focus on them.  I'm

21   asking you with regard to this particular homicide to pay

22   particular attention to the multiple conspiracy count.

23           With regard to the Baby Blue homicide, again,

24   you heard a great deal about the videotape.  He, too, lied

25   to the agents, repeatedly, whether or not he was a member

3215

1   of La Mara and whether he was in the room when he

2   discussed this.  In fact, he signed a sworn statement

3   saying that he wasn't.

4            Then he also testified about something very

5   interesting.  He testified that after things had gone bad

6   on the beach, that he called Smoky.  And he's trying to

7   explain to Smoky what happened, because it is his

8   understanding that Smoky authorized all of this.

9            And Smoky tells him, I don't know what you are

10  talking about.  What are you talking about?  And he hangs

11  up the phone on him.

12           So it is clear from that testimony, again, if

13  you are to credit it -- and all of this is interlayered

14  with inconsistency, so you have to sort whether you will

15  credit some of it, none of it, all of it.  That's your

16  job.  My job is to point out the inconsistencies.

17           From what Martinez testifies about, Carlita

18  testifies about Smoky's understanding clearly indicates it

19  wasn't sanctioned, there was another purpose or theory

20  here, and therefore it wasn't in furtherance of

21  maintaining or increasing anyone's position in the MS-13.

22           Finally, Carla says that he went to the beach

23  with his mother and saw the detectives carrying a yellow

24  envelope, and you can see the handle of the machete

25  sticking out the top of the envelope.  That is contrary to

3216

1    what the detective told you.

2            The detective tells you that he sees that

3    machete, sees it in the water, marks it, photographs it.

4    The only detective in this whole case who is able to take

5    a picture or make a recording was him.  And he gets it,

6    puts it in the field envelope and covers it.

7            This is kind of an example when you go a little

8    too far.  Martinez went a little too far.  Yes, he saw the

9    machete sticking out of the envelope.  That will get him.

10   Never anticipates that a detective would say something

11   contrary to that.

12           So what does Carlos Martinez, or Carlito, get as

13   far as his benefits in the case?  He's convicted of the

14   murder of Nestor Moreno and conspiracy to murder Quijada.

15   He will get time served, perhaps, even though he's serving

16   a mandatory life sentence.  Smoked Martinez while in

17   custody.  Committed numerous, various crimes.  And

18   cooperation in this agreement was never even called into

19   question, never mind voided.

20           He lied repeatedly to the agents without

21   consequence.  He was not prosecuted for numerous assaults

22   and gang-related violence.  Not prosecuted for multiple

23   murder conspiracy.  Not prosecuted for crimes while he was

24   in custody.  Not prosecuted for obstruction of justice.

25   His drug case in Queens County seems to have been

3217

1    suspended due to his federal cooperation.  And once again

2    the Government is recommending that he get an S visa to

3    stay in this country and be able to participate in the

4    witness security program.

5           Those are the only three cooperators, Carla

6    Santos, Gasparin and Carlitos, who offered you any

7    information about the homicide case.  Each one is an

8    accomplished liar.  Each one of them handles the most

9    powerful thing on the line:  to lie to you all.  And each

10   one of those people you must rely upon in order to convict

11   Mr. Martinez.

12          Now, Judge Bianco will instruct you about what

13   reasonable doubt is, and I suspect he will say something

14   along the lines of this.  Reasonable doubt causes a person

15   to hesitate to act in a matter of importance in his or her

16   personal life.

17          In this case, in order to convict Mr. Martinez,

18   you have to rely upon the testimony of cooperators who

19   have every incentive to lie to you.  So ask yourself this

20   question:  Knowing what you know about these people, if

21   they knocked on your door and asked you to rely on them,

22   would you trust them or would you hesitate?

23          I suggest that not only would you hesitate, you

24   would shut the door in their face.  And it wouldn't have

25   to be a matter of importance to you.

3218

1          I'm going to move now into the testimony of some

2     other folks.  And we'll talk about the night of the

3     arrest, the night on the beach, which would be the 17th of

4     March of 2010.

5          The first officer arriving at the scene was that

6     very tall gentleman, Police Officer Salkey.  And he

7     arrives in uniform, Mr. Martinez walks off the beach when

8     he sees him.  He doesn't run away.  Walks right off the

9     beach seeing his police car right there.

10          Salkey had Mr. Martinez and Marroquin get into

11    the car so he could get back to the beach to see where the

12    others ran off to.  When he gets back, he tells them to

13    get out of the car, lie face down.  He doesn't check the

14    ground first, so we don't know whether there is blood on

15    the ground.

16          There is no mention seeing blood on the

17    defendant's jeans or boots before that.  He says that he

18    saw blood on Mr. Martinez's hands on the scene, but there

19    are no photos taken of that.  Even with a cell phone, no

20    photos are taken.  Nothing to preserve what he saw on

21    Mr. Martinez's hands.  And not one, not one of the

22    numerous detectives who interviewed Mr. Martinez, said

23    anything about seeing blood on his hands.

24          Now, it's a different story, because with

25    Marroquin, with Marroquin, there are photos taken of his

3219

1    hands.  Somebody sees it, and they take pictures of his

2    front, back, side.  And if there were blood on

3    Mr. Martinez's hands, presumably somebody would have done

4    that.

5              Then there was a CSU forensic investigator,

6    Detective Mulvaney, and he testified with respect to his

7    investigation of Michichi's car.  He testified that he

8    took photos of everything, that he swabbed everything and

9    that he took numerous swabs, and was paying very close

10   attention to all sorts of issues with regard to

11   cross-contamination.  And there was no blood found

12   anywhere.  There was no blood found anywhere in that car.

13             Detective Broderick is the detective I have

14   mentioned before is the person who found the machete and

15   takes a picture by the cell phone but does that after

16   hours when the tide came out.  He placed the machete in a

17   large paper bag, and the knife was entirely enclosed

18   within the paper bag, which contradicts Carlito's

19   testimony.

20             They take Martinez back to the precinct, and the

21   the Detective Gilday comes essentially says the bandana,

22   the hat, the jeans, the shoes, throw everything in the

23   bag.

24             You heard Emily Head -- she was the DNA expert:

25   We have absolutely no idea where any of this comes from.

3220

1          So it could have been on one thing, another.

2    Could have been when they put them on the ground outside

3    the car.  Nobody knows where it comes from.

4          And essentially what Emily had testified to is

5    that the packaging of the boots and the jeans together was

6    improper because it could result in cross-contamination.

7    She testifies transfer of DNA can happen in many ways,

8    primary and secondary.  Could have been on the sneaker or

9    bottom of the shoe.  Could have been on the ground.  Could

10   have been on a boot or jean.  Could have been splattered

11   through the air.  You probably remember that testimony.

12         But given the way that the evidence was

13   maintained in this case, where the evidence was collected

14   in this case and the limited amount of DNA that she found,

15   that was found on Mr. Martinez's clothing, there's just no

16   way to tell where it came from.  Just no way.

17         Let's talk a little bit about the statement that

18   was made, allegedly.

19         Detective Cintron was the first person who spoke

20   to Mr. Martinez at the 101 Precinct, but he didn't testify

21   here.  We read a stipulation.  Detective Cintron and

22   Detective Ferrufino are the New York state police officers

23   who get the statement from Mr. Martinez with regard to the

24   Baby Blue homicide.

25         Then there's DePietro and Aponte, who get a

1    statement from Mr. Martinez with regard to the murder of

2    Nestor Moreno.

3           And ultimately, Detective Ralph Rivera, who gets

4    the statement from Mr. Martinez with regard to the

5    Argueta-Torres homicide.

6           Here's what we learned.  Defendant went to work

7    at 7 o'clock on March 16, 2010.  He was arrested shortly

8    after midnight.  He was smoking marijuana and was drinking

9    the night before.

10          7 o'clock in the morning on March 16th, they

11   start questioning him.  He's already been up for 24 hours.

12   They don't conclude their interrogation until 5 o'clock in

13   the morning on March 18th.

14          Now, we don't know who had contact with

15   Mr. Martinez at every point of those hours.  Obviously, he

16   was arrested at the scene, brought in, processed,

17   photographed.  People taking clothing.  People were taking

18   statements.  And they go on for hours and hours and hours.

19   You heard the testimony.  It wasn't where they say, what

20   happened, and they take a statement.  They were in there

21   for hours interrogating.

22          Not one of the law enforcement officers that

23   interrogated him for all of those hours, not one of them,

24   would acknowledge to you that they said anything to induce

25   him.

3222

1    Now, when you take a look at Cintron's

2  statement, the statement that Cintron got, and see how the

3  statements develop over the course of the night, that

4  doesn't make any sense.  In fact, they tell you that from

5  7 o'clock in the morning on March 17th until 5 o'clock in

6  the morning on March 18th, he never yawned, never asked to

7  go to the bathroom, never appeared as if he was tired.

8  Never, ever, ever once even indicated:  What am I getting

9  out of this?  I've been talking to you guys all day long,

10  for God's sake.  Can I have a sandwich?  They wouldn't

11  even acknowledge they somehow induced him.

12    Look at the progression of the statement.  In

13  Ferrufino's testimony, he sort of slipped.  When he got to

14  the 101 Precinct after Cintron had already taken a

15  statement, he's adamant.  He doesn't induce Martinez in

16  any way but also indicates he was speaking to Martinez or

17  Little Lonely.  He was careful not to say that about

18  Martinez, but it slips out when he speaks about someone

19  else.  Yeah, I got him to make a statement.

20    People don't operate that way.  Nobody spends

21  24 hours talking about this without thinking:  What am I

22  getting into?  Are you going to take my family?  Are you

23  going to charge me?

24    Doesn't happen.  It's illogical.

25    Of course, we have no audio, no video.  Why?

3223

1    Oh, it's not policy.  It wasn't policy to take video or

2    audio off site.

3              If you were in Nassau County or Suffolk

4    County -- and it's the policy of the Queens DA's office,

5    but we have no audio or video, none.  And he's there for

6    24 hours being questioned.

7              And then you had Agent Heslin, H-E-S-L-I-N.

8    He's the FBI agent who comes in, and he's very

9    professional.  Comes in.  Big guy up there.  And I picked

10   him up at Rikers Island, and he made a statement.  Great.

11             Then what happened, Agent?

12             He's confessing and giving him all this good

13   stuff.  I had to rush him over to arraignment.

14             They didn't need to do that.

15             Then what did agent Heslin do?  Messes up all

16   his dates on the 302.  Beautiful.

17             And who is better than case Agent Tariche?  You

18   would have thought he was never allowed to curse before.

19   There was some great stuff.

20             The statements aren't reliable.  It is clear

21   they said something to him.  The question to you is:  Why

22   won't they just acknowledge it?  If that's the way it

23   happens, why don't they just acknowledge it to you?

24             It implies there is something wrong.  There's

25   something wrong.

3224

1          And you've already heard testimony that the

2   Government adopted from Sosa, that he signed the statement

3   that he didn't want out.  That was okay.

4          Then there was Jose Avila.  He talked about

5   Argueta and Torres, and he signed a statement.  He just

6   didn't understand.  You have these statements, but they

7   are really suspect.  They are really suspect.

8          We also had a lot of phone records.  And there

9   were pretty charts, color-coded charts, with regard to

10  phone records.  But what is interesting, it was never at

11  issue in this case that these people knew each other.  No

12  one ever denied they knew each other, so this whole idea

13  they are calling one another, it really doesn't get you

14  anywhere.

15         And the phone records can't tell you who is

16  holding the phone, they can't tell you who is on the

17  phone, and they can't tell you the content of the phone

18  call.  So just the connection, an undisputed connection,

19  really isn't helpful to you in your deliberations.

20         With regard to the cell site information, you

21  heard their expert when he was on the stand.  He had a

22  laundry list of things that could cause a phone call to

23  ping off a tower not close to it.  And at the end, you

24  could be two and a half miles away.  Can you be in the

25  area?  Sure you can, but it doesn't mean that's what is

3225

1   going on if you are right there.

2          He testified to things like the weather, wind,

3   water, what kind of phone you will use, what kind of cell

4   tower.  All of those things can affect where a cell pings

5   off of when it is trying to make a call.

6          All of those things, DNA evidence, statements,

7   cell tower evidence, when it comes down to it, you still

8   have to rely on the cooperators.  No question about it.

9          Finally, there was Charles Hopkins.  He kind of

10  reminded me of Mr. Magoo, that kind of face.  He had no

11  special education, no special training from anybody with

12  any special organization.  Claims he belongs to AFTE, but

13  he never went to meetings, never published an article,

14  never held an office, never certified.

15         He was from the old school, stuck in his ways.

16  Even though the National Academy of Science released a

17  report the mere theory is to prove the uniqueness and

18  criticized the standards list and reliability that Hopkins

19  employed, he wouldn't budge.

20         At some point, everybody thought the world was

21  flat, and that was proven wrong.  What the National

22  Academy of Science is saying, hey, the standard you guys

23  are employing to call it a match is very subjective, which

24  can change from you to you to you to you, depending what

25  your parameters are.

3226

1          There were numerous inconsistencies.  Talked

2     about the firing pin being circular when it is in fact not

3     possible.  And when he tried to get around that, he was

4     again talking about the subjective nature.  He said, well,

5     one could view it that way.

6          He said the extractor marking on the casings

7     could identify the casing that is coming from the gun, but

8     in their report -- and we're talking about the silver gun

9     he used in the same three homicides.  In his report, there

10    is actually a spot for that.  Is there extractor marks?

11    It wasn't in any of his reports.

12         He finds a match between the casings from Nassau

13    and the casings from Suffolk.  He is saying casings match,

14    so it has to be the same.  But the bullet doesn't match.

15    The bullet measurement eliminates this from coming from

16    this gun.  The bullet measurements are objective, not

17    subjective.  He tried to explain his way.

18         I'm sure you remember Mr. Levine went into great

19    detail about the measurements that Nassau County made that

20    were off.  He tried to explain it away.  Well, a

21    thousandth of an inch.  But an inch is an inch is an inch.

22         When you are walking around your house and you

23    have a ruler and you are measuring something, you don't

24    take three other rulers out to make sure it is right.  We

25    are talking about people who are supposed to be

3227

1    scientifically trained, trained to measure in thousandths

2    of an inch.

3           He made no effort to remeasure the bullet, and

4    he certainly acknowledged the difference in the

5    measurements were too big to put into that analysis.  So

6    his analysis is simply unreliable.

7           Yeah, you can see through there.  It follows

8    through from one slide to the other.  But when you follow

9    down the slide, one thing doesn't conduct to the other.

10   It was visible.

11          So the analysis that it is definitely the same

12   gun, identical, doesn't work in this case.

13          This isn't a case of about not -- this isn't a

14   case about just what happened, right?  We've acknowledged

15   that.  This is a case about why it happened.

16          You need to keep in mind that having brought the

17   charges the way they did, this is not the time to give the

18   Government a break for having a weak case.  It's not the

19   time to give them a break for having to rely on violent

20   criminals, for having to rely upon guilt, and not the time

21   to give testimony a break where the Government bought and

22   paid for.  Make no mistake here.  There can only be a

23   verdict of not guilty here unless you are willing to

24   completely credit the testimony of the cooperators in this

25   case.

3228

1    Pay careful attention when the Judge charges you

2    on the law, particularly with the elements of the offense,

3    multiple conspiracies.  Strict scrutiny.  And you must

4    consider individually and separately each count as to each

5    defendant.

6    This is, I believe, what part of the charge will

7    be with regard to maintaining and increasing one's

8    position within MS-13.  This is what I've really been

9    harping on throughout my summations.

10    Among other things that the Government must

11    prove, the evidence must establish beyond a reasonable

12    doubt that a defendant's purpose in committing the crime

13    was to maintain or increase his position in the

14    enterprise.  A defendant cannot be convicted for acting to

15    improve or maintain someone else's position in the

16    enterprise, and random acts of violence are not enough.

17    As I said to you when I started this afternoon,

18    I think this has been a difficult case to be part of.  But

19    you can't use that as a reason to neglect your duties.

20    With regard to each of the charged murders,

21    there is abundant reasonable doubt that the crimes were

22    not committed as a pattern of racketeering or to increase

23    the position with MS-13.

24    You will have access to all of the testimony.

25    You will be able to have anything you want read back.

3229

1   It's imperative that you do so.  Doing anything less would

2   mean that you would be giving up the oath that you gave

3   when you started in this case.

4           You have some really tough decisions to make,

5   and they are not popular ones, but the decision I'm asking

6   you to make is legally sound.  The Government has failed

7   to establish the crimes charged were committed by

8   Mr. Martinez and that they were committed by Mr. Martinez

9   for the purpose of maintaining or increasing his position

10  in the MS-13.  And since they have failed to establish

11  those elements, the only true verdict is one of not

12  guilty.

13          Once again I thank you very much for your

14  attention.  I know it is very hot in here, and I'm sorry

15  for talking so long.

16          THE COURT:  Members of the jury, we'll take a

17  break now so we will not have to interrupt the next

18  summation.  We'll take a ten-minute break now.  Don't

19  discuss the case.

20          (Continued on the following page.)

21

22

23

24

25

Summation/Rantala

3230

1

2                  (The jury enters the courtroom.)

3          THE COURT:  Please be seated.

4          I know it's really hot in here.  We called first

5  thing in the morning, we knew, and we have been working on

6  it.  I'm told they are blowing cold air into the room and

7  we have opened that door as well to try to help.  I hope

8  we can make it through the end of the day.

9                  You will now hear counsel for Mr. Ortega.

10                 MS. RANTALA:  Thank you, your Honor.

11                 We are almost done, thankfully.

12                 This case is really simple.  The government

13  tried to create quite the picture collage for you using a

14  false confession pried right out of Carlos Ortega without

15  so much as a reporting with either a video or an audio,

16  using testimony from cooperators who are desperate to stay

17  out of prison or to lessen their sentences.  That's what

18  this case is about.

19                 I just wanted to cover a couple of the items

20  that the government brought up in their closing summation

21  just to clarify a little bit.

22                 The government's case is not overwhelming and

23  it's not airtight.  Nothing is that overwhelming or

24  airtight.  There are so many different gaps in this case.

25                 The snitch issue, Calderon, had no idea who said

3231

1    that there is more than one case going on in this

2    courthouse.  He basically said he doesn't know.  He

3    doesn't know.

4            Tattoos on the defendant.  How many did he have

5    when he got arrested on March 26th of last year?  Zero.

6    Not even one anywhere.  That's how many tattoos he had.

7    So this was obtained after his arrest while he was in

8    jail, probably to provide protection for himself in jail.

9            And the article in the Spanish language?  It's

10   not evidence of anything.  His name certainly isn't in

11   there.  He lived in Brentwood.  Don't forget, that's where

12   the crime took place.  So that's something that happened

13   in his neighborhood.  Maybe he knew something about some

14   people that have been involved with it, but he just had it

15   there, he didn't have one from a Baby Blue, he didn't have

16   one from any other murder.

17           As far as telephone calls, there are no times on

18   the calls on the chart.  We don't know if it was Carlos'

19   phone.

20           As far as the Quijada murder, there is no

21   evidence that Carlos Ortega ever carried a switchblade.

22   No evidence from anybody in this trial.  He might be

23   guilty of hanging out with MS-13 members, but that's no

24   crime.  There is no crime -- you can't be guilty by

25   association in this kind of case.

3232

1          He did not commit RICO.  He did not commit

2    conspiracy to commit RICO or any of the crimes he is

3    alleged to have done in this case.

4          Most importantly, he never fled.  He never left.

5    Two years later, they finally get arrested.  Arguably, he

6    was working at the L&K and you heard testimony about that.

7    Someone needed cooperation points, that's what I am

8    inferring from that, to get their sentence lessened or to

9    stay out of jail.

10          You heard that he was born in El Salvador in

11    1989, raised in a family with four sisters.  You heard all

12    of that.  Less than two years of education, which becomes

13    very important in this case.  Came to the United States

14    when he was 18, in 2007 or 2008.  He wasn't some big

15    homeboy from El Salvador.  He was already here.

16          He worked with L&K.  You heard from Luis Kane he

17    was working there for three to four years.  Very good work

18    record, never had a problem with anybody.  He worked

19    there.  That's where they arrested him.  That's where he

20    was arrested.

21          Unfortunately, he made the choice to hang around

22    MS-13 members at some point in time.  He was not guilty

23    when he first came to court.  He was not guilty when he

24    was arrested.  And he still remains not guilty of these

25    charges.

3233

1    It's basically my job to try and bring the facts

2    and the law together in this case.  Carlos couldn't do it

3    by himself.  This is a very complicated case.  The judge's

4    basic job is to make sure the evidentiary rules are

5    applied and to run the trial in the proper manner.

6         The prosecutor is trying to get justice and they

7    hope for a conviction in this case obviously.  You agreed

8    to listen to all the evidence.  You will hear a lot in the

9    jury charge.  I won't get into much, if any, of them here

10   today.  You have agreed to listen to all the evidence.  We

11   are positive you have all been very attentive in this

12   case.  Your lives will get back to normal when you finally

13   get done with this case, thankfully, I'm sure you are

14   saying in your heads, and basically it's a very important

15   few weeks for Carlos Ortega.

16        Now, before we get to the poster boards, there

17   is one Tony Guevara that testified.  You found out he is a

18   professional cooperator.  He has been cooperating since

19   2005.  He hasn't been sentenced yet.  You heard all about

20   the cooperators.  I will not repeat everything Ms.

21   Macedonio went into very competently.

22        He is walking around outside, green card status,

23   help, the whole nine yards.  I won't repeat all that.

24        Now, let's get into the nitty-gritty why Carlos

25   Ortega is not guilty of any of these charges.  Let's start

Summation/Rantala

3234

1    with the David Sandler murder.

2            There is no blood on his clothes for the David

3    Sandler murder.  No DNA.  No fingerprints.  No fleeing.

4    We talk about Aaron Galan.  He could not identify the

5    shooter.  He certainly didn't identify Carlos Ortega.  He

6    couldn't see the shooter.

7            Francis Braun, he is the one that found the

8    bodies.  He didn't see the shooter.  We still have no one

9    that can identify the shooter.

10           Let's move over to Jodi Rios.  She found the

11   projectile near the telephone pole north of Second

12   Avenue.

13           I will turn on the elmo here and hopefully this

14   will work.  This was evidence that was admitted as 3500

15   JR.

16           MR. LONDON:  I think we need Mr. Tierney to turn

17   the lights down.

18           MS. RANTALA:  We get government help.

19           MR. LONDON:  He is the light monitor.

20           MR. DURHAM:  It will cool things down.

21           MS. RANTALA:  Good thought.

22           So Jodi Rios testified that there is this, I

23   think this was C over here is where that if, I'm not

24   mistaken, or it was B, one of these areas is where -- up

25   here actually, this is where the projectile was found.

Summation/Rantala

3235

1   It's across the street from the beauty school, and that's

2   just one of the exhibits.

3          Here is the Exhibit 234, which basically has

4   some kind of tire tread or something next to what is the

5   projectile here.  What did she testify about that

6   particular picture?  That projectile could have come from

7   anywhere, from anywhere.  It was found there under some

8   snow after it melted with a metal detector.  Could have

9   been picked up by anything, shoes or a tire tread.  Could

10  have been there any length of time.  Then she testified

11  this could have been a footprint or tire tread.

12         As far as one of the shots about the location,

13  there is that infamous pole that's where that projectile

14  was found.  Another one was found over here, and you will

15  hear about that a little bit later.  Somewhere over near

16  this parking lot, and the bodies were found up there,

17  which you have heard so much testimony about where those

18  were found.

19         The most difficult part is getting them off the

20  blinder clips.

21         MR. LONDON:  That's my job.

22         MS. RANTALA:  Jimmy Sosa.  You remember Ms.

23  Macedonio talking about Jimmy Sosa.  He has got all kinds

24  of issues.  He paints quite a tale of international

25  intrigue, that's for sure.

3236

1      He has the cooperation agreement.  Ms. Macedonio
2  did a great job telling you all about this, facing life in
3  prison, S Visa, witness security program, just to
4  reiterate all that up here.
5      But he lied when he started cooperating, did he
6  ever start telling the truth?  I don't know.  He testified
7  basically he was figuring out the federal snitching for
8  benefits system.  He was trying to figure it out.  He
9  couldn't quite figure it out yet:  I had just arrived in
10  federal system and didn't know how it worked.
11      He found out pretty quick.  He didn't know yet.
12  And he didn't want to get involved in trouble either, so
13  he lied.  But he did say that the shots were fired north
14  of that light pole basically.
15      I'm going to give Mr. Tierney some exercise.
16      Here is the light pole (indicating).  Here is
17  the car where the bodies were found.  That's where Mr.
18  Sosa is saying the bullets were fired.  How could one get
19  here and one way over here somewhere?
20      Don't forget his MS-13 obligation to lie.  What
21  is he lying about and when and to whom?
22      He was very reluctant to admit when he was
23  testifying about his priors, about the plan -- there was
24  no plan.  Yes, there was.  No, there wasn't.  Yes, there
25  was.  You basically wrote a statement that says you agreed

3237

1    to plan to rob this poor man.

2           He also didn't want to admit his guilt in the

3    murder of David Sandler.  That's because he did it with

4    Perdido.  He didn't want the full blame.  He is trying to

5    backtrack and say no, that wasn't me.  He downplayed his

6    involvement to get that golden cooperation agreement.

7    Once the inmates get a cooperation agreement, they can

8    eventually get out of prison.

9           It is in his best interest to lie.  He said

10   that.  He admitted to that to the police and now to you.

11          Now, we have Mr. Mark Moorman testify.  He had

12   -- I believe he was at the K&K Soccer Club, which is in

13   the left upper-hand corner of Exhibit 201.  He saw two

14   medium build men regarding the shooting.  He didn't see

15   any facing, but he did see that there were bodies ten feet

16   south of the K&K sidewalk, where about that car is in that

17   particular picture.  That's in the middle of the picture.

18   We have collaboration where the bodies were and evidence

19   to that effect as well.

20          Roy Sineo was one of the ballistics people that

21   testified.  He found that bullet in the east parking lot

22   over here.  He made this.  I believe he did this fancy

23   diagram.  I have agreement to use this.  17 represents the

24   bullet that was found all the way over here, over near

25   this parking lot from way over here?  I don't think so.

3238

1      He compared it anyway to the bullet from Aaron

2   Galan, when he underwent surgery, it was inconclusive.  So

3   he is trying to match a couple of projectiles, one that

4   could have come from anywhere and the other one was

5   already somewhere like a half a block away.

6      Only thing he could say with any certainty was

7   it was from a gun of similar make and model.  Could have

8   been from two different guns.  Could have been from two

9   different times.  He didn't know when those projectiles

10  were there.  And remember, he had a list of 25 different

11  gun types on him and his working papers of guns, the types

12  of guns that these projectiles could have come from.

13     Charles Hopkins testifies later that each of

14  these 27 different types of guns could have thousands, if

15  not tens of thousands of guns in circulation out there.

16  We are talking exponentially a certain number of -- high

17  number of guns out there.  And Sineo, Roy Sineo was not

18  certain of anything as far as matching.

19     Carla Santos, Ms. Macedonio went thoroughly into

20  what Ms. Santos is all about, la mania.  A mother would do

21  anything for her child, anything.  We found out she did

22  just about anything.  When she needs something, she

23  commits a crime.  She robs.  She commits burglary.  She

24  lies to the police.  Don't forget her priors, perjury.

25  Perjury is lying on a sworn affidavit or lying in a

Summation/Rantala

3239

1    courtroom.

2              I submit to you she was lying in this courtroom.

3    She has no reluctance to lie.  But what is she doing?  She

4    is walking around under the witness security program free,

5    free of any charges.  You heard about that ad nauseam.

6    The government paid her 90 to $100,000 on her behalf,

7    despite the murder conspiracy she admitted to right there

8    on that stand.  She wasn't even charged with it and never

9    will be.  Never will be.

10             She told agents more than one time that Perdido

11   and Junior murdered Sandler.  That was the word on the

12   street.  That's what she told to those agents more than

13   one time.

14             There was no mention of the defendant there,

15   Carlos Ortega, there in those two times.  And what she did

16   testify, though interesting, Carlos Ortega is no leader.

17   Okay.  I will take that.

18             Carlos Ortega didn't tell her on the phone he

19   did anything.  He said something about hot with the cops.

20   That's not saying he did anything.

21             Let's move to the Mario Quijada murder.  Again,

22   we have no blood on the defendant or his clothes at any

23   time.  There is no DNA linking anything, nothing to Carlos

24   Ortega, nothing.  There is no fingerprints on anything.

25   Nothing.  No guns, no knives, no SUV, nothing.  And again,

3240

1    he did not flee.  Where did he go?  He didn't run, he

2    didn't do anything but go back to work, he went back to

3    work, that's how guilty he felt.  Okay.

4              Well, we have Joel Calderon, Gasparin.  He

5    testified in this court before all of you:  If I can get

6    out of a problem, then I may lie.  Yes, he admitted to

7    that.  This is my duty as a member of MS-13.  That was

8    when he was asked as to making a decision what to lie

9    about and when and to whom.

10             He did make several different proffers going all

11   over the place.  On 3/21 of '10, no mention of Baby Blue

12   at all.

13             March 30, he has Carlos Ortega on a

14   speakerphone, allegedly hearing everything.  Why did he do

15   that?  I was trying to look good in front of the agent,

16   whichever one that was.  I didn't think my problem was

17   going to be that big.  He has Payaso and Demente murdering

18   Baby Blue in that version.

19             Another version, he said Carlos Ortega said

20   something about down south.  Now we are getting involved

21   with Carlos Ortega.

22             May 2010, he said something about Carlos Ortega.

23   He added that down under they kill him.  Let's see how

24   much worse we can make it for Carlos Ortega.  He wants

25   cooperation points.  He wants the brownie points now.

Summation/Rantala

3241

1   Here we go right, before all of you, he says Carlos

2   Ortega, he is a big homeboy from El Salvador coming to

3   inspect the cliques.  He went from nothing to Carlos

4   Ortega being some kind of general coming in inspecting the

5   troops.  Absolutely incredible.

6           But then he added no, he wasn't on the

7   speakerphone, no he wasn't on the speakerphone.  Payaso

8   was the only shooter, and Payaso also stabbed.  That's

9   what he told you, ladies and gentlemen.  Gasparin, his

10  nickname, he wasn't on the beach.  He certainly didn't see

11  what happened.  It allegedly came from Payaso.

12          Guess what?  He lied to the agents to make a

13  good impression, to get those cooperation points.  That's

14  what he is all about.  He wants to be out of jail.  He is

15  in jail and he wants out.

16          Carlos Martinez, he lied all over the place.

17  You heard about his lies from Ms. Macedonio about his

18  priors and the cocaine sale versus possession versus going

19  out the window and all that kind of stuff.

20          He lied regarding his MS-13 membership.  He

21  starts out with a bang lying about everything.  He lies

22  about his knowledge of any murder whatsoever.  He says

23  that Payaso tried to shoot and Payaso and Diego stabbed

24  Baby Blue.  So we have people testifying all over the

25  place.

3242

1          He has no knowledge about what happened on the

2    beach, he wasn't there either.  He didn't hear the phone

3    conversation.  He has no idea if Demente's version of

4    whoever was on the other line was accurate or not.  He

5    didn't hear that.  He doesn't know who is on the other

6    end.  He doesn't even know if Carlos or Ortega was ever on

7    the beach.  He has no personal knowledge about anything.

8    Guess what, he saw Carlos Ortega with dry clothes after

9    the fact.

10         He did give some interesting testimony, that

11   guess who he saw in jail at certain points in his career

12   in jail, Gasparin, Calderon, Perdido whose last name is

13   Umanjor (ph), he saw Junior Sosa in jail and also Little

14   Lonely, Marroquin.  Get their stories straight so you can

15   get the cooperation points.  Get the stories straight.

16   What did they talk about in those jails?  What did they

17   talk about?

18         Let's get into the law enforcement officers and

19   what, if any, evidence they have.  Officer Salkey, you

20   remember, tall.  Officer Salkey, the second set of

21   fingerprints starts 100 feet away from the first set and

22   the -- at first he said 65 to 70 feet.  So he is kind of

23   changing his testimony as he goes.  And those first set

24   were at least 15 to 20 feet away from the body.

25         You heard about when he testified Mr. London

Summation/Rantala

3243

1    asked about how far is it from the witness stand to the

2    corner of the courtroom, that's probably not even 45 feet,

3    so we have probably a distance of two caddy corner

4    courtrooms from the body to where the second set of

5    footprints start.

6            Do we have any pictures of these said

7    footprints?  No.  Did anyone ask for crime scene tape to

8    go around the footprints?  No.

9            Detective Mulvanerty, he did the SUV inspection

10   and analysis.  There is no fingerprints of Carlos Ortega

11   or DNA anywhere, on that SUV, nowhere, stem to stern,

12   nothing.

13           We have Officer Kramer who came in, he also

14   testified there is no crime scene for any footprints.

15   What footprints?  Who said anything about footprints?  But

16   he did find a black knit cap on the beach.

17           If these pictures and the testimony are to be

18   believed, this is allegedly Carlos Ortega.  What is he

19   wearing?  Certainly not a black knit cap.

20           And Detective Markowski.  He came on the scene.

21   There is no mention of footprints again, no pictures, no

22   crime scene tape regarding any footprints.

23           He sent whatever switchblade and knife blade,

24   et cetera, that he found for testing, and guess what, did

25   you hear about any results from any of these items?  No,

3244

1    because there are no results, no DNA, no fingerprints

2    found on any of those weapons that were at the beach.

3            And Detective Broderick, he found the machete in

4    the water.  Interestingly, and Ms. Macedonio brought this

5    up, he took out his trusty cell phone and took a picture

6    of it.  Did any other agent or law enforcement officer in

7    this courtroom do that?  Did they ever bring their own

8    equipment to do anything other than written statements or

9    anything like that?  This one did.

10           Detective Yanes sent the machete for testing.

11   We didn't hear about results.  Lauren Cifuentes and Wayne

12   Jefferson, they don't remember Carlos Ortega.  They

13   wouldn't be able to ID him.

14           Now, cell phone records.  They are interesting,

15   noteworthy, I suppose, for television and all.  But David

16   Edwards testified he cannot say who is using the phone,

17   where the call was placed, where the call was received,

18   the duration of the call, if a call was missed, if a call

19   went to voicemail, if a call could not ring to the

20   recipient's cell phone, you could see that on the sending

21   phone, wouldn't see it on the recipient's phone record.

22           And then Eduardo Orellana, no cell tower

23   information for any phone number ever been attributable to

24   Carlos Ortega.  Nobody knows where he was any time he ever

25   placed or received a call.  So even if the timing were to

Summation/Rantala

3245

1   be established of any of these calls, we don't know where

2   the phones were, certainly don't know where Mr. Ortega's

3   phone, if it even was his phone, was.  He gave a

4   statement.  Allegedly in his statement there was another

5   phone number all together in his statement that belonged

6   to him.  There is no information about that one.

7           Well, now, let's get to the statement of Carlos

8   Ortega.  Before that, let's hear what we should have but

9   don't.  Suffolk County Police Department, they record

10  statements, post arrest statements.  That was testified to

11  by Detective Rivera.

12          Detective DiPietro said, testified, testified

13  that it's preferable to use video or audio recording over

14  just taking notes.  Preferable.  Why?  Because you can see

15  and hear everything.  You can get the demeanor of the

16  arrestee.  You can get the subtleties how things are being

17  said over just taking notes.

18          Nassau County PD also and the DA offices both

19  use recording.  Detective Aponte came and testified and

20  said both of those departments routinely video or

21  audiotape their post arrest statements.  Detective Aponte

22  testified about this tortured process of making a written

23  statement of a non-English-speaking arrestee.  It's

24  torture, and I will show you how in just a minute.  You

25  know how to relieve that torture?  Get a tape recorder and

Summation/Rantala

3246

1    just press a button.  That's how.  Then we wouldn't have

2    the questions about what was really said.

3            And don't forget Detective Broderick, who

4    actually used the cell phone.  That isn't something that

5    needed to be done, the audio or videotaping of Carlos

6    Ortega's statement?  Then he would know exactly what he

7    said.

8            We have Agent Tariche.  His Spanish proficiency

9    23 years ago was 3 plus out of 5.  Maybe, I don't know,

10   what is that, a C plus?  We have he testified he found a

11   letter from Daylight.  Basically there is no mention of

12   any crime committed by Carlos Ortega in this letter

13   whoever Daylight is.

14           But let's get the consent to search form.  How

15   did -- let me go back to the arrest.  First of all, there

16   was no search warrant.  He did testify there was no search

17   warrant done in this case, that's issued by the Court.  He

18   testified to allow a search of somebody's residence and

19   belongings.  That wasn't done in this case by choice.  It

20   wasn't done.

21           The consent to search form, how was that done?

22   After he was arrested by six law enforcement officers,

23   they took him to his house.  Six of them, not just one or

24   two.  They went over the consent to search form in his

25   driveway when he is surrounded by law enforcement

3247

1    officers.  That's not any kind of pressure or coercion, is

2    it?

3            Do you remember his mistranslation to a

4    completely opposite result of the second point of the

5    consent to search form?  In court he testified that number

6    2 says they have informed me they have a right to search

7    through my things.  What it was supposed to be, and he

8    testified on Mr. London's cross:  I have been informed

9    that I have the right to refuse the search.

10           What else has he mistranslated?  What else?

11    How did he had to show where Mr. Ortega had to sign the

12    consent to search?  With an X.  How did Carlos Ortega sign

13    his signature?  Printed it, like a school child.  And we

14    have the stipulation of Carlos's uncle, Valentin Andrades,

15    who testified he had less than two years of education

16    because of health problems.

17           Did Agent Tariche ask about education?  No.  We

18    don't know what he would have done differently had he

19    asked.  He didn't bother to ask.

20           So we have Agent Tariche and the other law

21    enforcement officers.  They found hunting knives, some

22    larger knife and a baseball bat.  And guess what, he

23    testified and admitted finally, reluctantly, that he had

24    no information that any hunting knife had ever been used

25    in a Quijada murder, none.  That's what he testified right

Summation/Rantala

3248

1   up there.  Reluctantly, I might add, remember that, how

2   reluctantly that had to be drawn out.

3           Did they do any kind of DNA testing of anything

4   they found in Carlos Ortega's room?  No.  Not one single

5   solitary test.  That was by choice.  You know why?

6   Because there was no evidentiary value, that was why, and

7   basically Agent Tariche testified that.

8           Guess what?  Did they find the gun there?  No.

9   There is no gun there.

10           The Miranda rights waiver.  Again, never having

11   asked Mr. Ortega's education, what kind of education he

12   ever received, how did he end up having to be told where

13   to sign?

14           Let's look at, Agent Tariche testified he went

15   over each and every one of these rights and every

16   paragraph he wrote or read to him, or whatever means of

17   conveyance it was made to Carlos Ortega, Agent Tariche put

18   an X where Carlos Ortega had to make his mark.

19           The second paragraph, there is another X, and so

20   on and so on and so on down the road and where did he have

21   to sign over here, you have to sign there.  What did he

22   do?  He printed his name like a school child.

23           MR. DURHAM:  For the record, what is being shown

24   as Government Exhibit 250 C has highlighting on it.

25   That's not the document in evidence.

3249

1      THE COURT:  That lighting was added by Ms.

2   Rantala.  That was not part of the document in evidence.

3   She is just showing you what she is referring to.

4      MS. RANTALA:  Thank you.

5      How did this statement come to be, this written

6   statement that Carlos Ortega allegedly agreed to and

7   signed?  How did it happen?  It's not recorded, that's for

8   sure, in any way, shape or form.

9      When we went into, what about the FBI policy of

10   not recording?  There is no sensible reason for the FBI to

11   not record post arrest statements of people, especially

12   accused of murder.  No sensible reason.

13      Why don't they record them?  They can say

14   anything they want when they have somebody that's

15   illiterate.  Let's see the process, how tortured it is.

16      We have Agent Tariche interrogated Carlos

17   Ortega.  Agent Tariche is translating what Carlos said in

18   Spanish, allegedly to Agent Lopez.  Agent Lopez writes

19   down notes in English.  And then Agent Tariche takes the

20   translated notes from Agent Lopez and writes them into a

21   Spanish written statement, you know, he using some of his

22   own memory, and that, too -- then after that, he goes back

23   here and he allegedly reads the statement to Carlos, or he

24   has him read it to him, we don't know.  We don't have a

25   video.  We don't know what happened in that particular

Summation/Rantala

3250

1    interrogation room.

2              After that, what happens?  On the third page of

3    the statement of Carlos Ortega again, this is my

4    highlighting, that is the X that was placed there, that is

5    in evidence, all those Xs were in the evidentiary pieces

6    of evidence here.  That's where Carlos has to sign,

7    actually, he prints his name like a school child.

8              What about the information contained in that

9    statement?  You will get the English version of it and you

10   had it read to you.  There is no yelling, La Mara, La

11   Mara, La Mara.  There is no word "revolver" in that

12   statement.  There is no Carlos Ortega's happiness that the

13   FBI got him instead of the MS-13.

14             You won't see that.  It's because it's not

15   there.  And there is no statement that Carlos Ortega had

16   anything to do with a physical attack on any beach.

17             If you find that Agent Tariche's testimony is

18   not credible, that means you have to reject Carlos

19   Ortega's statement as evidence completely.

20             Thank you, Mr. Tierney.

21             In a lengthy jury charge you will receive

22   tomorrow morning, I'm sorry, it will be lengthy but it is,

23   and it is a very lengthy case, you are going to hear a lot

24   about cooperating witnesses and ---

25             THE COURT:  I'm going to ask, do you think you

**Summation/Rantala**

3251

1    will be done in the next ten minutes?

2              MS. RANTALA:  Yes.

3              THE COURT:  Anyone can't stay for the next ten

4    minutes?  Okay.

5              MS. RANTALA:  I will not read all of this.  I'm

6    not going to read all of it into the record.

7              THE COURT:  Not rushing you.

8              MS. RANTALA:  You have to bear in mind that a

9    witness who enters into an agreement has an interest in

10   the case, and they have an interest to lie, so pay

11   attention to the cooperating testimony charge.  Because

12   it's very important.

13             There is also one for informal immunity of

14   government witness, and that applies to Carla Santos.  She

15   is getting immunity.  She is not charged with anything.

16   Pay attention because they really are very relevant in

17   this case.  The government informers, she is one of those,

18   too.  And so are the other cooperators.

19             Prior perjury, again, there has been people

20   committing perjury to police officers on sworn statements,

21   to law enforcement officers.  Pay very close attention to

22   that particular one, too.

23             You are also going to hear a lot of actual

24   charge information.  There is a paragraph on aiding and

25   abetting.  I wanted to point out to you, merely being

3252

1    present at the scene of a crime, or knowing that a crime

2    is being committed, is or about to be committed, is not

3    enough to suggest to a jury to find that the defendant

4    aided and abetted.  Guilty by association doesn't apply

5    for a conviction in this case.

6              As far as murder conspiracy goes, you have to

7    have what's called an overt act.  It's buried in the

8    middle of the jury charge.  I know it's going to be hard

9    to really concentrate on it, but I have to complete or

10   commit at least one overt act in furtherance of the

11   conspiracy.

12             The agreement to engage in or cause the

13   performance of a crime is not itself an overt act.  The

14   overt act must be an independent act that tends to carry

15   out the conspiracy, and it goes on.  I'm not going to bore

16   you to tears right now hearing it.  You will hear it in

17   its entirety tomorrow.

18             As far as the burden, the government has the

19   burden and it's beyond exclusion of reasonable doubt that

20   before they can get a conviction on any charge, just

21   because you think he might have done something, I'm

22   referring to Carlos Ortega, it's still not guilty.  If he

23   probably did it, still not guilty.  Possibly did it, not

24   guilty.  Some suspicion he did, not guilty.  Maybe, not

25   guilty.  Might have, not guilty.  Clear and convincing,

Summation/Rantala

3253

1    still not guilty.  Strong suspicion, not guilty.  Not

2    sure, not guilty.  Pretty sure, not guilty.  Beyond all

3    reasonable doubt, that's the only way that the government

4    can get a conviction in this case.  And they do not

5    deserve that kind of verdict in this case on the evidence

6    that they have produced.  They do not.  Not on any of the

7    charges.

8            Thank you very much for your time in this case.

9    It's a very important case, as you can tell, it's lengthy,

10   and thank you for your patience and attention.  We are

11   confident that you will come to the only possible verdict

12   in this case of not guilty.

13           Thank you.

14           THE COURT:  We are going to end for the day.

15   Tomorrow morning we will begin at 9:30 with the rebuttal

16   summation of the government, which I expect will take

17   about 30 to 45 minutes.  And then you don't have to bring

18   lunch tomorrow.  When you get here in the morning,

19   Michelle will give you a menu, my charge, will take

20   whatever it is, you will be able to eat lunch in the jury

21   room, so we will have a longer day to work with.

22           It's very important that you continue not to

23   discuss the case among yourselves, with anyone else.  You

24   haven't heard any instructions on the law so you can't

25   start discussing the case among you and certainly can't

3254

1  discuss it with anyone else, and it's very important you

2  continue not to read anything related to this case or

3  watch anything.

4           Have a safe trip home and a good night.

5           (The jury leaves the courtroom.)

6           THE COURT:  I just want to place on the record

7  one exhibit went up that I guess was not in evidence, is

8  that what happened?  Place on the record what it was.  I

9  think we had a reference to the feet number?  How many

10  feet?

11           MR. DURHAM:  It was a handwritten sketch from

12  Detective Sineo.  I think what ultimately went into

13  evidence was an electronic evidence.  We didn't want to

14  interrupt, so we said we wouldn't object, but I don't know

15  the exact Exhibit Number.

16           THE COURT:  I wanted the record to reflect that

17  it went up previously, had some numbers on it.

18           MS. RANTALA:  Yes, just to show where the one

19  projectile was, and Mr. Durham did nicely suggest that

20  they wouldn't object to it.  I appreciate that.

21           THE COURT:  That's fine.

22           We will be putting on ECF the final version of

23  the charge, which obviously will contain the updated

24  Pinkerton charge and multiple conspiracy charge and

25  additional requests of Mr. Levine made, I granted.  I

Summation/Rantala

3255

 1   would ask everybody to double-check the cross references.

 2   My law clerk is doing that.  I want to make sure -- I

 3   assume they are going to ask for a copy of it, so I want

 4   to make sure the cross references to the various pages are

 5   correct within the charge.  I can use your help on that.

 6            Anything else we need to discuss today?

 7            I assume my estimate was about right.

 8            MR. DURHAM:  I think it is.  I will try to keep

 9   it about a half hour, but I have a lot to cover.

10            THE COURT:  Anything from the defense?

11            MR. LONDON:  I want to thank Mr. Tierney for

12   attending to the lights.

13            MR. TIERNEY:  My pleasure.

14            THE COURT:  Hopefully we will have a cooler

15   courtroom tomorrow.

16            Have a good night.

17            (The trial was adjourned to March 19, 2013 at

18   9:30 a.m.)

19

20

21

22

23

24

25